## United States District Court
## District of New Hampshire

U.S DISTRICT COURT
DISTRICT OF N.H
FILED

2012 SEP 25  A 11: 15

_Dominic S. Ali_
Plaintiff

v.

_N eF, Warden_
Defendant(s)

Civil Action No. _12-fp-364_
(To be provided by Clerk's Office)

**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
(✓) DEMAND FOR JURY TRIAL
(  ) NO JURY TRIAL DEMAND

# COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

I.  Parties

A.  Please provide the following information for each plaintiff:

1. Name _Ali_ _Dominic_ _DA_
(Last)       (First)       (Initial)

2. Place of Detention _Nothern Correctional Facility_

3. Institutional Address _138 East Malin Road_
_Berlin, New Hampshire  03570_

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

☐ Pretrial Detention Order
☑ Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed _____

B. Please provide the full name, current title and address known for each defendant:

1. Name ___Reilly_____Edward_____
      (Last)                                          (First)                    (Initial)

2. Title _Warden of the Correctional Facility_____

3. Address _138 East Malin Road_____

_Berlin, New Hampshire 03570_____

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II.    Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: _Denying Mr. Ali's rights to practice a particular aspect of his religion, Sallate al dummach_

Supporting Facts: _In discrimination by NCF offical thats in violation of the state and Federal Constitution the First and the fourthenth Amendment in not offering a reasonable opportunity to pratice Sallate AL Jummaih. Sallate AC dummah is the central religions ceremony of the Islamic Faith. and must be performed in congregation every week like any other religions and studies. Sallat AC dummah is an obligatory to all muslims and it can't be made up and its in violation of the eight amendment._

Allegation 2: Allowing a non Muslim Mr. Hoylt who did not understand Islam him self to provid Muslims serviser.

Supporting Facts: The Nothern Correctional Facility appoint a non Muslim who did not understand islam him self and set rules that he did not understand. He was appointed on or about sept of 2007. Since his appointment, Mr. Hoylt disallowed the continuance of Muslims worship at this Facility. Mr. Hoyt allowed only Ramadan and not providing a reasonable Healthy Food - Mr. Hoylt who is incompetent in his possetion did not develpe any possible solution regarding Islamic worships, in violation of state and Federal constitution.

Allegation 3: Deliberate violation of Mr. Alis rights under State & Federal Constitution The First and the Fourthenth Amendment.

Supporting Facts: On or about August 10, 2012, at approix 10:20 Am, Laction NcF, DF, cell N 13, Cpl. J. Nadeau and Co. S. Watson while conducting A so called stake down of onmate cell Trashing a cell and going throw Legal mails and other property. that involving Emotional injuries and punitive damages and racial discrimination motivated by evil motive and intent involves relkless and callous Indifference to the Federally protected rights of others. Quad Hoc.

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III.  Relief

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary): The plaintiff respectfully reguest this Honorable Court, that NcF should not prohibits the plaintiff from practicing his religion as well as allowing the Islamic Community in the facilty and allowing him to performe congregation Salaats Al Jummach and Eid Al Fitr as the religion reguires for ninety days, and reward the plaintiff $350,000 for punitive damages, Emotional injuries, such as stress & hostility by staff and administration for Lack of protection Under his care.

Date: Sept 6, 2012

_____
Signature of Plaintiff

③

1 of 4

Supporting Facts: #3

When CO. S. Watson who is unprofessionaly and not trained peroperly to dell with inmates who is Practicing the rights of individuals to practice the religion of their choice. that been establised Under State and Federal Constitutions.

Officer S. Watson dump into Conclution and Judgement with out having any Facts for his actions. On August the 10th I mr. Ali was Fasting the Muslims Ramadon when he conduct his shakedown and took all my given Ramadon food and dump them into a trash bag with dirty property that he took from cell #13 that

I could no longer eat or fast that day. I mr. Ali tried to speak to CO. S. watson before he could take my food away, that he respond with threats when Im tring to explaine to Co. S. watson that this is my Ramadon Food given by the Chaplain Hoylt to all anmates who is Fasting Ramadon. During Ramadon all Muslims could fast for 30th days or 40th day due to other problem of sickness or other issues. allowing 10 days to recover. On August 13, 2012, at approx 8:30 Am, I Mr. Ali plesided not to fast that Day due to stress and emotional problems with this Facility and its Staff and the Food they Serve during Ramadon, that lack of Nutrition. In Concord prison the Chaplain allowed every menls to be serived that Day to all inmates who is Fasting. at this Nothern Correction Facility inmates who's fasting doont get what is for today for meals.

For example: If the Facility is feeding inmuts Flapdacks, any inmate whos fasting would eat that meal for that Day. Every day we eat small portion of meals, Frozen and unCooked. For that renson, I lost almost Ten pound due to been hungry every nights.

On August 13, 2012, I was ~~comfortacted~~ attacked by C.O S. wattson at chaw hall him been disregetful and loud trying to restrict me my rights to practice a particular aspect of my religion, when he has no rights. I was rushed from the chaw hall to L.T Berwick and L.T. Massy for questions about my religion. I was ask what my name meant in Islam, how many time we should pray. that seem more like an interrogation and I ask them to stop. Then I asked for a Grievance form for further review by the Warden. I was told that I have No ground for Grievance by both L.T.s. After I spok to the warden throw request slips, I was given a Grievance form. direct order from Mr. Reilly

The warden Edward Reilly responded to my issues with no solution, like everytime, due to his Lack of understanding of Inmates issues and his Incompetent Staff. it seems like its inmates v. Staff, whatnever inmates have an lissue, it seem like a Joke to these Stuffs. They took me off the Ramadan list even before they spoke with the chaplan.

I was not allowed to fast anymore.

This Facility has a long History of bad tendency against muslims and their rights.
A United State preliminary injunction was filed in the Eastern District Federal Court On or about August 15th, 2007, reckless and callous indifference to the Federally protected rights or the Constitution. the First Amendment. A muslim inmate house at the Northern Correction Facility about muslims Seriveress,. due to the pressure, the administration appointed a new paid volunteer staff. Religious Corderrator. Mrs. Dana Hoylt. And she allowed Muslims worship to continue. After two Years, Mrs. Dana Hoylt left for some reason unknown, then Chaplan Hoyt who seems like a brother of Dana Hoylt, He was appointed, despite his incompetency till this Day. He did not provide inmates with a healthy habillitative environment. During Ramadon Chaplan Hoylt did not provide nutritionally adequate food that is prepared and served under condition that is should be. Ramadon Food in this facility present an immediate danger to the health and well being of the all inmates who consume it, For example; Something colled bird seeds, that is dry mixed with rocks. and it given to inmates who's fasting Ramadon everyday. Any Muslim inmate can not participate in any other religion Such as Christmas party and Christmas package were inmates gets useful, healthy food and other things that this

4 of 4

Facility dont sell in Canteen. The warden and the Chaplain deliberatelly indifference permitted the Constitutional abouses to Continue unchecked till this Day of muslims.

The Northern Correction Facility feminated groups meeting and disallowed the continure of Muslim worship as well for unknown reason.

The Muslims worships should continue to be protected by State and Federal Constitution and assured by all under Color of the law of the land and those in direed violation of said Rights to Freedom of Worship in case in chief.

Dominic Ali 81829
138 East Malin Rd
Berlin, NH 03570

C: file

State of New Hampshire          ]
                                ]       ss
County of _Marrimack_           ]

_I Domisic Ali_ _____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.

Subscribed and sworn before me this ____ day of __September__ , 20 _12_.

_____
Notary Public/Justice of the Peace

**O R**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

_9/6/2012_
DATE

_____
SIGNATURE

---

**JURY TRIAL DEMAND**

I demand a jury trial for all claims for which a jury trial is allowed.

YES (✓)     NO (__)
(check one only)

Date: _9/6/2012_

_____
Signature of Plaintiff