UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Mr. Dominic S. Ali
Northern NH Correctional Facility
138 E. Milan Road
Berlin, NH 03570

## ORDER - FILING FEE OMITTED

In re: File No. 12-fp-364, Dominic S. Ali v. Northern NH Correctional Facility, Warden

The above-captioned action was received by the court on September 25, 2012, but items necessary to docket the case were not included. Either the filing fee or a motion to proceed in forma pauperis must be submitted to the court by November 26, 2012.

**Filing Fee.** Filing fee in the amount of $350.00, may be in cash, certified bank check or money order (made payable to Clerk, U.S. District Court), or by credit card (Visa, MasterCard, Discover, or American Express). The court does not accept personal checks.

- O R -

**In Forma Pauperis**.   If in forma pauperis status is sought:

• PLRA Consent Form

This action will not be considered a civil case or any action taken until the appropriate fee has been received or in forma pauperis status has been granted.

By the Court,

/s/ Lianne Lavigne
September 26, 2012                          Lianne Lavigne
                                            Deputy Clerk

Attachments