Dominic Ali- 81827
138 E Malin Rd
Berlin, NH 03570

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2012 DEC 18 A 11:55

U.S. District Court
for the District of N.H
   Office of the Clerk
55 pleasant st. Room 110
Concord, NH 03301-3941

Dec 13, 2012

Dear Mr Clerk;

    Mr. Ali has a petition for writ of habeas Corpus filed complaint under the Civil Rights Act, 42 U.S.C. 1983, Forwarded by this Court to the Coos County Superior Court See; Ali v. N.C.F, Warden Case NO 1:12-cv-00364-SM, filed on Sept 26, 2012. See: Exibit (A c), (B c,

    On October 16, 2012, the Coos Superior Court has scheduled a video Habeas Corpus Hearing for his Complaint under doc NO 214-2012-cv-00178. See; attachment 1, Hearing date January 04, 2013-

    Please be advised that their is Conspiracy and confusion been Made by the Assistant County Attorney's Kathleen A. Broderick, esq and Brett J. Harpster, esq respondent for the NCF Edward Reilly, Warden- See: Exibit (A, B)

For the record, please be advised that on Sept 13, 2012, Mr. Ali filed a motion with the Coos County Superior Court to withdraw a Nolo Contendere plea, under doc No # 438-2004-CR-01627 then on Nov 1, 2012, Mr. Ali filed a motion for permission to Amend his memorandum of law in Support of his motion withdraw Nolo Contendere plea. See attachment 2, with doc No# 438-2004-CR-01627. Copies of both motions has been forwarded to the Attorney General for the State of N.H. 33 Capitol St. Concord, NH 03301-

On Dec 7, 2012, Mr. Ali informed the Coos County Superior Court and the Deputy Attorney General for the State of N.H. Mrs. Anne Rice and the clerk of court Mr. Carlson about these issues of conspiracy and confusion by the State of Mr. Ali's two cases, under two different doc No # 214-2012-cv-00178 Ali v. Edward Reilly, warden and Ali v. State doc No # 438-2004-cR-01627, motion to withdraw Nolo contendere plea.

Please be advised that on Dec 7, 2012, Judge Bornstein with the Coos County Superior Court made a following order relative to Mr. Ali's Amend memorandum of law in Support of his motion to withdraw Nolo contendere plea, when he has not scheduled a hearing for that case, doc-2004-CR-01627 438-

Mr. Ali has filed a motion to Appoint new Counsel, the State did not object to that motion on Nov 27, 2012, and the Court on Nov. 29, 2012, Denied Mr. Ali's rights State and Federal under Part (1) Artical (15) and the sixth Amendment Constitution.

Please be advise that Brett J. Harpster, esq with the Hillsborough County Attorney, respondent for NCF Edward Reilly motivated by racial bias is involve in Mr. Ali's conviction on Sept 25, 26, 2008, 858, 859, 862 864, that is under review by this Court, See; Civil No. 12-cv-185-JL.

Please be advise that Mr. Ali would filed a motion with the Coos County Superior Court for conflic of interest by Judge Bornstein in Case No 214-2012-cv-00178. Abuse of Discretion by his decision that would tainte the process of the hearing on the 4th, of January, 2013.

The other issue is that I'm having problem with my legal mails been read by the NCF Staff member. On Dec 13, 2012, at approximate 8:30 Am. I send copies of legal mails to the library for more copies to be made by mrs. P. Loulin who is working for Mr. Edward Reilly, She did not make copies that I requested for the reason

that I place my legal paper work in the books drops. I was told by a worker at the library that this is the way to do it. Mrs. P. Dulin and the NCF keep my legal paper work for three days, when it takes hours for paper work be send back to the inmates. When I received my legal mail, someone from the Mail Room when throw the legal mail. See: BOP position statement 5265-09 section 13, effective January 17/96. My understanding that Mrs. Poulin the library worker leaks information when inmates make copies of legal works. Because the State responded to a motion that had noting to do with the pending case, and the motion was not filed till Dec 6th, 2012, with the court.

Dominic Ali, hereby certify that a copy of this letter has been forwarded to Coos County Superior Court, Mr. David P. Carlson, Deputy Attorney General, Mrs. Anne Rice, Assistant County Attorney Kathleen A. Broderick, for the Hillsborough County, U.S. Department of Justice, Mr. Jonathan M. Smith Civil Rights Division and the Governor for the State of New Hampshire, Mrs. Maggie W. Hassan and U.S. Senate Mrs. Jeanne Shaheen, D.N.H. on Dec 13th, 2012.

*[signature]*
Dominic Ali, 81824
138 East Malin Road
Berlin, NH 03570

C: File

Respectfully Submitted,

*[signature]*

*[signature]* 12/13/12 *[notary seal: Angela Pouit, State of New Hampshire, Justice of the Peace, My Commission Expires August 10, 2016]* *[signature]*
Dec 13, 2012