Exibit A

THE STATE OF NEW HAMPSHIRE

COÖS, SS

SUPERIOR COURT
NO. 2012-CV-178

Dominic S. Ali

v.

Edward Reilly, Warden

**ORDER**

The plaintiff has caused a Petition for a Writ of Habeas Corpus to be filed with the Clerk's Office. Service shall be completed in this matter by immediately sending a copy of the Petition and Order of Notice by certified mail, return receipt requested, to the following individuals:

1. Edward Reilly, Warden, Northern Correctional Facility;
2. Dennis C. Hogan, Esquire, Hillsborough County Attorney; and
3. Michael K. Brown, Esquire, NH Attorney General's Office

The service fees are waived. The Clerk's Office shall be responsible for making service upon the defendants.

SO ORDERED.

Dated: 10/11/12

Peter H. Bornstein,
PRESIDING JUSTICE

CLERK'S NOTICE DATE
10-16-12
CC: Ali