Dominic Ali 81829
138 E Malin Rd
Berlin, NH 03570

U.S. District Court
   of N.H.
Office of the Clerk
55 Pleasant St - Room 110
Concord, NH 03301-3941

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2012 DEC 19 A 11:22
Dec 15, 2012

Dear Mr. Clerk;

   I filed a complaint under Civil Rights Act, 42 U.S.C. 1983, with this Court on Sept 6th, 2012. Demanding for jury trial. The case was assigned to Judge Steven J. McAuliffe see; doc NO # 1:12-FP-00364, Ali v. Warden. The plaintiff Amended complaint and list of potential witness was filed with this court on Dec 6, 2012 - For the record.

   Would you please provide me with any changes to this case, I have some issues with this case. Please soon as possible, Any letter, notice etc ___

Respectfully Submitted,
Dw Dminic

Wants to know if my petition been sent to the Lower court.
x Witness, Luis Silva #91105

Send copy please!
T.N.