(Exibit BC)

THE STATE OF NEW HAMPSHIRE
SUPERIOR COURT

Coos County, ss

Dominic S. Ali

v.

Edward Reilly, State Prison Warden

Case NO # 214-2012-CV-00178

## Plaintiff's list of potential Witness

Now Comes, Dominic Ali, sui Juris, respectfully request this Honorable Court to grant request for the following reason states below;

The plaintiff's has a petition for writ of Habeas Corpus filed Complaint under the Civil Rights Act, 42 U.S.C. 1983, Forwarded to this Court by the United State District Court for the District of New Hampshire.

On or about Nov, 15, 2012, the plaintiff filed with this Court a list of potential witness whom he expected to call during the Hearing involving video Habeas Corpus Hearing scheduled for January 04, 2013, with this Court.

Expected potential witness, would testify regards to the New Hampshire Northern Correction Facility under leadership of the defendant Mr. Edward Reilly employed as the Warden of the NCF 138 East Milan Road, Berlin, NH 03570, and his denial of Jumuah services. that is the central religious ceremony of the Islamic religion. And is commanded by the Qur'an.

Denial of Jumuah services for substanial amount of time violates the free Exercise clause of the First Amendment as well as the provision of (RLUIPA) and mas about Ramadon and unhealthy food provided by the NCF.

① Mosfek Talukder, an Imam with Islamic Society of greater Manchester 228. Maple St.

② Luis Silva # 91105, a sentence inmates and Muslim at the NCF, 138 E Milan Road Berlin, NH 03570.

③ John Knapp # 58790, a sentence inmates and Muslim at the NCF, 138 E Milan Road Berlin, NH 03570, and his Attorney Mr. Karyl Roberts Martin, Esq, NH Bar # 16468, Sheehan Phinney Bass + Green PA

1000 Elm Street, PO Box 3701, Manchester, NH 03105.

(4) Fuerst Darick, a sentence inmates and a muslim at the NCF, 138 E Milan Road Berlin, NH 03570.

(5) Williams John Erclurde # 77933 a sentence inmate and muslim at the NCF, 138 E Malin Rd, Berlin, NH 03570.

(6)

(7)

(8)

(9)

(10)

op. u

## Certificate of Services

I, Dominic Ali, hereby certify that a copy of the within witness list has been forwarded to Kathleen A. Broderick, #17657 Assistant County Attorney, this

_[signature]_
_[signature]_
12/6/2012

X  December 6, 2012  _[signature] Angela Poulin_

[Notary Seal: ANGELA POULIN, STATE OF NEW HAMPSHIRE, JUSTICE OF THE PEACE, MY COMMISSION EXPIRES AUGUST 10, 2016]

_[signature]_
Dominic Ali #1829
138 E Milan Road
Berlin, NH 03570
C: file