UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


<u>Dominic Ali</u>

   v.                                           Civil No. 12-cv-364-SM

<u>Edward Reilly, Warden, Northern
New Hampshire Correctional Facility</u>[1]


**<u>O R D E R</u>**

    Before the court are Dominic Ali's original complaint, and the addenda thereto (doc. nos. 1 and 6-8), construed together as the complaint in this action for all purposes.  In accordance with the report and recommendation issued this date, the court directs service of the complaint upon Northern New Hampshire Correctional Facility ("NCF") Warden Edward Reilly, NCF Chaplain Dana Hoyt, NCF Corrections Officer S. Watson; and Lts. Massy and Berwick, whose first names are unknown.

    To effect service, the clerk's office shall serve the New Hampshire Office of the Attorney General ("AG"), as provided in the Agreement on Acceptance of Service, electronic copies of

---

[1]Plaintiff names Northern New Hampshire Correctional Facility ("NCF") Warden Edward Reilly as the defendant to this action in the complaint caption.  Ali also asserts claims against the following NCF employees in the complaint narrative: Chaplain Dana Hoyt; Corrections Officer S. Watson; Cpl. Nadeau; and Lts. Massy and Berwick.  The report and recommendation issued this date recommends dismissal of all claims asserted against Cpl. Nadeau.

this Order, the Report and Recommendation issued this date, and the complaint (doc. nos. 1 and 6-8).  Within thirty days of receiving these materials, the AG will submit to the court an Acceptance of Service notice specifying whether each defendant has authorized the AG to receive service on his behalf.  When the Acceptance of Service is filed, service will be deemed made on the last day of the thirty-day period.

If a defendant does not authorize the AG to receive service on his behalf or the AG declines to represent him, the AG shall, within thirty days from receipt of the aforementioned materials, provide the court with that defendant's last known address.  In that event, the clerk's office is instructed to complete and issue a summons for the defendant, using the address provided, and forward the summons, along with the above-listed documents, to the U.S. Marshal's Office for the District of New Hampshire, to complete service pursuant to this Order and Fed. R. Civ. P. 4(e).

Defendants are instructed to answer or otherwise plead within twenty-one days of the date upon which service is made.  See Fed. R. Civ. P. 12(a)(1)(A).

Plaintiff is instructed that all future pleadings, written motions, notices, or other filings shall be served on the defendants by delivering or mailing the materials to the

defendants or their attorneys, pursuant to Fed. R. Civ. P. 5(b).

    SO ORDERED.

                                                     _____
                                                   Landya McCafferty
                                                   United States Magistrate Judge

June 3, 2013

cc:   Dominic Ali, pro se

LBM:nmd