UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Dominic Ali,<br>    Plaintiff<br><br>v.<br><br><br>Warden Edward Reilly, Northern NH,<br>Correctional Facility, Chaplain Dana Hoyt,<br>Scott Watson, John Masse, Shanon Berwick<br>    Defendants | 1:12-cv-00364-SM |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ACCEPTANCE OF SERVICE

This is to notify the Court that the New Hampshire Department of Justice, Office of the Attorney General, accepts service on behalf of Defendants, Northern NH Correctional Facility, Warden Edward Reilly, Chaplain Dana Hoyt, Scott Watson, John Masse, and Shanon Berwick named in this action, and will represent them pursuant to the terms of RSA 99-D.

Pursuant to the Court's Order (dated June 3, 2013) (McCafferty, J.) the Office of the Attorney General shall file an answer or otherwise plea on behalf of the defendants on or before July 23, 2013.

Consistent with the Federal Rules of Civil Procedure, the State reserves the right to challenge this Court's subject matter jurisdiction, and to raise any and all other objections.  See Fed. R. Civ. P. 4(d).

    Respectfully submitted,

    By their attorneys,

    JOSEPH A. FOSTER
    Attorney General

| | |
|---|---|
| Date: June 20, 2013 | /s/    Francis C. Fredericks |
| | Francis C. Fredericks, Jr., Bar No. 21161 |
| | Attorney |
| | Nancy J. Smith, Bar No. 9085 |
| | Senior Assistant Attorney General |
| | New Hampshire Department of Justice |
| | 33 Capitol Street |
| | Concord, New Hampshire 03301-6397 |
| | (603) 271-3650 |
| | nancy.smith@doj.nh.gov |
| | francis.fredericksJr@doj.nh.gov |

## CERTIFICATE OF SERVICE

June 20, 2013

    I hereby certify that a copy of the foregoing was mailed this day, postage prepaid, to opposing counsel/party:

**INMATE DOMINIC S. ALI**
**# 81829**
**Northern NH Correctional Facility**
**138 E Milan Rd.**
**Berlin, NH 03570**

    s/   Francis C. Fredericks
    Francis C. Fredericks