UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Dominic Ali, | \* |
|    Plaintiff | \* |
| | \* |
| v. | \*   1:12-cv-00364-SM |
| | \* |
| | \* |
| Warden Edward Reilly, Northern NH | \* |
| Correctional Facility, Chaplain Dana Hoyt, | \* |
| Scott Watson, John Masse, Shanon Berwick | \* |
|    Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## APPEARANCE OF COUNSEL

To:   The Clerk of the Court and all parties of record

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Warden Edward Reilly, Northern NH Correctional Facility, Chaplain Dana Hoyt, Scott Watson, John Masse and Shanon Berwick

    Respectfully submitted,

    By their attorneys,

    JOSEPH A. FOSTER
    Attorney General

Date: June 20, 2013         /s/   Nancy J. Smith
    Nancy J. Smith, Bar No. 9085
    Senior Assistant Attorney General
    New Hampshire Department of Justice
    33 Capitol Street
    Concord, New Hampshire 03301-6397
    (603) 271-3650
    nancy.smith@doj.nh.gov

## CERTIFICATE OF SERVICE

June 20, 2013

      I hereby certify that a copy of the foregoing was mailed this day, postage prepaid, to opposing counsel/party:

**INMATE DOMINIC S. ALI**
**# 81829**
**Northern NH Correctional Facility**
**138 E Milan Rd.**
**Berlin, NH 03570**

                              s/   Nancy J. Smith
                              Nancy J. Smith