*Exhibit C*



## STATE OF NEW HAMPSHIRE
## DEPARTMENT OF CORRECTIONS
## OFFICE OF THE COMMISSIONER

P.O. BOX 1806
CONCORD, NH 03802-1806

603-271-5610  FAX: 603-271-5643
TDD Access: 1-800-735-2964

William L. Wrenn
Commissioner

Christopher H. Kench
Director of Security &
Training

June 20, 2012

*(Attachment A)*
*PA*

Luis Silva # 91105
138 East Milan Road
Berlin, NH 03570

Dear Mr. Silva:

I am in receipt of your undated letters to the Office of the Attorney General and the Commissioner of Corrections. In these letters you make three distinct complaints:

1. Issues with receiving mail
2. Being called to the Health Services Center
3. No Muslim Services for inmates

**RECEIVED NOV 1 4 2012 OFFICE OF THE CLERK SUPREME COURT, U.S.**

My responses are as follows:

1. Write to your facility Warden for local issues such as mail.
2. You may refuse medical treatment (to a degree) but you will go to Health Services Center when called and refuse treatment in person.
3. We have had no success in finding an Imam to facilitate Muslim Services at any of the facilities. Until we do, you may practice your religion to the best of your abilities within the guidelines imposed.

Thank you,

Christopher H. Kench, Director
Security and Training
NH Department of Corrections

*Is these issues security issues or the commissioner issues I refuse and sign @ Concord for no treatment*

Promoting Public Safety Through Integrity, Respect, Professionalism