DEFENDANT'S EXHIBIT NO. A-1

| NH DEPARTMENT OF CORRECTIONS<br>POLICY AND PROCEDURE DIRECTIVE | CHAPTER Resident Programming<br>STATEMENT NUMBER 7.17 |
|---|---|
| SUBJECT: **RELIGIOUS PROGRAMMING (RSA 622:22/23) AND DIETS**<br><br>PROPONENT: Joseph Diament, Director<br>*Name/Title*<br><br>Community Corrections 271-5603<br>*Office*  *Phone #* | EFFECTIVE DATE 01/10/13<br><br>REVIEW DATE 01/10/14<br><br>SUPERSEDES PPD# 7.17 & 7.1(split)<br><br>DATED 08/25/10 & 01/15/00 |
| ISSUING OFFICER:<br><br><br>*William Wrenn, Commissioner* | DIRECTOR'S INITIALS:<br>DATE:<br><br>APPENDIX ATTACHED:<br>YES ___  NO ___ |
| REFERENCE NO: See reference section on last page of PPD. | |

I. PURPOSE:
   To establish guidelines for developing and operating religious programs and diets for the Department of Corrections.

II. APPLICABILITY:
   To all inmates, staff and especially to the Chaplain and volunteers who are involved in the management and/or operation of religious programming and diets.

III. DEFINITIONS:
   As used in this document, the following definitions shall apply:
   A. Religious Activity: An activity conducted by or under the auspices of the Chaplain and designed specifically for worship, instruction, spiritual guidance or counseling.
   B. Religious Property: Religious property consists of items listed in attachment 3 that are approved as inmate property because of their membership in a recognized religion. Items may be added or deleted from the list after review and recommendation by the Religious Review Committee and approval of the Commissioner.
   C. Religious Review Committee: A committee made up of the institutions' Wardens or designee, Director of Security and Training, Director of Community Corrections or designee, Commissioner, and Chaplains that meet twice a year to consider and make recommendations to the Commissioner regarding additions and deletions from the authorized Religious Property List and the introduction of new religious components to the Department's religious services program.
   D. Recognized Faith Group: A religion, religious denomination, or sect supported by literature stating religious principles and recognized by a group of persons who share common ethical, moral or intellectual views which are not defamatory, racial, political or derisive in nature.
   E. Approved Religious Volunteer: Religious volunteer who has met all institutional application requirements and has obtained volunteer training.

IV. POLICY:
   It is the policy of the NH Department of Corrections that:
   A. All inmates shall have access to religious resources, services, instruction or counseling on a voluntary basis. Inmates shall be informed of opportunities available in religious programming on a continuing basis.
      1. All inmates are afforded the right to practice individual worship consistent with the Department's abiding interest in preserving the safety, security and orderly operation of its institutions. Within the bounds of the PPD and guidance for appropriate inmate conduct set forth in PPD 5.25, no inmate shall be barred or impeded in their individual religious practice or worship.
      2. The institutions will provide all inmates with the opportunity to pursue congregate practice of any recognized Faith Group, subject to the restrictions of their custody level and to the availability of DOC staff or an approved volunteer qualified to lead observance of the rites or worship of that recognized belief or practice. The Department will conduct on-going, intensive and coordinated outreach to identify and recruit appropriate volunteers to meet the needs for congregate worship for recognized religious groups that do not currently have approved volunteers.
      3. Inmates may receive individual religious ministration from individuals who are established as religious visitors and appear on the inmate's approved visitor list. Such visitors are not allowed to also serve as volunteers for congregate religious activities.
      4. As an adjunct service for Faith Groups without a volunteer, the Department, through the efforts of the Chaplains, will seek to identify and obtain free videos depicting appropriate religious activities, sermons or rites to be broadcast over the inmate cable TV network at scheduled times if such network is available. These videos are not to seen as a replacement for individual or congregate worship, but rather as a supplementary resource for inmates desiring additional religious activity or who by means of their custody level or the lack of an appropriate volunteer did not have access to congregate worship. Each Faith Group will be limited to no more than two one-hour videos per week. All videos must be in English and approved by a process to be establish by the Religious Review Committee. A foreign language video may be used if it has been screened by a DOC approved translator and meets all other criteria. If a Faith Group does not currently have an approved volunteer available for congregate services, a video may be approved on an interim basis by the institution's Chaplain until the next meeting of the Religious Review Committee in order to provide alternative access to some programming while a volunteer is sought.
      5. To obtain additional property or dietary privileges associated with a particular religion or to attend special events for a particular religion, an inmate must declare a preference for that religion, demonstrate a sincerely held religious belief, and obtain a Religious Preference Card (Attachment 8) from the Chaplain. Once an inmate receives a Religious Preference Card for a particular religion, the inmate must wait at least six months before switching to a different one. All inmates may attend any and all scheduled religious services (as found on each institution's chapel schedule), but no inmate may possess more than one Religious Preference Card at a time. Upon changing religions of record/ receiving a new Religious Preference Card, the Chaplain will notify the inmate's Unit Supervisor so that a property review may be accomplished. Inmates may not keep the property from more than one religion. NHDOC uses a universal Religious Preference Card that does not expire and is valid at all NHDOC facilities.
   B. The Administrator of Programs and the Institutional Chaplain shall monitor programming on a continuing basis to ensure adequacy of programs.

    C.    The institution may provide facilities necessary for the operation of religious programming for inmates.  The institution makes available civilian clerical staff to assist Chaplains in handling confidential material.

    D.    The institution shall extend to all inmates the greatest amount of freedom and opportunity to pursue any recognized religious belief or practice.  This shall be accomplished within the boundaries of security, safety, discipline and the orderly operation of the institution.  Inmates requesting the introduction of a newly recognized Faith Group to the religious services program shall provide the Chaplain a comprehensive response to each of the questions on attachment 4 of this PPD.  The Chaplain will bring the request to the Religious Review Committee at the next scheduled meeting for consideration and a recommendation to the Commissioner's Office.

    E.    Requests for changes in the allowed religious personal or group property, or additions of new (to the institution) practices must be submitted in writing with a justification for consideration by the Religious Review Committee.  The request will be reviewed and forwarded to the Commissioner's Office with recommendations.  This process may take up to 180 days.

    F.    Religious diets shall be available to those inmates who demonstrate religious dietary requirements in writing and sincerely held religious beliefs.  The religious diet list will be updated as changes occur.

    G.    The Department does not provide religious items or printed materials from any Faith Group to inmates.  To the extent that Faith Groups donate religious items or printed materials, subject to any required approval process for the item or printed material, the items or printed materials will be made available for group use if appropriate, or provided to individual inmates on a first come basis.

V.    PROCEDURES:

    A.    Reception Procedure

    Inmates arriving at the prison will be given the opportunity to declare a religious preference during the intake process.  During the reception process, inmates are issued an Inmate Manual, which contains information about the Chapel Program and religious opportunities available to them.

    B.    Pastoral Counseling

        1.    Chaplains shall interview inmates referred to them by institutional personnel. Personnel making such requests shall provide the Chaplain with sufficient information relative to the inmate so that the Chaplain may proceed with appropriate counseling.

        2.    Inmates may ask to see the Chaplain at any time.  Chaplains shall respond to these requests from inmates as promptly as possible, consistent with the urgency of the request and Chaplain availability.

        3.    The Chaplain shall assist inmates as appropriate concerning death or serious illness in an inmate's family in accordance with PPD 7.05 (Family Crisis Visits/Funeral Attendance).

    C.    Chapel Activities

Whenever possible, Chapel activities shall be held in a Chapel or other suitable space. Chapel activities shall be performed in compliance with the following:

1.    Attendance shall be voluntary;
2.    All inmates in the general population are free to attend;
3.    The Chaplain or approved religious volunteer shall:
    a.    Deliver a clear and understandable message to the inmates in English (while other languages may be spoken; the DOC is only obligated to provide the message in English);
    b.    Provide an appropriate learning or worship atmosphere;
    c.    Not provide, provoke, or invite criticism of any religious, racial, ethnic, or other groups; and
    d.    Not proselytize.

- 4. The Chaplain shall coordinate religious programs within the institutional activities schedule.
- 5. The Chaplain shall plan services in coordination with other activities, to avoid scheduling conflicts, as security concerns allow.

D. <u>Baptism, Communion & Other Sacramental Rituals</u>
1. Baptismal services may be conducted in the institution.
2. Communion services may be conducted on a regular basis.
3. Other sacramental rituals may be conducted as appropriate.

E. <u>Religious Education</u>
The Chaplain and Program Administrator shall develop, conduct and/or oversee a program of religious education. The Chaplain shall submit proposed programs to the Warden/Director for review and approval. The program may include the following activities:
1. Religious classes (lectures, instruction, discussions);
2. Religious forums;
3. Prayer therapy groups;
4. Religious choirs, ensembles, singing groups;
5. Self-study courses;
6. Religious group counseling;
7. Spiritual maturity groups;
8. Instruction in doctrines, rituals and ideals of various religious faiths; and
9. Religious functions or services by approved, outside groups.

F. <u>Needs Assessment</u>
The Chaplain shall monitor the changing religious needs of the inmate population. Assessments together with suggested changes shall be referred to the Warden/Director for consideration.

G. <u>Special Religious Needs</u>
1. Inmates shall have access to religious publications of their faith. The Chaplain shall periodically review all religious literature entering the institution. Inmates may make arrangements with a Chaplain to obtain personal copies of certain approved religious books and periodicals. All books and publications so retained must be in compliance with the rules and regulations regarding personal property.
2. The institution recognizes that certain religious faiths impose dietary restrictions upon their members; therefore, it shall be the policy of the institution to provide each inmate with the opportunity to satisfy minimum dietary requirements of their religious faith if these activities do not jeopardize the security of the institution.
   a. Inmates will use the Religious Diets Application (attachment 2) when requesting a religious diet.
   b. There are four diets provided by the Department: they include kosher; vegetarian; and vegetarian, no egg; and no pork. ("Vegetarian" means no meat/flesh).
   c. When the Chaplain receives an application and verifies a request for a diet as being based upon a sincerely held religious belief, the diet will be ordered using attachment 1. For vegetarian; vegetarian, no egg; and no pork diets, the Chaplain will affix the appropriate diet sticker to the back of the inmate's ID card.
   d. When there is a belief that an inmate receiving a religious diet has consumed or been in possession of food items that violate their approved religious diet, the information upon which the belief is based will be used to file a disciplinary report for the charge of 39B by the observing staff member. All guilty pleas or findings for this charge will be reported by the Hearings Office to the Chaplain who, in addition to other sanctions which may be imposed by the Hearings Officer, will require the following:
      1) First offense – required counseling with the Chaplain;
      2) Second offense – required counseling with the Chaplain;

        3)     Third or subsequent offense – required counseling with the Chaplain and re-evaluate the sincerity of the belief.
        4)     The Hearings Officer may not sanction an inmate by suspending or terminating the inmate's religious diet. The Chaplain will document in writing any counseling regarding religious diet violations.

    e.     If there are four offenses within a 2-year period or less, approval for an inmate's religious diet may be withdrawn by the Warden at the recommendation of the Chaplain if the inmate is found as being in violation of the terms of the religious diet program to which the inmate has agreed in writing. Inmates will be notified in writing by the Warden, at the recommendation of the Chaplain, of proposed removal from the religious diet program. The inmate may, within fifteen days of the Warden's notice, request in writing that the diet not be removed, and stating specific reasons. The Warden will respond within five days, giving the decision. Any such decision may be appealed to the Commissioner. The filing of an appeal will not stay implementation of the Warden's decision. Removal is not punitive in nature, but provides an opportunity for the inmate and staff to re-evaluate the program's appropriateness to meet the inmate's demonstrated needs. The Chaplain will notify the kitchen of any diet removals approved by the Warden.

    f.     All requests for special events that require services or specific food should be submitted in writing to the Chaplain at least 60 days prior to the requested observance.

    g.     Religious diets will be prepared and provided to the Special Housing Unit and Secure Psychiatric Unit/Residential Treatment Unit according to the approved religious diet.

    h.     When an inmate wishes to change to a religion that requires a specific diet they must consult with the Prison Chaplain and practice their newly acquired religion for a period of up to six months. After a successful trial period, the Chaplain will order the diet.

3.     Religious apparel, such as head coverings and religious medallions may be worn in accordance with institutional security requirements and this policy. Items that have been authorized to be stored in the inmate's living area will be kept in an authorized clear plastic box with the lid on whenever the item is not specifically in use. The inmate's last name only will be written in 1" plain block letters on the bottom of the box. There will be no other writing or decoration on the box whatsoever. This includes religious symbols. Other personal items designated for storage in the group locker will be stored as directed by the Chaplain.

4.     The use of wine for religious purposes will be limited to ceremonial or ritual functions where the Religious Volunteer or Chaplain shall be the only person permitted to actually consume the wine for the ceremony.

    a.     The Religious Volunteer shall be a duly authorized member of the clergy with rights and privileges granted by an ordaining authority.

    b.     The use of wine for religious purposes shall be restricted to use solely for those religious rituals and ceremonies that are historically documented to require wine as a part of the ritual or ceremony.

    c.     The wine shall not be stored at the institution, but shall be brought in immediately before the religious ritual or ceremony requiring the presence or consumption of the wine. No amount of wine is to be consumed by any inmate at any time.

    d.     Any amount of wine that is not consumed by the Religious Volunteer or Chaplain official shall be removed from the institution immediately after the religious ritual or ceremony.

    e.     The amount of wine brought into an institution at one time cannot exceed two ounces.

      f.     The facility Chaplain shall be notified in advance by the official of their intent to bring wine into the institution for use in a religious ritual or ceremony.

      g.     All items brought into or removed from the institution may be subject to search by the security personnel.

H.    Change or Establishment of Religious Preference or Faith

In order to declare a religious preference, an inmate needs to contact the institutional Chaplain and request to be recognized for that preference. An inmate who has declared a preference is not required to attend that religion's services or study group and may attend the services and study groups of any other religion. An inmate may request to be removed from the preference list of a religion at any time. When an inmate is removed from the preference list, any property in their possession for that religion will be sent out of the institution. If an inmate expresses a desire to change religious preference or faith, the Chaplain should encourage that inmate to seriously consider all implications of such a change. The inmate must initiate the conversion of record in a written statement to the Chaplain (attachment 5) citing current religious designation and that affiliation under which they would like to be recorded. The Chaplain shall not attempt to influence an inmate to change religious preference or faith. Inmates are not permitted to actively recruit other inmates. As stated in Section IV A, no inmate may possess more than one Religious Preference Card, nor may inmates switch cards more often than once every six months.

I.    Specific Denominational, Church or Sectarian Activities

The Chaplain shall schedule celebration of the sacramental rituals necessary to meet minimal requirements of a given religious faith, providing there is an Approved Religious Volunteer to lead such rituals or if the Chaplain is qualified to lead rituals of that particular faith. Such arrangements may require special times or environments. When an inmate's religion requires abstinence from work or special dietary requirements on holy days and seasons, efforts shall be made to arrange work assignments and schedules to accommodate that belief. The Chaplain shall make written recommendations for work proscriptions for approval on a case-by-case basis. This will ensure that inmates have the opportunity to participate in practices of their religious faith that are deemed essential by the faiths' judicatory, limited only by documentation showing threat to the safety of persons involved in such activity or that the activity itself disrupts order in the institution.

J.    Unauthorized Practices

The following religious practices and activities are never authorized:
1. Animal sacrifice;
2. Language or behaviors that could reasonably be construed as a threat to safety, security or the orderly running of the institution, (e.g., curses, nudity);
3. Self-mutilation;
4. Use, display or possession of weapons or what appears to be a weapon (e.g., paper sword);
5. Paramilitary exercises;
6. Self-defense training;
7. Sexual acts;
8. Profanity;
9. Consumption of alcohol by inmates;
10. Ingestion of illegal substances;
11. Encryption;
12. Disparagement of other religions.; or
13. Inmate-led groups. (See PPD 5.36.)

K.    Sweat Lodge Ceremonies
    1.   Sweat Lodge Ceremonies are Native American religious ceremonies held for ritual purification of the participants. The DOC has allowed the construction of a Sweat Lodge at NHSP/M in Concord and the Northern NH Correctional Facility in Berlin.

2. Logistics
   a. The Lodge shall be constructed, under the guidance of an approved Native American Volunteer and supervised by DOC staff, in an area approximately 20 x 40 feet, within a segregated area surrounded by a ten foot tall fence with a locking gate. DOC will provide the fence.
   b. The institution will permit inmates to obtain, by donation, the materials necessary for the construction, operation and maintenance of a Sweat Lodge within the institutional grounds, as approved by the Warden. The Chaplain will use reasonable efforts to secure the outside volunteers and supplies necessary.
   c. Once erected, the Sweat Lodge framework will remain up and in place. The only other items authorized to be left in the area are a cow or buffalo skull (or reproduction) and a limited number of stones from previous Sweat Lodge Ceremonies that are added to the fire pit wall.
   d. The applicable facility will secure a fire permit for the ceremony.
   e. Sweat Lodge Ceremonies will be scheduled on a quarterly basis in conjunction with the scheduled Native American feasts (both equinoxes and both solstices), and will be held on a day convenient to security during first shift. The feast will be held at the conclusion of the Sweat Lodge Ceremony.
   f. The chronological timeline for each Ceremony day will be reflected on an Operations Bulletin produced by the applicable facility for the event. A basic timeline may be found on *Sweat Lodge Ceremony Chronological Checklist* (attachment 7 to this PPD).
3. Implements will be provided by outside volunteers unless otherwise noted:
   a. Sapling trees, preferably willow or cedar;
   b. Stones for heating. Approximately 50 stones (about 9-inch diameter) are necessary for each ceremony, preferably lava rocks;
   c. Firewood, enough for a four-hour fire. Wood must be delivered to the facility no later than 14 days prior to the Ceremony day. Volunteer C-2 inmates may be solicited to help cut and split the firewood.
   d. Shovel and rake to move hot stones from fire pit to Lodge (provided by DOC)
   e. Deer antlers for use inside the Lodge to move hot stones
   f. Sage, sweet grass, cedar, copal, osha root, tobacco and kinnick-kinnick; all for ceremonial use.
   g. Smudge bowl, communal Native pipe and drum from Native group property locker.
   h. Non-metal bucket of water with ladle or plastic cup for pouring over hot stones in the Lodge (provided by DOC).
   i. Water hose at the ready for fire suppressant, should it become necessary.
   j. Canvas tarps and/or blankets to cover Lodge framework during Ceremony only.
   k. Four directional flags may be displayed on poles stuck in the ground
   l. Inmates may bring personal towels and personal drinking cup. DOC will provide drinking water for the Lodge area.
   m. An altar area may be set up within the Lodge area and may permanently display a hock skull (buffalo or cow, may be reproduced).
4. Participants
   a. Qualified C-4, C-3 and C-2 inmates will be allowed to participate in Sweat Lodge Ceremonies. All must be DOC Native American card-holders.
   b. Inmates must sign up for each Ceremony no later than two weeks prior to the ceremony date. Late sign-ups will not be accepted.
   c. Only those who have attended at least three-fourths of the weekly Native American Circle times during the quarter (a minimum of nine circles/quarters) will be allowed to attend the Lodge Ceremony. All other card-holders may join

        the Ceremony participants for the feast after the Ceremony. This standard may be relaxed for excused absences on a case-by-case basis via request slip to the Chaplain. Typically, an *unexcused* absence is anytime one *could* have attended but *chose not to.*

    d.    Attendance at NCF will be tracked via the Program Wing Officer's Movement Sheets.

    e.    No Sweat Lodge Ceremonies shall be conducted without the presence of an approved outside volunteer of the same sex as the inmate participants and each Ceremony shall be conducted according to the traditions of the outside volunteer running the Ceremony. The volunteer will have the final say as to who may not be allowed to participate.

    f.    All participants must sign a medical release and memorandum of understanding prior to participating.

    g.    Inmate participants will be excused from work or program requirements.

5. Procedures
   a. Participants will need to have access to rest room facilities.
   b. Inmate participants may bring two personal towels and a personal drinking cup with them to the Lodge site. Participants must wear gym shorts at a minimum at all times.
   c. Inmate participants are subject to search prior to entering the Lodge area and strip search prior to return to inmate general population. DOC will not interrupt Ceremonies for searches unless specifically approved by the Shift Commander and a compelling need exists.
   d. DOC reserves the right to postpone any Sweat Lodge Ceremony to another day based upon weather/wind direction/security issues/fire safety standards.
   e. Inmates who have declared themselves Native American will ensure easy access is available to and in the Lodge area through the winter by keeping the snow shoveled. At a minimum, there must be a four-foot wide path from the facility building entrance to the Lodge fence, a two-foot wide path around the Lodge fence and all snow cleared within the Lodge fence.
   f. As with all parts of DOC facilities, the ground used for the Lodge will not be recognized as "sacred ground", but it is respected ground to be used for Sweat Lodge Ceremonies only. As such, the entire area and all participants are subject to search at any time, even inside the Lodge during a Ceremony, should security concerns indicate a compelling need to do so.
   g. If there are more eligible inmate participants signed up than can be safely accommodated in a single Ceremony, DOC staff and the volunteer will decide whether to hold an additional Ceremony on another day, or to hold two abbreviated Ceremonies on the scheduled day.
   h. The Lodge area shall be kept clean at all times. Tarps, blankets and other DOC implements will be stored at the facility between Ceremonies. Participants shall be responsible for maintaining the site and providing any authorized Ceremonial supplies.

REFERENCES:

<u>Standards for the Administration of Correctional Agencies</u>
Second Edition Standards
  **2-CO-5E-01**

<u>Standards for Adult Correctional Institution</u>
Fourth Edition Standards
  **4-4319; 4-4517; 4-4520**

<u>Standards for Adult Community Residential Services</u>
Fourth Edition Standards
  **4-ACRS-4A-03; 5A-22**

<u>Standards for Adult Probation and Parole Field Services</u>
Third Edition Standards


<u>Other</u>
  **NH RSA 622:22/23**

Attachments


DIAMENT/pf

Attachment 1

# NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS

### MEDICAL/RELIGIOUS DIET ORDER

Please fill in Section A and F plus other applicable sections (B,C, D, E).  This form is to be utilized for all new diet orders, changes, renewals, discontinued diets and consult requests.  When completed, please forward to the Dietitian within 24 hours.  The physician's order (yellow copy or copy) must be attached.

A.  INMATE NAME _____ ID# _____ HOUSING _____
    Diagnosis _____ Ht. _____ Wt. _____

B.  MEDICAL DIET PRESCRIPTIONS:  (circle one)   New    Change    Renew
    Beginning Date _____ X 180 days, or other timeframe _____

    _____  Diabetic/ADA          Taking Insulin? (circle)       Yes    No
            (circle one)         1800      2200     2600     2900     No concentrated sweets
    _____  Textured diet (circle one)    clear liquid    full liquid    pureed    soft    mechanical soft
    _____  Prenatal (pt. Age _____ trimester _____) AM orange juice/HS snack
    _____  Supplemental/Snack _____
    _____  Other: _____
    _____  DISCONTINUE MEDICAL DIET (D/C diet/begin house diet)
    _____  Waiver signed by patient (copy attached) D/C diet

C.  CONSULTATION ORDER/REQUEST
    _____  Nutritional Assessment _____
    _____  Supplement/Snack Assessment _____
    _____  Weight:  Gain _____ since _____, Loss _____ since _____

    _____  Other _____
    _____  Provide diet education: _____

D.  RELIGIOUS DIET ORDER:  (circle )      Kosher      Vegetarian       Vegetarian-no egg       No-pork
    Chaplain's signature and date _____–

E.  COMMENTS:




F.  Preparer's Signature _____ Date _____

    Ordered by MD/PA/ARNP/RN (temporary texture only) _____

Attachment 2

## RELIGIOUS DIETS

Please read the notice on the right hand side and answer the following questions:

Inmate Name & Number _____
(please print)

I am a member of the _____ religion.

I have been a member for _____ years/months.

My religion requires its members to adhere to the following diet (Please describe diet requirements)
_____
_____
_____
_____

I understand and agree to the rules established by the institution regulating special diets.

_____     _____
Date                     Signature

- TO BE PUT ON A RELIGIOUS DIET, YOU MUST BE AN ACTIVE PARTICIPANT OF A RECOGNIZED RELIGION WHOSE DOCTRINE REQUIRES THE TYPE DIET YOU ARE SEEKING. IF YOU ARE NOT A MEMBER OF A RELIGIOUS GROUP REQUIRING DIETARY RESTRICTIONS, YOU DO NOT QUALIFY FOR A RELIGIOUS DIET.

- IF YOU ARE PLACED ON A SPECIAL DIET AND ARE OBSERVED EATING OR BUYING FOODS THAT ARE RESTRICTED, YOU WILL BE SANCTIONED OR MAY BE REMOVED FROM THE DIET.

- IF AFTER READING THIS YOU FEEL YOU MEET THE REQUIREMENTS FOR A RELIGIOUS DIET, PLEASE FILL OUT THIS FORM AND RETURN IT TO THE CHAPLAIN'S OFFICE.

_____
CHAPLAIN

**Attachment 3**
**Page 1 of 4**

## NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS
### Faith Group Overview

| Faith Group | Diet Considerations, Fasts & Feasts | Worship Practices/ Personal Group | Allowable Personal Items | Allowable Personal Items Kept in Group Locker |
|---|---|---|---|---|
| Buddhist | Vegetarian | P - Individual Choice<br><br>G - None at present | 1 Medallion*<br>1 Set of Malas (prayer beads)<br>1 Meditation Journal<br>1 Meditation Bag | 1 Zabuton (prayer mat)<br>1 Zafu (prayer cushion) |
| Catholic | Meatless entrée on Good Friday and Fridays throughout Lent | P - Individual Choice<br><br>G - Mass/Communion Service | 1 Medallion*<br>1 Rosary<br>1 Scapular | None |
| Episcopal | Meatless entrée on Good Friday and Fridays throughout Lent | P - Individual Choice<br><br>G – Group Services | 1 Medallion*<br>1 Set Anglican Prayer Beads | None |
| Islam/Muslim | Non-pork<br>Vegetarian<br>Ramadan Fast sun-up to sun-down 29-30 days<br>Eid ul Adha Feast<br>Eid ul Fitri Feast | P - Pray 5 times daily for approximately 10 min. (before sunrise, before noon, after noon, before sunset, after sunset)<br>G - Friday Jumah Service | 1 Medallion*<br>1 Prayer Rug<br>2 Kufi (skull cap)<br>1 Strand Prayer Beads<br>Unscented Halal soaps/ lotions – ordered from Access through Unit Supervisor - # in possession not to exceed qty of soaps allowed through canteen | None |
| Jehovah's Witness | None | P - Individual Choice<br>G - Group services and Book Studies | 1 Medallion* | None |
| Jewish | Kosher<br>Fasts:<br>Yom Kipper<br>Tish B'Av<br>The Fast of Tevet<br>The Fast of Esther<br>The Fast of Tammuz<br>The Fast of Gedaliah | P - Individual Choice<br>G - None at present | 1 Medallion*<br>1 Yarmulke (skull cap)<br>1 Prayer Shawl (not to exceed 24" X 72")<br>1 Set Phylacteries (leather prayer strap-like head and wrist ornaments) | None |
| Native American | Feasts:<br>Winter Solstice<br>Spring Equinox<br>Summer Solstice<br>Fall Equinox | P - Individual Choice<br><br>G - Circle Meetings, Pipe Ceremonies | 1 Native Choker<br>1 Beaded necklace w/fetish attached*<br>4 Feathers<br>5 Bandanas worn sweatband style, 3" fold<br>1 Medicine bag - may be kept on person at all times, in or under clothing. Staff may inspect contents, touched only by owner. Contents may include a pinch (the size of a pencil eraser) of any botanical material allowed in a group setting, and a small number of fetishes**.<br>1 Dream catcher – hoop must be non-metal, not to exceed 6" in diameter, and hangings from hoop not to exceed 6" | None |
| Neo-pagan | Non-pork<br>Vegetarian | P - Individual Choice<br>G - Group services and studies | 1 Medallion*<br>1 Wand - 6", wood/porcelain w/crystal tip<br>Up to 24 power stones in box or bag - solid stone | None |

**Attachment 3**
**Page 2 of 4**

| | | | | |
|---|---|---|---|---|
| Neo-pagan (continued) | Feasts: Imbolc Beltaine Lughnasadh Samhuinn | | energy spheres must fit in closed hand<br>1 Pentacle five-sided star - wood or porcelain<br>Meditative cards (pictures) and Mandala (could be pictures, posters, or paintings w/fur, bone or feathers attached)<br>1 Set of Divination Tools (can be runes, stones, bones, sticks pendulums, wooden tiles or cards) and four casting cloths, handkerchief sized<br>Scrolls (blank or written upon)<br>4 Feathers<br>Book of Shadow (blank book in which to write spells) - to be kept in or with religious box.<br>Spirit Bag – may be kept on person at all times, in or under clothing. Staff may inspect contents touched only by owner.  Contents may include a small number of fetishes**. | |
| Protestant/Christian | None | <u>P</u> - Individual Choice<br><u>G</u> - Group services and studies | 1 Medallion* | None |
| Rastifarian | Non-pork Vegetarian | <u>P</u> - Individual Choice<br><u>G</u> - None | 1 Medallion* | None |
| Russian Orthodox | None | <u>P</u> – Individual Choice<br><u>G</u> – Group services and studies | 1 Medallion *<br>1 Prayer rug<br>1 Prayer cushion<br>1 Lestovka (leather prayer loop, similar to rosary)<br>1 Veil to cover hair only, must be form fitting square style, worn only during worship and in personal cell space (women) | None |
| Seventh-Day Adventist | Vegetarian | <u>P</u> - Individual Choice<br><u>G</u> - Group services on Saturday | 1 Medallion* | None |
| Siddha Yoga | Vegetarian | <u>P</u> - Individual Choice<br><u>G</u> - Group services and studies | 1 Medallion*<br>1 Set of Malas (prayer beads)<br>1 Meditation mat | |
| Taoist | Non-pork Vegetarian Feasts:  Not more than four annually | <u>P</u> - Individual Choice -- Shave waiver allowed<br><u>G</u> - Group services and studies | 1 Medallion*<br>1 Hat<br>3 I-Ching coins<br>1 Set of Malas (prayer beads)<br>1 Meditation Journal<br>1 Meditation Bag | 1 Zabuton (prayer mat)<br>1 Zafu (prayer cushion) |
| Thelema | Non-pork Vegetarian Feasts:  Not more than four annually | <u>P</u> - Individual Choice<br><u>G</u> – Group services and studies | 1 Medallion*<br>1 Prayer Rug 36" x 48" max.<br>1 Tri-fold Shrine, paper or cardboard, panel 11" x17" max.<br>2 Sets Divination Tools, 1 Tarot Set, 1 set of 3-I Ching Coins<br>1 Set of Prayer Bards, wood or plastic<br>1 Headdress, must be form fitting, not flowing or draping | None |

|  |  |  | 1 Set Stones, up to 24, must find in closed hand |  |
|---|---|---|---|---|

**Notes:** All inmates, regardless of affiliation, are allowed: 1 medallion and religious books; tapes, and literature.  Inmates may obtain a religious calendar as one they are authorized per PPD 9.02, attachment 3. Some of these items, while acceptable in general population, may be restricted if the inmate is removed from general population status, or any time security deems is necessary for safety reasons.

**\*Medallions must be purchased shipped direct from a vendor, must not be larger than 1 ¼" diameter, and must not excel $50.00 in value.  Medallions may be worn at all times, subject to security restrictions, but must be worn under clothing, not hanging out, except in the inmate's personal cell.  The following medallions will not be allowed:  Swastika, Iron Cross, Inverted Cross, Five-point cross or any medallion identified as gang-related.**

**\*\*"Fetishes" are sentimental objects such as a small stone, bones, feather, etc…  Items must not pose a security risk, and all must fit in a closed hand.**

<div align="right">Attachment 3<br>Page 4 of 4</div>

## NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS
### Faith group Property List

| Pagan | Native American | Islamic | Siddha Yoga | Taoist |
|---|---|---|---|---|
| Altar Piece (wooden obelisk) | Assorted sticks | Prayer caps (3) | Ceramic bowl | Altar cloth |
| Bees wax candles (2) | Beans | | Framed pictures of Gurymayi | Bowls (3) |
| Black leather bag with 24 runes | Blanket | | Wooden incense box & burner | Chaice |
| Black leather bag with 42 runes | Cedar | | Assorted incense (200 +/-) | Singing bowls |
| Brass incense burner | Cedar bark boat | | Puja Cloth | Statue |
| Candle holders (3) | Cotton fabric (misc. colors) | | Small stature of Puja | Stones and crystals |
| Assorted candles ( 20 +/-) | Cups | | Linga & Yoni (stones) | Candles (20 +/-) |
| Chalice | Dream catchers | | | Cauldron |
| Charcoal for incense | Dried corn | | | Chimes |
| Cloth turtle | Drums | | | Drum |
| Cow bell | Drum beaters | | | Prayer flags |
| Gandar (wand - 2) | Flutes | | | Incense |
| Goddess candle | Leather | | | |
| Handkerchief with wood runes | Leather medicine wheel | **Buddhist** | **Jewish** | |
| Incense (assorted - 200 +/-) | Mandellas | Buddha statute | Prayer shawls | |
| Large cast iron cauldron | Native blue corn | Candles | Candles | |
| Large wooden runes (12+) | Partial hawk wing | Bell | Shofar | |
| Misc. bones and rocks | Pictures | Incense | Seder plate | |
| Misc. leather and cloth swatches | Pipe bundle | | Menorah | |
| Offerings (in folded envelope) | Prayer flags | | Hanukkah Menorah | |
| Prayer flags (13+) | Prayer ties | | Matzoh | |
| Scrying mirror wrapped in cloth | Rattles | | | |
| Shell | Red felt | | | |
| Silk altar cloth (2) | Sage | | | |
| Small black bag w/chalk | Shells | | | |
| Small brass bell | Sinew | | | |
| Small porcelain cauldron | Songbooks | | | |
| Steel oath ring in cloth pouch | Spoons | | | |
| Wooden bowls (2) | Squash seeds | | | |
| Wooden disc (7) | Sweet grass | | | |
| Wooden rectangle in leather pouch | Talking sticks | | | |
| God/goddess statutes | Tin w/cedar | | | |
| Drum | Turkey feather | | | |
| Flute | Bitterroot | | | |
| Drinking horn | | | | |

**Notes:**
**1. Books, pamphlets, papers, newspapers, cassette tapes, CDs and videos are not listed on these lists as all groups are allowed these items. Group property books, cassette tapes, CD's, DVD's, and videos are kept in the Chapel Library.**
**2. Statues/icons; no group may posses more than two statues and these must be no taller than 18 inches**
**3. Office supplies such as markers and erasers may be kept with group property, but they are not listed, as they are not items of a religious nature**

**Attachment 4**

# New Hampshire Department of Corrections

QUESTIONNAIRE REGARDING NEW OR UNFAMILIAR RELIGIOUS COMPONENTS

Inmates requesting the introduction of a new component to the Religious Services Program (schedule, meeting time, and space, religious items and attire) shall provide to the Chaplain a comprehensive response to each of the following questions for consideration by the Religious Review Committee for confirmation of practice at the institutional, regional and national level. Because of the review at these levels, the process may require up to 180 days for completion. The committee recommendation will be forwarded to the Commissioner's Office for consideration.

1. What is the official name of the faith group?

2. Who is the head of the faith group in the United States?

3. What is the address and telephone number of the faith group?
    Headquarters in the United States?

4. What are the basic teachings of the faith group? Please provide titles or attach particular reference material which would be useful for researching this group.

5. Does the faith group have ministers or teachers?

6. Are ministers available to visit incarcerated members of the faith group?

7. Are there religious holidays to be observed by members? If so, when are the holidays and what religious practices are necessary for the observance?

8. Are there any necessary religious items and what is the religious significance of each?

9. Are there time and space requirements for the group?

10. Are you aware of related faith groups or other groups with similar practices?

11. Is the religion open to all inmates?

Attachment 5

# New Hampshire Department Of Corrections

Request to Change Religious Preference

Date: _____

Inmate Name: _____

Institution: _____

Current Religious Preference of Record: _____

To Chaplain: _____

I request that I be allowed to change my religious preference to: _____

_____

I understand that I must actively participate in my new religion for a period of up to six (6) months from officially changing my religion, before I am eligible for a religious diet, or participation in special events.

I understand that I will have to send out any religious property that I currently have with respect to my present religion.

I understand that once I establish or change my religious preference, I must wait six (6) months before requesting another change.

Thank you,

_____
   (Inmate signature)

Approved: _____

Effective date: _____

**622:22 Religious Ministrations.** – The rules and regulations established for the government of any prison, county correctional facility, or public charitable or reformatory institution shall provide for suitable religious instruction and ministration to the inmates.

**Source.** 1881, 39:1. PS 285:24. PL 400:25. RL 464:23. RSA 622:22. 1988, 89:24, eff. June 17, 1988.

**622:23 Religious Preferences.** – The inmates shall have freedom of religious belief and freedom to worship God according to the dictates of their consciences, but this shall not permit anything inconsistent with proper discipline and management or any expense beyond that made under RSA 622:22.

**Source.** 1881, 39:1. PS 285:25. PL 400:26. RL 464:24.

**Cor 302.07 Religious Activities.**

(a) Religious programs and counseling shall be offered to all inmates. Inmates shall be able to participate in religious activities regardless of their custody grade. Inmates in minimum, medium and close security settings shall be able to attend group religious activities. Inmates during quarantine cycle, in punitive and administrative segregation and maximum custody status shall have access only to individual religious counseling and group religious activities available in their respective housing units.

(b) The prison shall encourage religious volunteers to visit the prison for the purpose of providing religious ministrations to the inmates.

(c) Proselytizing shall be prohibited.

**Cor 304.02 Secure Psychiatric Unit Patient Management.**

(i) Secure psychiatric unit patients shall be provided the opportunity for religious counseling by ministers, priests, rabbis, or other religious representatives of organized faiths on a regular basis.

**Cor 404.04 Pending Administrative Review (PAR).**

(k) Inmates retained under this policy in pending administrative review status shall be afforded the same recreation, work, education, and other activities as are other inmates in the same housing unit unless security of the institution mandates otherwise.

**Cor 404.06 Medical Segregation**

(g) An inmate placed in medical segregation shall retain all rights and privileges in consonance with the inmate's custody grade including all personal property and participation in programs, unless the medical authority determines in his/her opinion that the exercise of a particular right or privilege by the inmate might jeopardize the medical treatment that the inmate is undergoing, in which case the medical authority shall prescribe in writing a partial or total curtailment of such rights and privileges.

Attachment 7

# NHDOC SWEAT LODGE CEREMONY CHRONOLOGICAL CHECKLIST

Ceremony Date _____     Outside Volunteers:_____

**Four weeks prior**

_____ Sign-up window set: _____ to _____
_____ Check firewood availability
_____ Set feast menu
_____ Send feast signature sheet (Warden, Chef, Chaplain)
_____ Confirm details with security
_____ Confirm details with NHSP/M Chaplain

**Two weeks prior**

_____ Check on fire permit with Safety Officer
_____ Confirm details with outside volunteer _____ # _____
_____ Confirm blankets with laundry
_____ Get medical releases from inmates
_____ Fire tenders _____ _____
_____ Blanket tenders _____ _____
_____ Provide final details including names to _____ for Ops Bulletin
_____ Confirm final details with security

**One day prior**

_____ Confirm blankets
_____ Confirm fire permit
_____ Confirm other items (wood, rocks, tools)
_____ Confirm volunteer

**Ceremony Day**

_____0800 Rocks, firewood and tools brought in to ceremony compound; hose run
_____0900 Fire tenders get kindling from wood shop; start fire
_____1000 Blanket & fire tenders get blankets from laundry and water from kitchen; both drinking water and 5 gallon bucket of water for pouring on the stones in the lodge
_____1020 Inmate participants called for lunch with first chow
_____1100 Inmate participants allowed access to lodge compound
_____==Participants== have signed medical released and memorandums of understanding
_____1100 Ceremony starts
_____1600 Ceremony ends (no later than)
_____Ceremony area cleaned up
_____Blankets returned to laundry
_____Water hose, other tools returned to proper places
_____Ceremony area secured
_____Security begins monitoring fire burnout via camera or direct visual
_____1630 Feast begins

**Day after Ceremony**

_____Blanket tenders fold and put away blankets (in laundry room)

Attachment 8

NHDOC Religious Property ID Card

______________________, ID#___________
(inmate's name)
follows the ______________________
religion, and is allowed the approved religious items listed in PPD 7.17.
Date_____________ ____________________
(Chaplain's signature)

NHDOC Religious Property ID Card

______________________, ID#___________
(inmate's name)
follows the ______________________
religion, and is allowed the approved religious items listed in PPD 7.17.
Date_____________ ____________________
(Chaplain's signature)

NHDOC Religious Property ID Card

______________________, ID#___________
(inmate's name)
follows the ______________________
religion, and is allowed the approved religious items listed in PPD 7.17.
Date_____________ ____________________
(Chaplain's signature)

NHDOC Religious Property ID Card

______________________, ID#___________
(inmate's name)
follows the ______________________
religion, and is allowed the approved religious items listed in PPD 7.17.
Date_____________ ____________________
(Chaplain's signature)

NHDOC Religious Property ID Card

______________________, ID#___________
(inmate's name)
follows the ______________________
religion, and is allowed the approved religious items listed in PPD 7.17.
Date_____________ ____________________
(Chaplain's signature)

NHDOC Religious Property ID Card

______________________, ID#___________
(inmate's name)
follows the ______________________
religion, and is allowed the approved religious items listed in PPD 7.17.
Date_____________ ____________________
(Chaplain's signature)

NHDOC Religious Property ID Card

______________________, ID#___________
(inmate's name)
follows the ______________________
religion, and is allowed the approved religious items listed in PPD 7.17.
Date_____________ ____________________
(Chaplain's signature)

NHDOC Religious Property ID Card

______________________, ID#___________
(inmate's name)
follows the ______________________
religion, and is allowed the approved religious items listed in PPD 7.17.
Date_____________ ____________________
(Chaplain's signature)