DEFENDANT'S EXHIBIT NO. A-3

| NH DEPARTMENT OF CORRECTIONS POLICY AND PROCEDURE DIRECTIVE | CHAPTER Enforcement Operations STATEMENT NUMBER 5.36 |
|---|---|
| SUBJECT: **STAFF SUPERVISION OF INMATES** <br><br> PROPONENT: Christopher Kench, Director <br> *Name/Title* <br> Commissioner's Office    271-8016 <br> *Office*                           *Phone #* | EFFECTIVE DATE    06/30/11 <br><br> REVIEW DATE    06/30/11 <br><br> SUPERSEDES PPD#    5.36 <br><br> DATED    08/01/07 |
| ISSUING OFFICER: <br><br> *William Wrenn, Commissioner* | DIRECTOR'S INITIALS ___ <br> DATE ___ <br><br> APPENDIX ATTACHED: <br> YES ___   NO ___ |
| REFERENCE NO:    See reference section on last page of PPD. | |

I. PURPOSE:
   To establish guidelines for the supervision of inmates.

II. APPLICABILITY:
   To all prison staff

III. POLICY:
   It is the policy of the Department of Corrections that no inmate or group of inmates is given control or authority over other inmates. Inmates may not gather independent of the direct supervision of appropriate staff or qualified volunteer.

IV. PROCEDURES:
   A. All employees have a responsibility for the proper supervision of inmates. There are various degrees of supervisory responsibility according to the duty assignment of each employee, i.e.: housing unit teams and squad members, work-site supervisors, program supervisors and any employee having contact with inmates or groups of inmates during the course of their duties.
   B. The responsibility for supervising inmates cannot be delegated to any inmate or group of inmates. At no time will an inmate or group of inmates be placed in a supervisory role over any other inmate or group of inmates at any DOC facility or outside work detail.

REFERENCES:

Standards for the Administration of Correctional Agencies
Second Edition Standards

Standards for Adult Probation and Parole Field Services
Third Edition Standards

Standards for Adult Correctional Institutions
Fourth Edition Standards
4-4182
Standards for Adult Community Residential Services
Fourth Edition Standards

Other

KENCH/pf