

DEFENDANT'S
EXHIBIT
NO. A-4

**Pitman, Tanya**

| | |
|---|---|
| **From:** | Hoyt, Dana C [Dana.Hoyt@nhdoc.state.nh.us] |
| **Sent:** | Friday, August 02, 2013 2:05 PM |
| **To:** | Fredericks Jr, Francis C |
| **Subject:** | FW: Volunteer info for NHDOC |
| **Attachments:** | Citizens Involvement-Mosfek Talukder scanned.pdf |

#17

*REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*
*Northern NH Correctional Facility*
*138 E. Milan Rd.*
*Berlin, NH 03570*

*(603)752-0341*

---

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Wednesday, June 09, 2010 1:36 PM
**To:** HOYT, REV DANA
**Subject:** Re: Volunteer info for NHDOC

Dear Rev. Hoyt
Thank you very much for sending me the info so quickly. I have attached a scanned copy of the filled out
Volunteer Application. I really appreciate all your help your effort to help our community.
Sincerely
Mosfek Talukder

On Wed, Jun 9, 2010 at 12:08 PM, HOYT, REV DANA <dhoyt@nhdoc.state.nh.us> wrote:



Mosfek,

Thank you so much for your willingness to pursue volunteer service here at the Northern
NH Correctional Facility in Berlin. The small core of Muslim followers here greatly
appreciates it. Attached please find the Volunteer Application which you need to fill out
and send or fax back to me. I will call you once I receive it.

REJOICE!

1

1

Rev. Dana C. Hoyt, NCF Chaplain

Northern NH **Correctional Facility**

138 E. Milan Rd.

Berlin**, NH 03570**

(603)752-0341

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

**Pitman, Tanya**

| | |
|---|---|
| **From:** | Hoyt, Dana C [Dana.Hoyt@nhdoc.state.nh.us] |
| **Sent:** | Friday, August 02, 2013 2:04 PM |
| **To:** | Fredericks Jr, Francis C |
| **Subject:** | FW: Volunteer Orientation |

#16

## *REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*
*Northern NH Correctional Facility*
*138 E. Milan Rd.*
*Berlin, NH 03570*

*(603)752-0341*

---

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Thursday, June 17, 2010 11:56 PM
**To:** HOYT, REV DANA
**Subject:** Re: Volunteer Orientation

Hello Rev. Hoyt
I hope you are doing well. I know I took a bit longer time to get back to you because on July 2nd I have some family obligation that I must attend to. My wife and I , we had our first baby two weeks ago so thing are bit hectic for time being. However thanks to god, my circumstance have changed for next Friday June 25th so I will be free to attend go over the orientation 10:00 am and of course lead the prayer in 12:30.

If next Friday works, please let me know. Once again thank you for all your help.
-Mosfek

On Wed, Jun 16, 2010 at 11:48 AM, HOYT, REV DANA <dhoyt@nhdoc.state.nh.us> wrote:

Mosfek,

How about Friday, July 2 at 10:00 am? Then we could schedule a prayer service for 12:30, or whatever time you'd like. Will that work for you?

## *REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*

1

*Northern NH Correctional Facility*

*138 E. Milan Rd.*

*Berlin, NH 03570*

*(603)752-0341*

---

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Tuesday, June 15, 2010 11:42 PM
**To:** HOYT, REV DANA
**Subject:** Re: Volunteer Orientation

Hello Rev. Dana Hoyt

I greatly appreciate all your help and getting back to me so quickly. I am pleased to hear that I was approved and glad to be a part of this *project*. Because of my work schedule, attending Tuesdays and Thursday's orientation are harder therefore I really like the option of attending Friday morning orientation and then do the Jumu'ah service. I am usually off from work on Friday (except June 25th) so logistically it is easier for me to attend and do the orientation and the prayer.

Once again thank you so much for all your help.

Sincerely

-Mosfek

----

Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

On Tue, Jun 15, 2010 at 4:46 PM, HOYT, REV DANA <dhoyt@nhdoc.state.nh.us> wrote:



2

4

Mosfek,

Thank you so much for your interest in the Islamic community here at NCF. Your application has been processed and approved. All that remains is for you to attend a Volunteer Orientation. I am offering one from 3:30 -6:00 pm on Thursday, June 17, and another from 2:00-4:30 pm on Tuesday, July 13. Will either one of these fit your schedule? Another option would be for you to come up on Friday morning and have the Orientation from 10:00 – 12:30, then you lead the men here for a Jum'ah service. Please let me know which you'd prefer, as these need to be arranged in advance.

*REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*

*Northern NH Correctional Facility*

*138 E. Milan Rd.*

*Berlin, NH 03570*

*(603)752-0341*

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

3

5

**Pitman, Tanya**

| | |
|---|---|
| **From:** | Hoyt, Dana C [Dana.Hoyt@nhdoc.state.nh.us] |
| **Sent:** | Friday, August 02, 2013 2:04 PM |
| **To:** | Fredericks Jr, Francis C |
| **Subject:** | FW: Volunteer Orientation |

#15

## *REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*
*Northern NH Correctional Facility*
*138 E. Milan Rd.*
*Berlin, NH 03570*

*(603)752-0341*

---

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Friday, June 18, 2010 3:23 PM
**To:** HOYT, REV DANA
**Subject:** Re: Volunteer Orientation

Hello Rev Hoyt
Thats sounds wonderful and thank you very much. Once I arrive at the 138E Milan Rd, I will give you a call
from my cell phone.
Greatly Appreciated.
-Mosfek

On Fri, Jun 18, 2010 at 8:04 AM, HOYT, REV DANA <dhoyt@nhdoc.state.nh.us> wrote:

Mosfek,

Next Friday, June 25th, will be perfect. I will publicize the prayer meeting so the men will know.
Thank you again for caring. Oh, and congratulations on your new baby. We have three, two in
college and one in high school. I have discovered that they still need parenting into their young adult
years ☺

## *REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*

1

6

*Northern NH Correctional Facility*

*138 E. Milan Rd.*

*Berlin, NH 03570*

*(603)752-0341*

---

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Thursday, June 17, 2010 11:56 PM

**To:** HOYT, REV DANA
**Subject:** Re: Volunteer Orientation

Hello Rev. Hoyt
I hope you are doing well. I know I took a bit longer time to get back to you because on July 2nd I have some family obligation that I must attend to. My wife and I , we had our first baby two weeks ago so thing are bit hectic for time being. However thanks to god, my circumstance have changed for next Friday June 25th so I will be free to attend go over the orientation 10:00 am and of course lead the prayer in 12:30.

If next Friday works, please let me know. Once again thank you for all your help.
-Mosfek

On Wed, Jun 16, 2010 at 11:48 AM, HOYT, REV DANA <dhoyt@nhdoc.state.nh.us> wrote:

Mosfek,

How about Friday, July 2 at 10:00 am? Then we could schedule a prayer service for 12:30, or whatever time you'd like. Will that work for you?

*REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*

*Northern NH Correctional Facility*

*138 E. Milan Rd.*

***Berlin, NH 03570***

***(603)752-0341***

---

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Tuesday, June 15, 2010 11:42 PM
**To:** HOYT, REV DANA
**Subject:** Re: Volunteer Orientation


Hello Rev. Dana Hoyt

I greatly appreciate all your help and getting back to me so quickly. I am pleased to hear that I was approved and glad to be a part of this *project*. Because of my work schedule, attending Tuesdays and Thursday's orientation are harder therefore I really like the option of attending Friday morning orientation and then do the Jumu'ah service. I am usually off from work on Friday (except June 25th) so logistically it is easier for me to attend and do the orientation and the prayer.

Once again thank you so much for all your help.

Sincerely

-Mosfek



----

Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103


On Tue, Jun 15, 2010 at 4:46 PM, HOYT, REV DANA <dhoyt@nhdoc.state.nh.us> wrote:



Mosfek,

Thank you so much for your interest in the Islamic community here at NCF. Your
application has been processed and approved. All that remains is for you to attend a

3

8

Volunteer Orientation. I am offering one from 3:30 -6:00 pm on Thursday, June 17, and another from 2:00-4:30 pm on Tuesday. July 13. Will either one of these fit your schedule? Another option would be for you to come up on Friday morning and have the Orientation from 10:00 – 12:30, then you lead the men here for a Jum'ah service. Please let me know which you'd prefer, as these need to be arranged in advance.

*REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*

*Northern NH* **Correctional Facility**

*138 E. Milan Rd.*

*Berlin*, **NH 03570**

*(603)752-0341*

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

--
Mosfek Talukder

4

9

**Pitman, Tanya**

| | |
|---|---|
| **From:** | Hoyt, Dana C [Dana.Hoyt@nhdoc.state.nh.us] |
| **Sent:** | Friday, August 02, 2013 2:03 PM |
| **To:** | Fredericks Jr, Francis C |
| **Subject:** | FW: Ramadan 2010 |

#14 of many

# *REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*
*Northern NH Correctional Facility*
*138 E. Milan Rd.*
*Berlin, NH 03570*

*(603)752-0341*

---

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Monday, July 26, 2010 5:20 PM
**To:** HOYT, REV DANA
**Subject:** Re: Ramadan 2010

Hello Rev Hoyt

I hope you are doing well. Things are going well with my family and the little one is keeping us busy at most of the time. The cd I gave out have files on a DVD so yes without dvd rom it won't work. I decided to put it on dvd disk because of the 4.5 Gigabyte of space. Yes a large thumb drive would work wonderfully to transfer the files onto the chapel computers.

I will be able to make it on Aug 6th unless something changes. We don't have appropriate date for Ramadan or Eid because they are calculated based on the lunar calender. But I will know a head when we are expecting the Ramadan once I find out.

Thanks again for making all this things happen and all your help.

Mosfek

On Fri, Jul 23, 2010 at 3:08 PM, HOYT, REV DANA <dhoyt@nhdoc.state.nh.us> wrote:



1

Mosfek,

I hope all is well with you, your wife, and the little one. I understand things went just fine in my absence. I received the disk you left, but I am, so far, unable to view anything on it. I will take it home and try there. If it files on a DVD, we don't have a computer in the Chapel area capable of such; we only have CD-ROMs, so far. If I can read it at home, I will transfer the files to my thumb drive and then onto the Chapel computers.

Do you know when you will be coming up next? The more advance notice we have, the better we are able to get the word out to the men.

Do you have the appropriate dates for Ramadan this year? I am working on the details for the Operations Bulletin.

Thank you again for sacrificing time and gas money to come up for the men here.

*REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*

*Northern NH* **Correctional Facility**

*138 E. Milan Rd.*

*Berlin***, NH 03570**

*(603)752-0341*

--
Mosfek Talukder
978-726-1343

**Pitman, Tanya**

| | |
|---|---|
| **From:** | Hoyt, Dana C [Dana.Hoyt@nhdoc.state.nh.us] |
| **Sent:** | Friday, August 02, 2013 2:03 PM |
| **To:** | Fredericks Jr, Francis C |
| **Subject:** | FW: Tomorrow |

#13 of many

# *REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*
*Northern NH Correctional Facility*
*138 E. Milan Rd.*
*Berlin, NH 03570*

*(603)752-0341*

---

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Thursday, August 05, 2010 2:47 PM
**To:** HOYT, REV DANA
**Subject:** Re: Tomorrow

Hello Rev. Hoyt

I hope you and your family is doing well. I am coming over tomorrow and the time is fine. My cell phone is 978-726-1343. I will talk about the arrangement for the Eid when I see you tomorrow. I hope you were able to download all books and lectures in the computers. If you need anything else let me know. Thanks

Mosfek

On Thu, Aug 5, 2010 at 10:08 AM, HOYT, REV DANA <dhoyt@nhdoc.state.nh.us> wrote:



Mosfek

I scheduled you for 1:20 tomorrow, as that is the time you came in last time. Please let me know as soon as possible if this will not work for you. Also, I scheduled Ramadan here for August to September 9, with the Eid Ul Fitr feast scheduled for 11:20 am on September 10. Of course, you are welcome to join the men for the feast if you'd like. I just need to know in advance so I can plan accordingly. I'm looking forward to seeing you tomorrow, as I'm sure the men here are more so.

1

One more thing. Could you give me your phone number again? I tried to call you today, and evidently I copied your number incorrectly, as I didn't get you!

*REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*

*Northern NH Correctional Facility*

*138 E. Milan Rd.*

*Berlin, NH 03570*

*(603)752-0341*

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

2

**Pitman, Tanya**

| | |
|---|---|
| **From:** | Hoyt, Dana C [Dana.Hoyt@nhdoc.state.nh.us] |
| **Sent:** | Friday, August 02, 2013 2:02 PM |
| **To:** | Fredericks Jr, Francis C |
| **Subject:** | FW: Volunteer Orientation |

#12 of many

## *REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*
*Northern NH Correctional Facility*
*138 E. Milan Rd.*
*Berlin, NH 03570*

*(603)752-0341*

---

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Friday, September 24, 2010 9:43 AM
**To:** HOYT, REV DANA
**Subject:** Re: Volunteer Orientation

Hello Rev Hoyt
I hope you are doing well and in good health. I am coming up to Berlin this Friday around 1 p.m. to lead the Friday prayer.
Thanks
Mosfek.

1

**Pitman, Tanya**

| | |
|---|---|
| **From:** | Hoyt, Dana C [Dana.Hoyt@nhdoc.state.nh.us] |
| **Sent:** | Friday, August 02, 2013 2:02 PM |
| **To:** | Fredericks Jr, Francis C |
| **Subject:** | FW: From Mosfek |

#11 of many
REJOICE!

Rev. Dana C. Hoyt, NCF Chaplain
Northern  NH Correctional Facility
138 E. Milan Rd.
Berlin, NH 03570

(603)752-0341

-----Original Message-----
From: Mosfek Talukder [mailto:mosfek@gmail.com]
Sent: Thursday, October 14, 2010 7:25 PM
To: HOYT, REV DANA
Subject: From Mosfek

Hello Rev Hoyt
I hope you are doing well.   I was suppose to lead the prayer tommorow
however we are expecting a nor'easter in our area all day friday, as it suppose be a heavy
rain in here so I am not going to make but next week.  please let them know.
thanks

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

1

**Pitman, Tanya**

| | |
|---|---|
| **From:** | Hoyt, Dana C [Dana.Hoyt@nhdoc.state.nh.us] |
| **Sent:** | Friday, August 02, 2013 2:01 PM |
| **To:** | Fredericks Jr, Francis C |
| **Subject:** | FW: from mosfek |

#10 of many

REJOICE!

Rev. Dana C. Hoyt, NCF Chaplain
Northern  NH Correctional Facility
138 E. Milan Rd.
Berlin, NH 03570

(603)752-0341

-----Original Message-----
From: Mosfek Talukder [mailto:mosfek@gmail.com]
Sent: Thursday, October 21, 2010 10:21 PM
To: HOYT, REV DANA
Subject: from mosfek

Hello Rev Hoyt
I hope you are doing well.  I been extremely sick since last few days so I won't able to make tomorrow doing the prayer.  Please let them know and ask them to remember me in their prayers make supplication for my health.
Mosfek

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

1

**Pitman, Tanya**

| | |
|---|---|
| **From:** | Hoyt, Dana C [Dana.Hoyt@nhdoc.state.nh.us] |
| **Sent:** | Friday, August 02, 2013 2:00 PM |
| **To:** | Fredericks Jr, Francis C |
| **Subject:** | FW: from mosfek |

#9 of many

REJOICE!

Rev. Dana C. Hoyt, NCF Chaplain
Northern  NH Correctional Facility
138 E. Milan Rd.
Berlin, NH 03570

(603)752-0341

-----Original Message-----
From: Mosfek Talukder [mailto:mosfek@gmail.com]
Sent: Thursday, November 11, 2010 11:49 PM
To: HOYT, REV DANA
Subject: from mosfek

Hello Rev Hoyt
I hope you are doing well and in good heath.  I wanted to remind you that I will be here to
perform the friday payers at 1 p.m.  Please let them know.
Best Regards
Mosfek Talukder
--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

1

**Pitman, Tanya**

| | |
|---|---|
| **From:** | Hoyt, Dana C [Dana.Hoyt@nhdoc.state.nh.us] |
| **Sent:** | Friday, August 02, 2013 1:59 PM |
| **To:** | Fredericks Jr, Francis C |
| **Subject:** | FW: from mosfek |

#8 of many

REJOICE!

Rev. Dana C. Hoyt, NCF Chaplain
Northern  NH Correctional Facility
138 E. Milan Rd.
Berlin, NH 03570

(603)752-0341


-----Original Message-----
From: Mosfek Talukder [mailto:mosfek@gmail.com]
Sent: Thursday, December 02, 2010 1:56 PM
To: HOYT, REV DANA
Subject: from mosfek

Hello Rev Hoyt
I hope you are doing well and in good health.  I won't' able to make it to Friday from now on
because I started a new job where I get only week end off.  I can definitely come on my day-
off like Saturday or Sunday to visit the inmates if it is allowed.  Please let them know.
Thanks
Mosfek


--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

1

**Pitman, Tanya**

| | |
|---|---|
| **From:** | Hoyt, Dana C [Dana.Hoyt@nhdoc.state.nh.us] |
| **Sent:** | Friday, August 02, 2013 1:57 PM |
| **To:** | Fredericks Jr, Francis C |
| **Subject:** | FW: Eid Feast |

#7 of many

## *REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*
*Northern  NH Correctional Facility*
*138 E. Milan Rd.*
*Berlin, NH 03570*

*(603)752-0341*

---

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Thursday, September 01, 2011 9:29 AM
**To:** Hoyt, Rev Dana
**Subject:** Re: Eid Feast

Hello Rev Hoyt
I hope you are doing well.  I just wanted to confirm that I will be here around 4 p.m. to attend the gathering.
 Hopefully I will see you there.
Thanks
Mosfek.

On Mon, Aug 8, 2011 at 2:37 PM, Mosfek Talukder <mosfek@gmail.com> wrote:
Hello Rev Hoyt
I am still working on the process to get someone for the Eid for Concord prison as I am friend the person who
used to volunteer there.  I will let you know as soon as I hear something from them.  One of my friend is
interested to carry on the friday prayer for Berlin as I used to.  His name is Abdul Rahman and hi email
is: malikic@comcast.net and I cc him this email so that you can help him with the process.
Thank you and let me know if you have any question.
Best Regards
Mosfek

On Thu, Aug 4, 2011 at 12:14 PM, Hoyt, Rev Dana <dhoyt@nhdoc.state.nh.us> wrote:

Mosfek,

I will set this up, and be here to facilitate this.  One more thing: it seems the Concord facility is in the
same predicament – no volunteer, hence no feast.  Is there any way you might be able to lead a feast
there as well?  It certainly could be on a different day.  Or perhaps you know of someone willing?

1

They would not have to go through the volunteer orientation, since it would be a one-time event. They would need to submit an application and we would have to do a background check, and fairly soon.

If it is possible for you to do it, you would not have to do anything, as you are already approved for all facilities.

Please let me know if either of these are possible, and again, thank you for your willingness to make the feast happen for the men here.

## *REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*

*Northern  NH Correctional Facility*

*138 E. Milan Rd.*

*Berlin, NH 03570*

*(603)752-0341*

---

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Monday, August 01, 2011 3:34 PM

**To:** Hoyt, Rev Dana
**Subject:** Re: Eid Feast

Hello  Rev

I plan to arrive right about 4:00 p.m. I think two hours is sufficient for food and fellowship. So by six I plan to depart. Thanks
Mosfek

On Thu, Jul 28, 2011 at 3:22 PM, Hoyt, Rev Dana <dhoyt@nhdoc.state.nh.us> wrote:

Mosfek,

Thank you so much for your willingness to make the end of Ramadan special for the men here. Please let me know how much time you would like for teaching, fellowship, etc… in addition to the feast time.

Are you going to arrive right about 4:00, or earlier? Just let me know so I can make the appropriate arrangements.

Again, on behalf of the men here, thank you, Thank You, THANK YOU!

*REJOICE!*

***Rev. Dana C. Hoyt, NCF Chaplain***

***Northern NH Correctional Facility***

***138 E. Milan Rd.***

***Berlin, NH 03570***

***(603)752-0341***

---

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Thursday, July 28, 2011 2:09 PM

**To:** Hoyt, Rev Dana
**Subject:** Re: Eid Feast

Hello Rev Hoyt

I am doing well as my wife is expecting another daughter in Sept 4th. I hope you and your family is doing as well.

 I know the situation and its unfortunate as our Muslim  community is moving away from NH and more toward Mass and other big cities.  I will definitely  let you know if I can get someone here.

Yes I will take that day off from work and It would easier for me to attend around 4 p.m.  If I need to change the day I will let you know few days prior.
Thank you
Mosfek

On Wed, Jul 27, 2011 at 9:14 PM, Hoyt, Rev Dana <dhoyt@nhdoc.state.nh.us> wrote:

Mosfek,

I hope this finds you, your wife, and your baby girl well.  The reason for my writing is two-fold.  First, do you know of anyone who may be able to pick up where you left off in leading even an occasional Jumuah service?

Second, is it at all possible for you to come up to share the Eid feast with the men at the end of Ramadan?  Just a few days ago our policy changed, and now states that, in the absence of a qualified volunteer, groups are not even allowed to share a feast meal.  So as it stands now, the Muslims up here will not be able to close out Ramadan with a feast, unless I can find a qualified volunteer to lead the feast.  We were planning for a feast on September 1, either at 11:00 am or 4:00 pm, but it could be moved to a different day if necessary.  Is this something you would be willing to do?  Please let me know as soon as possible one way or another.

*REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*

*Northern  NH Correctional Facility*

*138 E. Milan Rd.*

4

*Berlin, NH 03570*

*(603)752-0341*

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

5

**Pitman, Tanya**

| | |
|---|---|
| **From:** | Hoyt, Dana C [Dana.Hoyt@nhdoc.state.nh.us] |
| **Sent:** | Friday, August 02, 2013 1:56 PM |
| **To:** | Fredericks Jr, Francis C |
| **Subject:** | FW: Eid Feast |

#6 of many

## *REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*
*Northern  NH Correctional Facility*
*138 E. Milan Rd.*
*Berlin, NH 03570*

*(603)752-0341*

---

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Friday, July 13, 2012 3:23 PM
**To:** Hoyt, Dana C
**Subject:** Re: Eid Feast

Hello Rev Hoyt
How are you doing, I hope you and your family is doing as well.  My family and I are doing well.  I hope the *brothers* are doing well over there, I do miss them very much.

1.  I can surely  come for Eid Ul Fiter in the following weekend after Eid.  If regulation permits for weekend than in the august 25th or 26th.
2.     I have forwarded the email to others in the community, if some one volunteer  i will give you his contact.  Most of my close friends have left NH within last two year its been difficult.
3.  Please let me know how many copies do you need and are you looking just for the English translation of quran or the arabic quran.  I will bring them with me next time when I come in Berlin.

Best Regards
Mosfek Talukder


On Fri, Jul 13, 2012 at 12:36 PM, Hoyt, Dana C <Dana.Hoyt@nhdoc.state.nh.us> wrote:


Mosfek,

I hope you and your family are doing well.  Here, things are going well; we never run out of "customers."  We have a couple of needs that I wanted to ask you about.

1

1. Is there any chance you might be able to come up for an Eid Ul Fitr feast with the men here? If so, we could schedule it any time and day that would work for you (after Ramadan, obviously). If not, do you know anyone else who might be able to accommodate this?
2. Do you know of any prospects for a regular (or even irregular) volunteer to come up and lead Jumuah?
3. Do you know of a mosque or other organization that would be willing to donate Q'urans? I have had several requests lately, but have not had any to give out in a couple of years.

Wishing you the best as you prepare for Ramadan.

*REJOICE!*

**Rev. Dana C. Hoyt, NCF Chaplain**

**Northern NH Correctional Facility**

**138 E. Milan Rd.**

**Berlin, NH 03570**

**(603)752-0341**

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

**Pitman, Tanya**

| | |
|---|---|
| **From:** | Hoyt, Dana C [Dana.Hoyt@nhdoc.state.nh.us] |
| **Sent:** | Friday, August 02, 2013 1:56 PM |
| **To:** | Fredericks Jr, Francis C |
| **Subject:** | FW: Eid Feast |

#5 of many

## *REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*
*Northern  NH Correctional Facility*
*138 E. Milan Rd.*
*Berlin, NH 03570*

*(603)752-0341*

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Monday, July 16, 2012 10:49 AM
**To:** Hoyt, Dana C
**Subject:** Re: Eid Feast

Hello Rev Hoyt
I hope you are doing well, i hope your surgery goes well.
I am confirming that on august 25th I will come up in Berlin.  I am open for either lunch or dinner, which is easier.
For the quran I would like to mail 10 copies of them to berlin location from the store.  If I can do that please let me know who should I sent it to.
Thank you for all your help.
mosfek

On Fri, Jul 13, 2012 at 4:06 PM, Hoyt, Dana C <Dana.Hoyt@nhdoc.state.nh.us> wrote:

Mosfek,

You caught me just as I was finishing up before leaving for two weeks (or longer – surgery and recovery).  SO glad to hear you can help.  If Saturday, August 25 will work, you tell me the times, and I will make it happen.  The men will really appreciate this.

As for the Qurans, I don't know of anyone who would be able to read it in anything other than English.  We could use as many as possible, as I know of at least 6-8 men who would immediately take one, and there will be others.  Any number would help.

1

And thank you for passing on our need to others who may be able to help.

# REJOICE!

*Rev. Dana C. Hoyt, NCF Chaplain*

*Northern  NH Correctional Facility*

*138 E. Milan Rd.*

*Berlin, NH 03570*

*(603)752-0341*

---

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Friday, July 13, 2012 3:23 PM
**To:** Hoyt, Dana C
**Subject:** Re: Eid Feast

Hello Rev Hoyt

How are you doing, I hope you and your family is doing as well.  My family and I are doing well.  I hope the *brothers* are doing well over there, I do miss them very much.

1. I can surely  come for Eid Ul Fiter in the following weekend after Eid.  If regulation permits for weekend than in the august 25th or 26th.

2.    I have forwarded the email to others in the community, if some one volunteer  i will give you his contact.  Most of my close friends have left NH within last two year its been difficult.

2

3.  Please let me know how many copies do you need and are you looking just for the English translation of quran or the arabic quran.  I will bring them with me next time when I come in Berlin.


Best Regards
Mosfek Talukder




On Fri, Jul 13, 2012 at 12:36 PM, Hoyt, Dana C <Dana.Hoyt@nhdoc.state.nh.us> wrote:



Mosfek,

I hope you and your family are doing well.  Here, things are going well; we never run out of "customers."  We have a couple of needs that I wanted to ask you about.


1. Is there any chance you might be able to come up for an Eid Ul Fitr feast with the men here?  If so, we could schedule it any time and day that would work for you (after Ramadan, obviously). If not, do you know anyone else who might be able to accommodate this?
2. Do you know of any prospects for a regular (or even irregular) volunteer to come up and lead Jumuah?
3. Do you know of a mosque or other organization that would be willing to donate Q'urans?  I have had several requests lately, but have not had any to give out in a couple of years.


Wishing you the best as you prepare for Ramadan.


*REJOICE!*


*Rev. Dana C. Hoyt, NCF Chaplain*

*Northern  NH Correctional Facility*

*138 E. Milan Rd.*

*Berlin, NH 03570*

3

*(603)752-0341*

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

4

**Pitman, Tanya**

| | |
|---|---|
| **From:** | Hoyt, Dana C [Dana.Hoyt@nhdoc.state.nh.us] |
| **Sent:** | Friday, August 02, 2013 1:55 PM |
| **To:** | Fredericks Jr, Francis C |
| **Subject:** | FW: Eid Feast |

#4 of many

## *REJOICE!*

***Rev. Dana C. Hoyt, NCF Chaplain***
***Northern  NH Correctional Facility***
***138 E. Milan Rd.***
***Berlin, NH 03570***

***(603)752-0341***

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Friday, August 03, 2012 2:32 PM
**To:** Hoyt, Dana C
**Subject:** Re: Eid Feast

Hello Rev Hoyt,
Glad to hear everything worked out.  I think it would be easier for me to come at 4:30 p.m.
.  If the inmates requests anything else let me know and I will try bring it with me.   Thank you for all your help
Mosfek

On Fri, Aug 3, 2012 at 2:17 PM, Hoyt, Dana C <Dana.Hoyt@nhdoc.state.nh.us> wrote:

Mosfek,

I am fully recovered from surgery; thank you for asking.

I did receive the Qurans yesterday, and have started distributing them.  Thank you so much.

The kitchen has given me two times for a feast meal; either 11:30 am, or 4:30 pm.  Does the **4:30** time work better for you?  Whichever is better, you will need to arrive about a half-hour earlier **than** the time so we can get you in.

1

30

On behalf of the men, thank you again for your help with this.


*REJOICE!*


**Rev. Dana C. Hoyt, NCF Chaplain**

**Northern  NH Correctional Facility**

**138 E. Milan Rd.**

**Berlin, NH 03570**


**(603)752-0341**


---

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Thursday, August 02, 2012 4:08 PM
**To:** Hoyt, Dana C
**Subject:** RE: Eid Feast


Hello rev Hoyt.  How was your surgery? I hope it went well and you are feeling better.  I have mailed 10copies of the  quran to Sue after the day you left for surgery.  Please check that it has arrived, as  they were mailed directly from the book store.  If it isn't here then i need to check with the book store.  i paid about 80 dollar for 10 copies.  If  you need the invoice,let me know i will email it to you.
For the trip 12:00 would be better - give n take 20 min.  I am planning to stay for 2-3 hours.
Please let me if that's ok.
Thank you
Mosfek

On Aug 2, 2012 9:26 AM, "Hoyt, Dana C" <Dana.Hoyt@nhdoc.state.nh.us> wrote:

Mosfek,

Thank you so much for caring and sharing.  Please send the books to ma at the address below.  For the paperwork I need to file on donated books I will need a dollar value on the Qurans.

2

31

How about 11:00 AM for your arrival for a lunch feast on the 25th?  How long will you be staying afterward?

## *REJOICE!*

**Rev. Dana C. Hoyt, NCF Chaplain**

**Northern NH Correctional Facility**

**138 E. Milan Rd.**

**Berlin, NH 03570**

**(603)752-0341**

---

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Monday, July 16, 2012 10:49 AM
**To:** Hoyt, Dana C
**Subject:** Re: Eid Feast

Hello Rev Hoyt

I hope you are doing well, i hope your surgery goes well.

I am confirming that on august 25th I will come up in Berlin.  I am open for either lunch or dinner, which is easier.

For the quran I would like to mail 10 copies of them to berlin location from the store.  If I can do that please let me know who should I sent it to.
Thank you for all your help.
mosfek

On Fri, Jul 13, 2012 at 4:06 PM, Hoyt, Dana C <Dana.Hoyt@nhdoc.state.nh.us> wrote:

3

Mosfek,

You caught me just as I was finishing up before leaving for two weeks (or longer – surgery and recovery).  SO glad to hear you can help.  If Saturday, August 25 will work, you tell me the times, and I will make it happen.  The men will really appreciate this.

As for the Qurans, I don't know of anyone who would be able to read it in anything other than English.  We could use as many as possible, as I know of at least 6-8 men who would immediately take one, and there will be others.  Any number would help.

And thank you for passing on our need to others who may be able to help.

*REJOICE!*

**Rev. Dana C. Hoyt, NCF Chaplain**

**Northern  NH Correctional Facility**

**138 E. Milan Rd.**

**Berlin, NH 03570**

**(603)752-0341**

---

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Friday, July 13, 2012 3:23 PM
**To:** Hoyt, Dana C
**Subject:** Re: Eid Feast

Hello Rev Hoyt

4

How are you doing, I hope you and your family is doing as well.  My family and I are doing well.  I hope the *brothers* are doing well over there, I do miss them very much.

1.  I can surely  come for Eid Ul Fiter in the following weekend after Eid.  If regulation permits for weekend than in the august 25th or 26th.

2.   I have forwarded the email to others in the community, if some one volunteer  i will give you his contact. Most of my close friends have left NH within last two year its been difficult.

3.  Please let me know how many copies do you need and are you looking just for the English translation of quran or the arabic quran.  I will bring them with me next time when I come in Berlin.

Best Regards
Mosfek Talukder

On Fri, Jul 13, 2012 at 12:36 PM, Hoyt, Dana C <Dana.Hoyt@nhdoc.state.nh.us> wrote:



Mosfek,

I hope you and your family are doing well.  Here, things are going well; we never run out of "customers."  We have a couple of needs that I wanted to ask you about.

1.  Is there any chance you might be able to come up for an Eid Ul Fitr feast with the men here?  If so, we could schedule it any time and day that would work for you (after Ramadan, obviously).  If not, do you know anyone else who might be able to accommodate this?
2.  Do you know of any prospects for a regular (or even irregular) volunteer to come up and lead Jumuah?
3.  Do you know of a mosque or other organization that would be willing to donate Q'urans?  I have had several requests lately, but have not had any to give out in a couple of years.

Wishing you the best as you prepare for Ramadan.

*REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*

*Northern NH Correctional Facility*

*138 E. Milan Rd.*

*Berlin, NH 03570*

*(603)752-0341*

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

--
Mosfek Talukder
978-726-1343

6

576 Brent St
Manchester NH, 03103

**Pitman, Tanya**

| | |
|---|---|
| **From:** | Hoyt, Dana C [Dana.Hoyt@nhdoc.state.nh.us] |
| **Sent:** | Friday, August 02, 2013 1:54 PM |
| **To:** | Fredericks Jr, Francis C |
| **Subject:** | FW: Muslim services |

#3 of many

## *REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*
*Northern NH Correctional Facility*
*138 E. Milan Rd.*
*Berlin, NH 03570*

*(603)752-0341*

---

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Wednesday, October 17, 2012 11:02 AM
**To:** Hoyt, Dana C
**Subject:** Re: Muslim services

Hello Rev
I am doing good, and I hope you are doing well.  Because I am leaving three weeks for Bangladesh for a month
 I need to organize  and prepare for my  trips.  Let me check with my family and figure out the timing and I will
surely let you know.
Just curious - this upcoming Sunday (21st) be too early for making arrangement ?    I prefer to do it as early as I
can.
Thank you
Mosfek

On Tue, Oct 16, 2012 at 6:24 PM, Hoyt, Dana C <Dana.Hoyt@nhdoc.state.nh.us> wrote:


Mosfek,

I hope you and your family are doing well.  I remember when you were here for the Eid feast (thank
you again for coming!) you mentioned that you would try to make it up monthly to teach the men and
lead them in prayers.  Have you been able to work anything out yet?  Any time or day that works for
you will be fine.  We will make it work here.


## *REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*

*Northern  NH Correctional Facility*

*138 E. Milan Rd.*

*Berlin, NH 03570*

<u>*(603)752-0341*</u>

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

2

**Pitman, Tanya**

| | |
|---|---|
| **From:** | Hoyt, Dana C [Dana.Hoyt@nhdoc.state.nh.us] |
| **Sent:** | Friday, August 02, 2013 1:53 PM |
| **To:** | Fredericks Jr, Francis C |
| **Subject:** | FW: Muslim services |

#2 of many

## *REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*
*Northern NH Correctional Facility*
*138 E. Milan Rd.*
*Berlin, NH 03570*

*(603)752-0341*

---

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Wednesday, October 17, 2012 5:09 PM
**To:** Hoyt, Dana C
**Subject:** Re: Muslim services

Hello Rev
Sunday would work for me, around 9:30 and I would be there until 12:20 p.m.
Thank you.
Mosfek

On Wed, Oct 17, 2012 at 2:51 PM, Hoyt, Dana C <Dana.Hoyt@nhdoc.state.nh.us> wrote:

If you can get back with me today, we can arrange it for Sunday. What time?

The schedule is wide open up until 12:20. Would 8:00 or 9:00 work? And how long?

You would need to be done by 12:20.

## *REJOICE!*

1

*Rev. Dana C. Hoyt, NCF Chaplain*

*Northern NH Correctional Facility*

*138 E. Milan Rd.*

*Berlin, NH 03570*

<u>*(603)752-0341*</u>

---

**From:** Mosfek Talukder [mailto:<u>mosfek@gmail.com</u>]
**Sent:** Wednesday, October 17, 2012 11:02 AM
**To:** Hoyt, Dana C
**Subject:** Re: Muslim services

Hello Rev
I am doing good, and I hope you are doing well. Because I am leaving three weeks for Bangladesh for a month I need to organize and prepare for my trips. Let me check with my family and figure out the timing and I will surely let you know.

Just curious - this upcoming Sunday (21st) be too early for making arrangement ?   I prefer to do it as early as I can.
Thank you

Mosfek

On Tue, Oct 16, 2012 at 6:24 PM, Hoyt, Dana C <<u>Dana.Hoyt@nhdoc.state.nh.us</u>> wrote:

Mosfek,

I hope you and your family are doing well. I remember when you were here for the Eid feast (thank you again for coming!) you mentioned that you would try to make it up monthly to teach the men and lead them in prayers. Have you been able to work anything out yet? Any time or day that works for you will be fine. We will make it work here.

*REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*

*Northern NH Correctional Facility*

*138 E. Milan Rd.*

*Berlin, NH 03570*

*(603)752-0341*

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

3

**Pitman, Tanya**

| | |
|---|---|
| **From:** | Hoyt, Dana C [Dana.Hoyt@nhdoc.state.nh.us] |
| **Sent:** | Friday, August 02, 2013 1:52 PM |
| **To:** | Fredericks Jr, Francis C |
| **Subject:** | FW: Qurans and rugs |

#1 of many

## *REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*
*Northern  NH Correctional Facility*
*138 E. Milan Rd.*
*Berlin, NH 03570*

*(603)752-0341*

---

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Thursday, October 25, 2012 2:27 PM
**To:** Hoyt, Dana C
**Subject:** Re: Qurans and rugs

Hello Rev
yes, I did offer for few prayer rugs.  Once I come back from my trip i will work on it to sent them to you , same
for the Qurans as well .

I have thought about my future visit and honestly its really difficult for me to come here in routine basis.
Because I can only come here in the weekend,  I can't attend   the Friday prayer with the inmates which
was easily worth the  travel time but without this prayer I really  can't make time for it.  but to answer the
question god willing  I will most like to come by next spring or summer if I get a Friday off to do the prayer,
 and if I can't then perhaps I will attend the next Eid Feast.
Thank you
Mosfek


On Thu, Oct 25, 2012 at 11:03 AM, Hoyt, Dana C <Dana.Hoyt@nhdoc.state.nh.us> wrote:


Mosfek,


Thank you so much for making the long trip up here to meet with the men last Sunday.  I understand
you had four in attendance; I know they appreciated it greatly.

1

I received a request slip from two inmates (so far) asking for prayer rugs that they say you have offered to provide. Is this true? If so, feel free to have rugs sent to me and I will make sure the men get them. Just be sure to let me know ahead of time the quantity and value of the order so I can process the paperwork in advance. I have issued the last of the Qurans you provided, so I am out now.

I hope you have a safe, wonderful trip to Bangladesh. Do you have a target date in mind for when you may come in again after your return?

Thank you again for all you have done for the men here.

*REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*

*Northern  NH Correctional Facility*

*138 E. Milan Rd.*

*Berlin, NH 03570*

*(603)752-0341*

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

**Pitman, Tanya**

| | |
|---|---|
| **From:** | Hoyt, Dana C [Dana.Hoyt@nhdoc.state.nh.us] |
| **Sent:** | Friday, August 02, 2013 2:13 PM |
| **To:** | Fredericks Jr, Francis C |
| **Subject:** | FW: 2013 Eid |

Most recent #22

# *REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*
*Northern NH Correctional Facility*
*138 E. Milan Rd.*
*Berlin, NH 03570*

*(603)752-0341*

---

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Wednesday, July 31, 2013 9:36 AM
**To:** Hoyt, Dana C
**Subject:** Re: 2013 Eid

I am planning to come in at around 11 am, after lunch at 11:30, offer the prayer at 1 and then head out around 2.

On Wed, Jul 31, 2013 at 6:59 AM, Hoyt, Dana C <Dana.Hoyt@nhdoc.state.nh.us> wrote:

Mosfek,

I can't thank you enough for sacrificing to make this happen for the men here. They will be delighted! A few questions:

What time do you plan to come in?

How long do you plan to stay?

Would you like the meal around 11:30 am, or 3:30 pm?

Thank you again.

1

44

# *REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*

*Northern NH Correctional Facility*

*138 E. Milan Rd.*

*Berlin, NH 03570*

*(603)752-0341*

---

**From:** Mosfek Talukder [mailto:mosfek@gmail.com]
**Sent:** Tuesday, July 30, 2013 9:28 AM
**To:** Hoyt, Dana C
**Subject:** 2013 Eid

Hello Rev Hoyt, I hope you and your family is doing good. So I was thinking of taking Friday the august 9th off and be here for the Friday prayer and the Eid meal. If this works please let me know. The Friday prayer need to be hold at 1 p.m or after 1.p.m.
Thank you
Mosfek

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH. 03103

2

45

--
Mosfek Talukder
978-726-1343
576 Brent St
Manchester NH, 03103

3

**Pitman, Tanya**

| | |
|---|---|
| **From:** | Hoyt, Dana C [Dana.Hoyt@nhdoc.state.nh.us] |
| **Sent:** | Friday, August 02, 2013 2:06 PM |
| **To:** | Fredericks Jr, Francis C |
| **Subject:** | FW:  [aSpprt-7617] Need Islamic resources for prison inmates |

#19
REJOICE!

Rev. Dana C. Hoyt, NCF Chaplain
Northern  NH Correctional Facility
138 E. Milan Rd.
Berlin, NH 03570

(603)752-0341


-----Original Message-----
From: Monir Sabbagh [mailto:monir@sitespower.com]
Sent: Wednesday, January 27, 2010 7:43 AM
To: HOYT, REV DANA
Subject: [aSpprt-7617] Need Islamic resources for prison inmates

Assalamu Alykum

You must activate it through the internet, outside the prison for example, then you can use
it inside with no more necessity for internet If you can do it, we will ship inshallah. OK?

Yours,
Monir Sabbagh

-----Original Message-----
From: dhoyt@nhdoc.state.nh.us [mailto:dhoyt@nhdoc.state.nh.us]
Sent: Tuesday, January 26, 2010 9:17 PM
To: WebSupport@muhaddith.org
Subject: [aSpprt-7617] Need Islamic resources for prison inmates

I am the Chaplain at the Northern NH Correctional Facility and we have several inmates who
follow Islam.  The Chapel has no financial resources and relies solely on donated items for
inmates' use.  We have two stand-alone (no internet capability) computers the men may use for
study.  Would you consider donating a copy of your cd's to the prison for use on these
computers?  The men would appreciate it greatly.  Thank you for your consideration in this
matter.
Sincerely,
Chaplain Dana C. Hoyt
Northern NH Correctional Facility
138 E. Milan Rd.
Berlin, NH 03570
(603)752-4523

1

**Pitman, Tanya**

| | |
|---|---|
| **From:** | Hoyt, Dana C [Dana.Hoyt@nhdoc.state.nh.us] |
| **Sent:** | Friday, August 02, 2013 2:06 PM |
| **To:** | Fredericks Jr, Francis C |
| **Subject:** | FW: [aSpprt-7617] Need Islamic resources for prison inmates |


#18
REJOICE!

Rev. Dana C. Hoyt, NCF Chaplain
Northern  NH Correctional Facility
138 E. Milan Rd.
Berlin, NH 03570

(603)752-0341


-----Original Message-----
From: Monir Sabbagh [mailto:monir@sitespower.com]
Sent: Thursday, January 28, 2010 11:56 AM
To: HOYT, REV DANA
Subject: RE: [aSpprt-7617] Need Islamic resources for prison inmates

***PLEASE SHIP TO***
DHOYT@NHDOC.STATE.NH.US

Assalamu alaikum

Thank you for contributing to the project. If you like our service, please remember to re-
contribute (in 1 year), to support its continuation.

PLEASE READ ALL INSTRUCTIONS BELOW CAREFULLY:
Most problems occur due to not following the instructions.

Here is your Serial Number for LIFETME SUBSCRIPTION to both Programs:
"Al Muhaddith Search", and "Prayer Times"
..=======================.
N5DSY 7YBR2 6SDDE WY9FB
..=======================.

CD set will also be sent to you by Registered Air Mail insha'allaah, within the period
mentioned on our Purchase Page:
http://www.muhaddith.org/get_cd_rom.html

1- FIRST, AND BEFORE continuing with the instructions below, PLEASE MAKE SURE YOU HAVE THE
LATEST VERSIONS FROM:
http://www.muhaddith.org/pub/beta/

2- MAKE SURE YOUR ANTI-SPAM and Firewall are not too strict, in order to allow the activation
process to succeed...

1

3- Please start ANY of the 2 Programs ("Prayer Times" or "Muhaddith Search"), then accept to activate (or click: Help / Activate) (This single operation is sufficient to activate both programs, and does not need to be repeated)

4- In the First Activation screen, we recommend to use your current eMail address:
DHOYT@NHDOC.STATE.NH.US
This way, your eMail on our site's DataBase will coincide with the eMail address that you used during the purchase.

5- In the second screen, COPY/Paste the Serial Number:
JUST COPY the whole Serial Number above, then PASTE IT (IN A SINGLE OPERATION) in the first of the "four fields"
(you do not have to type it letter-by-letter, and do not worry about spaces).

6- Once you follow directions, our web-site will send you an EMail-Address-Verification-Code by email, in order to complete the activation process (ON THAT SPECIFIC MACHINE).
IF YOU DO NOT RECEIVE OUR EMAIL immediately, check your spelling and your Junk Folder:
Our Web-Site sends the eMail IMMEDIATELY while you are activating.

7- Once you activate successfully, run LiveUpdate (Help: Internet: LiveUpdate) to download available items.

You can use this Serial Number to Activate 3 machines for 1 year Click the link below for details about activating several machines:
http://www.muhaddith.org/frequently_asked_questions.html#ActivatingManyMachi
nes

As long as our project continues insha'allaah, you will be able to receive free technical support, downloads of items available only to active members, as well as the Atomic Time service, as well as any additional features that may become available for active members insha'allaah.

Please save your above Serial Number securely: You need to refer to it in your future correspondence with us.
Please note that the owner of your current eMail address has final control of ownership of the Serial Number, and any official requests that you need in the future, must be performed by sending your requests from that same EMail address:
DHOYT@NHDOC.STATE.NH.US

EXTREMEY IMPORTANT:
Please check our FAQ page BEFORE requesting support:
http://www.muhaddith.org/faq.html
Such as any questions about enabling Arabic on WinXP or Win2000, or how to adjust for time differences due to DayLight Savings.
Due to the limitations on our project, we apologize for not answering questions that are already answered on that page.
Please also examine various menus and whether they contain the features you want, before inquiring about them from us, and please also examine the extensive help texts at the bottom of most screens.

Wasalamu Alaikum
Orfan Rabbat
Al Muhaddith Project

LATEST VERSIONS: http://www.muhaddith.org/pub/beta FAQ PAGE:
http://www.muhaddith.org/a_frequently_asked_questions.html

PURCHASE PAGE: http://www.muhaddith.org/get_cd_rom.html

-----Original Message-----
From: HOYT, REV DANA [mailto:dhoyt@nhdoc.state.nh.us]
Sent: Thursday, January 28, 2010 4:54 PM
To: Monir Sabbagh
Subject: RE: [aSpprt-7617] Need Islamic resources for prison inmates

I have checked with our IT man, and he assures me he can connect these units to the internet
for the purpose of activation, so please send us the disks, and on behalf of the men who will
use these resources, thank you for caring and sharing.

REJOICE!

Rev. Dana C. Hoyt, NCF Chaplain
Northern  NH Correctional Facility
138 E. Milan Rd.
Berlin, NH 03570

(603)752-0341
-----Original Message-----
From: Monir Sabbagh [mailto:monir@sitespower.com]
Sent: Wednesday, January 27, 2010 7:43 AM
To: HOYT, REV DANA
Subject: [aSpprt-7617] Need Islamic resources for prison inmates

Assalamu Alykum

You must activate it through the internet, outside the prison for example, then you can use
it inside with no more necessity for internet If you can do it, we will ship inshallah. OK?

Yours,
Monir Sabbagh

-----Original Message-----
From: dhoyt@nhdoc.state.nh.us [mailto:dhoyt@nhdoc.state.nh.us]
Sent: Tuesday, January 26, 2010 9:17 PM
To: WebSupport@muhaddith.org
Subject: [aSpprt-7617] Need Islamic resources for prison inmates

I am the Chaplain at the Northern NH Correctional Facility and we have several inmates who
follow Islam.  The Chapel has no financial resources and relies solely on donated items for
inmates' use.  We have two stand-alone (no internet capability) computers the men may use for
study.  Would you consider donating a copy of your cd's to the prison for use on these
computers?  The men would appreciate it greatly.  Thank you for your consideration in this
matter.
Sincerely,
Chaplain Dana C. Hoyt
Northern NH Correctional Facility
138 E. Milan Rd.
Berlin, NH 03570
(603)752-4523

3

**Pitman, Tanya**

| | |
|---|---|
| **From:** | Hoyt, Dana C [Dana.Hoyt@nhdoc.state.nh.us] |
| **Sent:** | Friday, August 02, 2013 2:09 PM |
| **To:** | Fredericks Jr, Francis C |
| **Subject:** | FW: Muslim Jumuah Service tomorrow |

#21

# *REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*

*Northern  NH Correctional Facility*

*138 E. Milan Rd.*

*Berlin, NH 03570*


*(603)752-0341*



**From:** Bagegni, Abdullatif [mailto:Abdullatif.Bagegni@merrimack.edu]
**Sent:** Thursday, May 10, 2007 5:02 PM
**To:** HOYT, REV DANA
**Subject:** RE: Muslim Jumuah Service tomorrow


Dear Dana,

Hopefully I will be seeing you tomorrow by 12pm

Peace be upon you


Abdullatif Bagegni

1

Merrimack College

Electrical and Computer Engineering

315 Turnpike Street

North Andover, Massachusetts 01845

Tel: (978)837-5000 X 4471

e-mail: abagegni@merrimack.edu

---

**From:** HOYT, REV DANA [mailto:dhoyt@nhdoc.state.nh.us]
**Sent:** Thursday, May 10, 2007 11:57 AM
**To:** Bagegni, Abdullatif; YOUNG, SUSAN
**Subject:** Muslim Jumuah Service tomorrow

Dear Abdullatif,

We are looking forward to your arrival to meet with the men here tomorrow. It would be helpful if I could speak with you prior to the meeting, either on the phone or in person just before the meeting. If you would like to call me, I will be in my office here at the prison today until 3:30 pm and tomorrow from 9:00 am until you arrive. This afternoon and evening you can reach me on my cell phone: 723-7103. Thank you for your willingness to travel all the way up here. I would be happy to give you directions to the facility, also.


REJOICE!


Chaplain Dana Hoyt

NHDOC, NCF

2

**Pitman, Tanya**

| | |
|---|---|
| **From:** | Hoyt, Dana C [Dana.Hoyt@nhdoc.state.nh.us] |
| **Sent:** | Friday, August 02, 2013 2:09 PM |
| **To:** | Fredericks Jr, Francis C |
| **Subject:** | FW: Muslim Service in Berlin Prison |

#20

REJOICE!

Rev. Dana C. Hoyt, NCF Chaplain
Northern  NH Correctional Facility
138 E. Milan Rd.
Berlin, NH 03570

(603)752-0341


-----Original Message-----
From: Bagegni, Abdullatif [mailto:Abdullatif.Bagegni@merrimack.edu]
Sent: Thursday, July 12, 2007 4:24 PM
To: HOYT, REV DANA
Subject: RE: Muslim Service in Berlin Prison

Thanks Dana,

I will be there tomorrow by noon God welling

_____

From: HOYT, REV DANA [mailto:dhoyt@nhdoc.state.nh.us]
Sent: Thu 7/12/2007 4:06 PM
To: Bagegni, Abdullatif
Subject: RE: Muslim Service in Berlin Prison


Dear Abdullatif,
Yes!  Forgive me for not replying to your earlier e-mail.  I was so excited to hear from you
again, that in the commotion of publicizing the news I forgot to reply that it was fine.
Looking forward to seeing you tomorrow.
Berlin office  603-752-4523
Cell phone  603-723-7103

REJOICE!

Chaplain Hoyt

-----Original Message-----
From: Bagegni, Abdullatif [mailto:Abdullatif.Bagegni@merrimack.edu]
Sent: Thursday, July 12, 2007 3:46 PM
To: HOYT, REV DANA
Subject: RE: Muslim Service in Berlin Prison

1

Dear Dana,

I sent you an email last week informing you that I am coming to visit the Muslim Community in Berlin tomorrow (Friday, July 13th). Would you please me an e-mail including your phone # where I can reach you verifying that you have received my e-mail and it is ok to come tomorrow.


Thank you,

Abdullatif



From: HOYT, REV DANA [mailto:dhoyt@nhdoc.state.nh.us]
Sent: Fri 6/22/2007 12:58 PM
To: Bagegni, Abdullatif
Subject: Muslim Service in Berlin Prison


<http://owa.merrimack.edu/exchange/ABagegni/Drafts/RE:%20Muslim%20Service%20in%20Berlin%20Prison.EML/image001.jpg@01C7B4CD.7051E8A0>

Mr. Bagegni,

I hope your trip was a good one.  I don't know if you have returned yet, but the men here are anxious for you to come again as soon as possible.  Please let me know when it will work out for you, and I will put up a poster to advertise.


REJOICE!


Chaplain Dana Hoyt

NHDOC, NCF