EXHIBIT A-5

**From:** Hoyt, Dana C [mailto:Dana.Hoyt@nhdoc.state.nh.us]
**Sent:** Thursday, January 17, 2013 2:43 PM
**To:** Daly, James P; Smith, Nancy
**Cc:** Madison, Jared; Young, Susan L; Roy, Rodney A
**Subject:** RE: Islamic services

I just made final arrangements today to run the Jumuah services on the in-house channel at NCF. It will run repetitively (one service over and over) from 0900-1700 every Friday starting tomorrow, 1-18-2013. We only have two recorded services now, but as Jim records each month and sends it, it will be added to the rotation. I will notify some of the Muslim inmates today and post a flyer on the Chapel bulletin board.

## *REJOICE!*

*Rev. Dana C. Hoyt, NCF Chaplain*
*Northern NH Correctional Facility*
*138 E. Milan Rd.*
*Berlin, NH 03570*

(603)752-0341

---

**From:** Daly, James P
**Sent:** Thursday, January 17, 2013 11:03 AM
**To:** 'Smith, Nancy'; Hoyt, Dana C
**Cc:** Madison, Jared; Young, Susan L; Roy, Rodney A
**Subject:** RE: Islamic services

Dear Atty: Smith:

Yes, I have been told by those supervising our in house broadcasting system that time will be made available to broadcast these services.

Chaplain Jim

*Office of the Chaplains*
*N. H. State Prison for Men*

1

*Deacon Jim Daly*
*281 N. State St.*
*Concord, NH 03302*
*jdaly@nhdoc.state.nh.us*
*Office: 603-271-1863*
*Fax: 603-271-1886*

---

**From:** Smith, Nancy [mailto:Nancy.Smith@doj.nh.gov]
**Sent:** Wednesday, January 16, 2013 11:03 AM
**To:** Hoyt, Dana C; Daly, James P
**Cc:** Madison, Jared; Young, Susan L
**Subject:** RE: Knapp and Glenn cases re Islamic services

Chaplains and all,

    That is great news. As the volunteer is only able to come in 1x a month are they going to be broadcast in Concord as well on Fridays? That would also give inmates housed in SHU (at least if they have a TV) an opportunity.

Nancy J. Smith
Senior Assistant Attorney General
Civil Bureau
Office of the Attorney General
33 Capitol Street
Concord, New Hampshire 03301
Fax: (603)223-6236
nancy.smith@doj.nh.gov
(603) 271-1227
STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachment to this message may contain confidential or privileged information and are intended for the exclusive use of the addressee(s). Please notify the Attorney General's Office immediately at (603) 271-3658 or reply to justice@doj.state.nh.us if you are not the intended recipient and destroy all copies of this electronic message and any attachments.

**From:** Hoyt, Dana C [mailto:Dana.Hoyt@nhdoc.state.nh.us]
**Sent:** Tuesday, January 15, 2013 4:53 PM
**To:** Smith, Nancy; Daly, James P
**Cc:** Madison, Jared; Young, Susan L
**Subject:** RE: Knapp and Glenn cases re Islamic services

I spoke with Jim today, and he is sending me copies of the first two services they have had in Concord, and will record and send the service each month. I guess we will just rotate the services, and, as time goes on, there will be greater variety. The important thing is that it will enable the inmates to pray along with the group on the recording each week. We plan to set it up for Fridays at 1230 hrs.

# REJOICE!

*Rev. Dana C. Hoyt, NCF Chaplain*
*Northern NH Correctional Facility*
*138 E. Milan Rd.*
*Berlin, NH 03570*