

EXHIBIT A-8



DEPARTMENT OF CORRECTIONS
STATE OF NEW HAMPSHIRE
P. O. BOX 1806
CONCORD, NH 03302-1806

**INTRA-DEPARTMENT MEMORANDUM**
*Office of the Commissioner*

| | | | |
|---|---|---|---|
| **TO:** | All Staff<br>All Inmates | **DATE:** | September 10, 2010 |
| **FROM:** | William L. Wrenn, Commissioner | **OFFICE:**<br>Phone: | Commissioner's Office<br>271-5603 |

**SUBJECT:** Shaving Policy Update

*******************************************************************************

Effective September 17, 2010, all inmates are allowed to grow and maintain a ¼ - inch neatly trimmed beard. No sculpting, shaping or selective shaving is allowed; all facial hair must be trimmed equally. If an inmate is found to have shaped his beard, he must shave clean and start again. Abuse of the shaving waiver guidelines may result in a revocation of this policy. Violations will be reported to the appropriate authority who will determine what action will be taken.

*[signature]*

William L. Wrenn, Commissioner