# NHSP
## NORTHERN NH CORRECTIONAL FACILITY

Operation Bulletin # 12-107

*Note: Please submit **72 hours** prior to event

Effective July 21 - August 20, 2012

| | |
|---|---|
| i | Warden |
| i | Head of Security |
| i | A.P. Young |
| i | Ops Sgt. |
|   | Training Sgt. |
|   | Investigations |
|   | Hearings/Safety Officer |
| i | Commander 1st |
| i | Commander 2nd |
|   | Commander 3rd |
|   | Briefing |
| i | Housing OIC - Upper |
| i | Housing OIC - Lower |
|   | Property, R & D |
|   | Mail Room |
|   | Front Desk |
|   | Central Control |
|   | Transportation |
|   | Health Services |
|   | Mental Health |
|   | Dental |
|   | Education |
|   | Library |
|   | Classifications |
|   | Parole |
|   | NCF Maintenance |
| A | NCF Kitchen |
|   | NCF Laundry |
|   | Gatehouse |
|   | NCF Warehouse |
|   | NCF Woodshop |
|   | Hobbycraft |
|   | Perimeter |
|   | Human Resources |
|   | Recreation |
|   | Canteen |
| A | Chaplain |
|   | FCC |

I= Information
A= Action

### Ramadan & Eid Ul Fitr Feast 2012 Schedule

**Overview of Basic Practice**
Observant Muslims refrain from a number of practices including the eating of food during the daylight hours throughout the month of Ramadan, eating only before sunrise and after sunset. Report to the Chaplain any participant observed eating during daylight hours or attempting to go to any other chow.

**Dates**
Ramadan: July 21 through August 20, 2012
Eid Ul Fitr Feast: August 29, 2012 (provided there is a Muslim volunteer for the feast. [25th]

**Menu**
Breakfast meal will consist of bagged breakfast foods picked up at the supper meal.
Note: Participants will need to pick up bag breakfast for July 21 when they come to chow for supper on July 20.

Due to the sunrise and sunset times being so early and late, Ramadan participants will receive bagged meals for all meals, and will pick up all three bag meals when the call for Ramadan participants is made at the supper feed. Lunch and supper bag meals will each consist of:

4 slices bread
5 oz. non-port sandwich meal
2 slices cheese
1 packet crackers/chips
condiments
Dessert (if available)
1 pint milk

It is the responsibility of the inmate to attend the proper meal time to receive their cell feed and bag lunch. Cell feeds and bag lunches will be delivered only if requirements in PPD 7.39 are met. **Any Ramadan participant who shows up for any meal other than this special chow call will be automatically removed from the Ramadan feed list and will go back to normal feeds for the remainder of Ramadan.**

Signature
Date: 7/16/12