REDACTED

Depaertment of Corrections
7AX Corr F01 Data Extract 2013-02-14

| CLASSIFICATION | CAT | CAT NAME | DEPT | DEPT NAME | AGY | AGY NAME | ACTV | ACTV NAME | ORGN | ORGN NAME | POS | SEQ | LG | ST | TITLE | CLASS | 2014 SALARY | 2014 BENEFITS | 2014 TOTAL | 2015 SALARY | 2015 BENEFITS | 2015 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class 10 | 02 | ADMIN OF JUSTICE AND PUBLIC PRTN | 00046 | CORRECTIONS DEPT OF | 046 | CORRECTIONS DEPT OF | INS469010 | INSTITUTIONAL PROGRAMS | 8232 | PROGRAMS | 16271 | 1 | 23 | 5 | CHAPLAIN II | 166100 | ■ | ■ | ■ | ■ | ■ | ■ |
| Class 10 | 02 | ADMIN OF JUSTICE AND PUBLIC PRTN | 00046 | CORRECTIONS DEPT OF | 046 | CORRECTIONS DEPT OF | INS469010 | INSTITUTIONAL PROGRAMS | 8232 | PROGRAMS | 41453 | 1 | 21 | 6 | CHAPLAIN I | 166000 | ■ | ■ | ■ | ■ | ■ | ■ |



EXHIBIT B-1