Self- Reported Religious Affiliations of Inmates NHDOC
Based on Total Inmate Population April 2013

EXHIBIT

B-2

PENGAD 800-631-6989

| | |
|---|---|
| Agnostic | 4 |
| Atheist | 68 |
| Baptist | 47 |
| Buddhist | 47 |
| Catholic | 693 |
| Christian | 360 |
| Christian Science | 113 |
| Eastern Orthodox | 3 |
| Episcopalian | 5 |
| Jehovah's Witness | 9 |
| Jewish | 34 |
| Mormon | 10 |
| Muslim | 79 |
| Nation of Islam | 9 |
| Native American | 72 |
| None | 465 |
| Other | 75 |
| Pagan | 58 |
| Protestant | 139 |
| Rastafarian | 7 |
| Sant Mat | 5 |
| Seventh Day | 12 |
| Taoist | 9 |
| Thelema | 2 |
| Wiccan | 6 |
| Unknown | 427 |
| Total | 2758 |

| Grouped by category | Total | % of population |
|---|---|---|
| Christian/Protestant | 695 | 25% |
| Catholic | 693 | 25% |
| None/agnostic/unknown | 964 | 35% |
| Muslim | 88 | 3% |
| Native American | 72 | 3% |
| Other (including those with less than 10) | 104 | 4% |
| Pagan | 58 | 2% |
| Buddhist | 47 | 2% |
| Jewish (incl Orthodox) | 37 | 1% |

| Grouped by category | Total | % population expressing preference* |
|---|---|---|
| Christian/Protestant | 695 | 39% |
| Catholic | 693 | 39% |
| Muslim | 88 | 5% |
| Native American | 72 | 4% |
| Other (including those with less than 10) | 104 | 6% |
| Pagan | 58 | 3% |
| Buddhist | 47 | 3% |
| Jewish (incl Orthodox) | 37 | 2% |

*Total population 2758 minus unknown, agnostic, atheist 964 = 1794