| NH DEPARTMENT OF CORRECTIONS<br>POLICY AND PROCEDURE DIRECTIVE | CHAPTER Physical Plant<br>STATEMENT NUMBER 8.10 |
|---|---|
| SUBJECT: **FOOD SERVICE OPERATIONS**<br><br>PROPONENT: Jonathan Hanson, Administrator<br>*Name/Title*<br>Services Office 271-1888<br>*Office* *Phone #* | EFFECTIVE DATE 06/30/11<br>REVIEW DATE 06/30/12<br>SUPERSEDES PPD# 8.10<br>DATED 09/01/10 |
| ISSUING OFFICER:<br>[signature]<br>*William Wrenn, Commissioner* | DIRECTOR'S INITIALS ______<br>DATE ______<br>APPENDIX ATTACHED:<br>YES ______ NO ______ |
| REFERENCE NO: See reference section on last page of PPD. | |

I. PURPOSE:
To establish guidelines for meal service, menu planning, safety and sanitation, and proper security for kitchen/dining facilities at all Department of Correction locations.

II. APPLICABILITY:
To all staff assigned to work in the kitchen/dining facilities at all locations.

III. POLICY:
It is the policy of the Department of Corrections to:

A. Develop advanced planned menus while taking into consideration food flavor, texture, temperature, appearance and palatability of all meals.

B. Provide medical diets as prescribed by medical and dental personnel (see PPD 6.12).

C. Provide religious diets as prescribed by religious personnel (see PPD 7.17)

D. Provide for adequate health protection for all staff and inmates who work directly in the food service area. All are required to have a physical within a year of being assigned to the kitchen and a documented TB test on file. All staff and inmates who work in the food service area must uphold the highest standards of personal hygiene and sanitation, and employ hygienic food handling techniques.

E. Conduct weekly inspections of all food service areas including dining rooms and food preparation, storage areas and equipment by administrative, medical or dietary personnel to insure proper cleanliness, temperature control and ventilation; this may include the person supervising the food service operations (attachment 1). Administrative, medical or dietary staff will check refrigerator and water temperatures on a daily basis.

F. Provide three meals, two of which will be hot meals, at regular mealtimes during a twenty-four hour period, with no more than fourteen hours between the evening meal and the breakfast meal. Variations may be allowed based on weekend and holiday food service demands, provided that basic nutritional goals are met.

G. An inmate shall be given an alternative meal if food or food service equipment is used in a manner that is hazardous to self, staff or other inmates. An individual alternative meal must be based on the following criteria:

1. Health or safety consideration only

2. Meet basic nutritional requirements
3. Occur with the written approval of the Warden and responsible health authority for a substitution period not to exceed five days.

G. When unusual waste or spoilage has occurred in the food service area, the Food Service Supervisor will be notified through an Incident Report as soon as possible. If a significant loss occurs the Director of Administration will be notified.

H. It is departmental policy that food will not be used as a disciplinary measure.

IV. PROCEDURE:

A. Security measures for food and non-edible kitchen products at all facilities shall include the following:
1. After receipt of product from the warehouse, security shall inspect the product for contraband.
2. All kitchen storage areas shall be kept locked when the product is not being transferred for use or storage.
3. All coffee, yeast, raisins and alcohol-based flavorings shall be kept in a secure storage area.
4. Knives, cleavers, and other cutting tools shall be controlled as outlined in PPD 9.13.
5. All inmates will be searched for contraband prior to departure from the kitchen.

B. Certification of Recommended Daily Allowances:
1. Diets for medical/dental reasons are available upon proper authorization according to PPD 6.12. Religious diets are available upon proper authorization according to PPD 7.17.
2. The dietician audits published menus from Food Services to determine if they meet the Recommended Dietary Allowances as determined by the Food and Nutrition Board, National Research Council and National Academy of Sciences. Each menu will follow the USDA Food Guide Pyramid and will include a minimum of the following:
   a. Dairy Group: 2 or more servings daily
   b. Meat Group: 2 or more servings daily
   c. Bread Group: 6 or more servings daily
   d. Vegetable Group: 4 or more servings daily including one vitamin A rich source 3 or more times weekly
   e. Fruit Group: 2 or more servings daily including one Vitamin C rich source daily
   f. Other: Fats and sugars will be used as necessary to meet daily caloric requirements, while following USDA guidelines and percentages.
3. Four week cycle menus are used and are reviewed by the Food Service Supervisor to reflect available food products, take advantage of special price offerings, and allow responsiveness to inmate eating preferences. Inmates may submit request slips to the Food Service Supervisor requesting special meals or items. The request will be evaluated to determine if the product is available for preparation, cost permitting and generally palatable to the inmate population.
4. A qualified dietician will conduct annual menu evaluations to assure that the food allowances required for basic nutrition are met. Quarterly menu evaluations to verify adherence to the established basic daily servings are conducted by food service supervisory staff. These quality improvement reports are provided to the Commissioner's Office for review and consideration.
5. When meal items are substituted, the substitution will be of equal nutrient value, and documented. The dietician will be informed of these substitutions immediately, if time permits otherwise, notified within a week of the substitution.
6. In an effort to maintain parity of the food served in the Special Housing Unit (SHU) and the Secure Psychiatric Unit (SPU) to the food served to the general population and meet the unique security requirements of SHU, the inmates housed in SHU shall be provided the same food items listed on the menu for the general population except for: food products with bones (chicken, pork, etc), foods that contain a stick or other foreign

objects (popsicles, corn dogs, etc.). Fruit will be provided with the following considerations: fresh fruit is the preferred version followed by fruit juice. Canned fruit (except for unsweetened applesauce) and dried fruit are the least preferred. When one of the least preferred fruit types is on the menu, Food Service will make every effort and attempt to substitute a preferred version (fresh or juice) instead. All food substitutions are to be of equal food value/type. All food substitutions shall be communicated as soon as reasonably possible to the inmates.

C. Meal Service: Meals will be served under conditions that minimize regimentation. There shall be direct supervision by staff. All inmates will be served the same quality food in quantities sufficient to meet nutritional needs. Group dining will be provided except when security or safety considerations justify individual cell feedings.

D. Safety and Sanitation:

1. All staff and inmates involved in the preparation of food are given a pre-assignment medical examination and periodic re-examinations in accordance with DOC'S health care regulations (see PPD 6.03). The Health Services Center will ensure that all inmate food service workers have a current physical on file. Food service workers diagnosed with a skin infection, diarrhea or other illness that could be transmitted through food or utensils will not be permitted to work in food preparation or serving areas.
2. All food handlers will be instructed to wash their hands upon reporting to duty and after using the toilet facilities. Toilet and washbasin facilities must be available to food service personnel and inmates in the vicinity of food preparation areas. While preparing and/or serving food, food service workers must wear caps and clean garments and must employ hygienic food handling techniques. The Director of Food Service will monitor all inmates and other persons working in food service each day for health and cleanliness.
3. The Food Service Supervisor or Chef will monitor health and cleanliness as set forth in PPD 5.95. The qualified individuals per PPD 5.95 will, on a monthly basis, submit a written report to the Director.
4. An annual inspection of all food service areas will be performed by the New Hampshire Division of Public Health to document compliance with applicable health and safety codes and standards.
5. The Food Service Supervisor, Dietician or Chef shall provide on-going training to food services personnel to include, but not be limited to, the following:
   a. Sanitation & Health Codes
   b. Accident Prevention
   c. Use of Safety Devices
   d. Knife Storage
   e. Use of Fire Extinguishers
   f. Therapeutic diets, etc.

E. Federal Surplus Commodity Usage:
The Food Service Supervisor or Chef will check the availability of Federal Surplus Commodities on a monthly basis. Maximum use of these commodities is compulsory. Alternative menus are allowed to accommodate use of Federal Surplus Commodities providing the substituted meal meets basic nutritional value.

F. Use of Institutionally Grown Food:
The Food Service Supervisor will inspect products that are grown within the prison system prior to use to assure freshness and optimum condition for food service use. The Farm Manager will coordinate with the Warehouse Superintendent prompt deliveries of produce to the warehouse during the growing season. The warehouse will deliver the produce to all the institutional kitchens on an as needed basis. The produce is purchased from Correctional Industries at fair market value in accordance with its quality.

REFERENCES:

Standards for the Administration of Correctional Agencies
Second Edition Standards
**2-CO-4C-01**

Standards for Adult Correctional Institutions
Fourth Edition Standards
**4-4317; 4-4320; 4-4322; 4-4324; 3-3426; 4-4328**

Standards for Adult Community Residential Services
Fourth Edition Standards
**4-ACRS-4A-01; 4A-04 thru 4A-08**

Standards for Adult Probation and Parole Field Services
Third Edition Standards

Other:

HANSON/pf

Attachment

Attachment 1

NH DOC WEEKLY FOOD SERVICE INSPECTION FORM

UNIT/AREA ____________________ DATE ______________ INSPECTED BY ________________

| **FOOD SERVICE AREA** | *PASS* | *FAIL* | **COMMENTS** | **FOOD SERVICE AREA** | *PASS* | *FAIL* | ***COMMENTS*** |
|---|---|---|---|---|---|---|---|
| Dishwasher | | | | Grill | | | |
| Document/substitution noted | | | | MSDS Available | | | |
| Dumpsters cleaned & covered | | | | Post & pans | | | |
| Foods properly stored & dated | | | | Ranges | | | |
| Gloves/hats/aprons in use | | | | Rotary oven | | | |
| Hand washing sink (soap/towels) | | | | Sinks | | | |
| Inmate items (labeled & dated) | | | | **Solce racks** | | | |
| Kitchen counters | | | | Steam kettles | | | |
| Refrigerators | | | | Walls | | | |
| Slicing machine | | | | Work tables | | | |
| Stock room/storage | | | | **VEGETABLE AREA** | | | |
| Stoves | | | | Disposal | | | |
| Vents | | | | Floors & drains | | | |
| Freezer temps: | | | | Potato peeler | | | |
| # 1 (F) | | | | Sink | | | |
| # 2 (F) | | | | Water temp (cold) | | | |
| # 3 (F) | | | | Water temp (hot) | | | |
| # 4 (F) | | | | Work table | | | |
| **DINING ROOM** | | | | **BAKERY AREA** | | | |
| Floors & drains | | | | Donut fryers | | | |
| Stainless counters | | | | Bread mixers | | | |
| Tables & seats | | | | Floors & drains | | | |
| Trash barrels | | | | Hand washing sink, soap & towels | | | |
| Windows on the line | | | | Oven rotary | | | |
| **MAIN KITCHEN AREA** | | | | Proof boxes | | | |
| Hot & cold boxes | | | | Refrigerator | | | |
| Can opener | | | | Sink | | | |
| Floors & drains | | | | Storage bins | | | |
| | | | | | | | |

| **FOOD SERVICE AREA** | *PASS* | *FAIL* | **COMMENT** | | | | **COMMENT** |
|---|---|---|---|---|---|---|---|
| Storage rack | | | | **LINE TWO** | TIME | | |
| Trash barrels (bag & cover) | | | | Start | | | |
| Walls | | | | Finish | | | |
| Work table | | | | | | | |
| **STOCKROOM** | | | | **FOOD ITEM** | **Start Temp** | End Temp | |
| Dairy walk-in 34 - 40° (F) | | | | | | | |
| Freezer 0 - 40° (F) | | | | | | | |
| Walk-in 34 - 40° (F) | | | | | | | |
| **POT WASHING AREA** | | | | | | | |
| Water temp (rinse) (F) | | | | | | | |
| Water temp (wash) (F) | | | | | | | |
| **DISHWASHER** | | | | | | | |
| Water temp (rinse) (F) | | | | | | | |
| Water temp (wash) (F) | | | | | | | |
| **FIRE SAFETY** | | | | | | | |
| Fire doors | | | | | | | |
| Means of egress identified/clear | | | | | | | |
| **MEAL EVALUATION** | | | | | | | |
| Breakfast | | | | | | | |
| Lunch | | | | | | | |
| Supper | | | | | | | |
| **TRAY LINE/STEAM TABLE** | TIME | | | | | | |
| LINE ONE | | | | | | | |
| Start | | | | | | | |
| Finish | | | | | | | |

Unit or area staff member in charge ______________________________ Date

Food Service Director ______________________________ Date