UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*******************************************
Dominic Ali,                              *
    Plaintiff                       *
                                      *
v.                                        *    12-cv-00364-SM
                                      *
                                      *
Warden Edward Reilly, Northern NH         *
Correctional Facility, Chaplain Dana Hoyt,*
Scott Watson, John Masse, Shanon Berwick  *
    Defendants                      *
*******************************************

AFFIDAVIT OF TANYA PITMAN

I, Tanya Pitman, being duly sworn on oath depose and state as follows:

    1.    I submit this affidavit in support of the Defendants' Motion for Summary Judgment.

    2.    I am a Paralegal II employed in the civil bureau of the New Hampshire Department of Justice (NHDOJ). I am assigned to the Dominic Ali case. As part of my duties on this matter and other Department of Corrections cases, in conjunction with the attorneys at the NHDOJ assigned to the case, I work with the defendants and the Department of Corrections to gather documents relevant to the case, scan, redact and bates number documents for discovery and gather and review inmate request slips and grievances to determine if the prison grievance system (PPD 1.16) has been complied with.

    3.    Inmate request slips, which are the first level for any grievance, are addressed to unit-level staff at the Department of Corrections are a three-part form that consists of a white, pink, and yellow carbonless copy that are kept and maintained as described in the Affidavit by

Nancy Wolcott.  The NHDOC has advised us that all inmate request slips received by offender records dated after February 2006 are scanned and saved on the DOC server.

4.  The Department of Corrections Offender Records Office provided me with copies of all of inmate Ali's IRSs from 2009 to present.  I also collected all Warden and Commissioner grievances and inmate request slips submitted by inmate Ali.   I reviewed all of inmate Ali's inmate request slips, grievances and all other written communications between inmate Ali and the Warden and Commissioner's offices.

5.  Attached to this exhibit as Exhibit F-1 are inmate Ali's unit level communications related to his claims before this court.  Inmate Ali's communications with the Warden and Commissioner's offices are attached to the affidavits of Edward Reilly and Nancy Wolcott.

6.  Ali did not file any unit-level IRS that requested more nutritious Ramadan food or complain that the Ramadan food was inadequate.  Ali also did not make Warden level, or a Commissioner level request or grievance regarding the quality of the 2012 Ramadan meals.  Ali did not file a unit-level request regarding his removal from the Ramadan fasting list or requesting to be placed back on it.  On July 19, 2012, roughly one month before being removed from the Ramadan list, Ali filed a unit level IRS to S. Young, requesting to be added to the list.  This IRS pertains to Ali's initial placement on the Ramadan list and not his subsequent removal.

7.  Ali did not file any unit-level IRSs requesting Jum'ah services.  Ali filed one IRS to Chaplain Hoyt requesting Islamic texts, which the Chaplain responded to.

8.  Mr. Ali did not file an IRS or grievance form or otherwise communicate to the Warden or the Commissioner that he sought Jum'ah services.

9.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 8/16/2013 /s/ Tanya Pitman
Tanya Pitman