

## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM          DATE: 7/19/12

FROM: __Ali__   __Dominic__   __S__          ID #: __81829__
     Last Name    First Name    Middle Initial

__NCF__   __Fox__   __13__   __Student__
Facility   Housing Unit   Cell   Work/Shift

INMATE REQUEST: Would you please put me on the Ramadan list for the Kitchen please. Three weeks ago I ask the chapel, He said my name would be on the Computer and he would forwarded to the Kitchen. I have been going for my food but they don't have me on the list. They ask me to have get it done. Thank You.          Inmate Signature: Dominic

TO: __S. Nagy__          DATE: 7/20/12

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: _____

Staff Signature: Leneaus

FROM: __Mrs. Young__          DATE: 7/20/12
    Staff Member Name/Office

REMARKS: Please see the attached.

Thank you

Staff Signature

Received By: _____  Inmate Signature

White - Offender Records Office   Yellow - Inmate   Pink - Staff   SP-014 (a) Rev. 11/06

1

## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM　　　　　DATE: 8/21/12

FROM: __Ali__ __Domini__ _____　　ID #: 81829
　　　Last Name　　First Name　　Middle Initial

　　　__NCF__　　__Fox__　　__13__ _____
　　　Facility　　Housing Unit　　Cell　　Work/Shift

INMATE REQUEST: I Requested Warden Edward Reilly that the Islamic Center of America would send me books and other goods any time soon that you the chaplan would allowed in this Facility. The Warden states " that he forwarded my request to you for consideration". This is heads up. Thank you
(If you need more space, use plain paper.)
　　　　　　　　　　　　　　　　　　　　　Inmate Signature

TO: __Chaplan__ _____　　DATE: 8/23/12

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: _____

　　　　　　　　　　　　　　　　　　　Leneau
　　　　　　　　　　　　　　　　　　　Staff Signature

* * *

FROM: __Chaplain Hoyt__ _____　　DATE: 9-5-12
　　　Staff Member Name/Office

REMARKS: Thank you - we would welcome any donated study materials - Can I have their contact info to see if they would come in as volunteers?

　　　　　　　　　　　　　　　　　　　Staff Signature

　　　　　　　　　　　　Received By _____
　　　　　　　　　　　　　　　　　　　Inmate Signature

White - Offender Records Office　　Yellow - Inmate　　Pink - Staff　　SP-014 (a) Rev. 11/06