UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*******************************************
Dominic Ali,                              *
    Plaintiff                         *
                                      *
v.                                        *   12-cv-00364-SM
                                      *
                                      *
Warden Edward Reilly, Northern NH         *
Correctional Facility, Chaplain Dana Hoyt,*
Scott Watson, John Masse, Shanon Berwick  *
    Defendants                        *
                                      *
*******************************************

## AFFIDAVIT OF WARDEN EDWARD REILLY

I, Edward Reilly, upon oath do hereby depose and state as follows:

    1.    I am currently employed by the New Hampshire Department of Corrections as the Warden at the Northern Correctional Facility ("NCF"). I have served as Warden at NCF since February 9, 2012. I make this affidavit on my personal knowledge.

    2.    All grievances, either in the grievance form or by inmate request slip, that are submitted to me are answered and a copy is kept in the files in my office. The copies are made before the answer is returned to the inmate. The grievances and inmate request slips are filed alphabetically by year.

    3.    My office also maintains a grievance log of all incoming grievances from inmates to the Warden.

    4.    I have reviewed the Warden's Office's records of all inmate request slips and grievances from inmate Ali to myself dating from inmate Ali's arrival at NCF in May 2012 to

1

the present. I provided copies of all of the aforementioned inmate request slips and grievances to the Attorney General's Office.

5. Mr. Ali filed one grievance form and an IRS with me on August 13 and August 15, 2012, grieving his removal from the Ramadan fasting list. *See* Ex. G-1.

6. Mr. Ali did not file an IRS or grievance form with me regarding the quality or any other aspect of the 2012 Ramadan meals. Mr. Ali did not file an IRS or grievance form with me about a lack of Jum'ah services. Mr. Ali filed one IRS with me regarding the 2013 Ramadan meals. Mr. Ali also filed one IRS with me regarding Islamic prayer books.

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 8/20/13                                     /s/ Edward Reilly
                                                  Warden Edward Reilly