UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*******************************************
Dominic Ali,                               *
    Plaintiff                          *
                                       *
v.                                         *    12-cv-00364-SM
                                       *
                                       *
Warden Edward Reilly, Chaplain Dana Hoyt,  *
Scott Watson, John Masse, Shanon Berwick   *
    Defendants                         *
                                       *
*******************************************

AFFIDAVIT OF NANCY WOLCOTT

I, Nancy Wolcott, upon oath do hereby depose and state as follows:

1. I am currently employed by the New Hampshire Department of Corrections as an administrative assistant in the Commissioner's Office. I make this affidavit based on my personal knowledge.

2. Inmate request slips at the Department of Corrections are a three-part form, which consists of a white, yellow and pink carbonless copy. The staff member/responder keeps the pink copy and the inmate keeps the yellow copy. The white copy is forwarded to offender records after the inmate signs the bottom of the form.

3. Grievances at the Department of Corrections are a three-part form, which consists of a white, yellow and pink carbonless copy. The staff member/responder receives the yellow copy and the inmate receives the pink copy. The white copy is forwarded to offender records after the inmate signs the bottom of the form.

4. All pieces of inmate correspondence, either in the grievance form, inmate request slip or by letter, submitted to the Commissioner are logged in and answered directly, or forwarded to whomever best can respond. Copies of inmate correspondence responded to by the Commissioner's Office are filed in the Commissioner's Office, alphabetically by inmate name and by year. The yellow copy of the grievance and the pink copy of the inmate request slip, along with any attachments supplied by the inmate, are filed in the Commissioner's Office, unless the correspondence was forwarded to a different NHDOC Division for a more informed response (in which case that Division would be responsible for filed copies).

5. Four years of records are kept in the Commissioner's Office, and records older than four years are stored in boxes in the building by year. I am confident that we have logged in all inmate correspondence received by the Commissioner's Office.

6. The Commissioner's Office also maintains a correspondence log of all incoming correspondence, inmate request slips or grievances from inmates to the Commissioner.

7. I have reviewed the records in the Commissioner's Office from 2009 to the present for any inmate request slips, grievances or other correspondence filed by Dominic Ali to the Commissioner. Inmate Ali did not file an IRS or grievance or make any other direct form of communication with the Commissioner over the entire course of his incarceration. The only communications in the Commissioner's office pertaining to inmate Ali are two letters (and enclosures) that inmate Ali wrote to Senator Jeanne Shaheen that were later forwarded to the Commissioner's office by Senator Shaheen's staff.

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  8/16/13

                                                         _s/Nancy Wolcott_____
                                                        Nancy Wolcott