UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*******************************************
Dominic Ali,                                         *
    Plaintiff                               *
                                             *
v.                                                *     12-cv-00364-SM
                                             *
                                            *
Warden Edward Reilly, Chaplain Dana Hoyt,    *
Scott Watson, John Masse, Shanon Berwick      *
    Defendants                            *
                                            *
*******************************************

## STATE DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOW COME Warden Edward Reilly, Chaplain Dana Hoyt, Lts. John Masse and Shanon Berwick, and Corrections Officer Scott Watson (together the "State Defendants") by and through their counsel, the Office of the Attorney General, and submit this Objection to Plaintiff's Motion for Summary Judgment:

1.     For the reasons stated in the State Defendants' Cross-motion for Summary Judgment and supporting memorandum of law (ECF Doc. 20) the State Defendants object to Plaintiff, Dominic Ali's Motion for Summary Judgment (ECF Doc. 17).

2.     The State Defendants' Cross-motion for Summary Judgment and supporting memorandum shall be incorporated herein.

WHEREFORE, the Defendant respectfully requests that this Honorable Court:

    A.     Deny Plaintiff's Motion for Summary Judgment;

    B.     Grant Defendant's Cross-Motion for Summary Judgment; and

    C.     Grant any additional relief that is just and equitable.

                                                  Respectfully submitted,

                                                  By their attorneys,

                                                  JOSEPH A. FOSTER
                                                  Attorney General

Date:  August 22, 2013

                                                  /s/ Francis C. Fredericks
                                                  Francis C. Fredericks, Bar No. 21161
                                                  Attorney
                                                  Nancy J. Smith, Bar No. 9085
                                                  Senior Assistant Attorney General
                                                  New Hampshire Department of Justice
                                                  33 Capitol Street
                                                  Concord, New Hampshire 03301-6397
                                                  (603) 271-1242; (603) 271-3650
                                                  nancy.smith@doj.nh.gov
                                                  francis.fredericksJr@doj.nh.gov


## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was mailed this 22nd day of August 2013, postage prepaid, to:

        Dominic S. Ali, # 81829
        Northern NH Correctional Facility
        138 E Milan Rd.
        Berlin, NH 03570


                                                /s/ Francis C. Fredericks
                                                Francis C. Fredericks