## INMATE REQUEST SLIP

Received 8/15/12

DEFENDANT'S EXHIBIT NO. G-1

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Su[pervisor, Security] Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the ap[propriate person. A response from the] Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM     DATE: 8/13/12

FROM: **Ali** (Last Name)   **Dominic** (First Name)   **S** (Middle Initial)    ID #: 81829

**NCF** (Facility)   **Fox** (Housing Unit)   **13** (Cell)   ____ (Work/Shift)

INMATE REQUEST: On or about August 10, 2012, C.O. S. Watson conduct a a shakedown of my cell at block Fox Room 13 at aprox 10:20 AM. C.O. S. Watson is anprofessional who is not trained properly to deal with inmates who are practicing there rights of individuals to practice the religion of their choice that been established under State and Federal Constitutions. C.O. S. Watson jump into conclution without having any facts to my religion when he enter my cell 13 block Fox and dump all Ramadan Food that been given to me by the Kitchen in good condition in to trash Bag with dirty Property that he took from the cell and other garbesh that I could No longer eat my Ramadan food that day. Follow up statement next pag with signature →

(If you need more space, use plain paper.)    Inmate Signature: [signed]

TO: Warden of State Prison     DATE: ____

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: ____

Staff Signature

***

FROM: Edward Reilly    DATE: 8/21/12
Staff Member Name/Office

REMARKS: After investigation + observation, NCF Chaplain you have been removed from those collecting food for breaking fast. A grievance form will be forwarded to you through Security.

Staff Signature: [signed]

Received By [signed]   Inmate Signature

White - Offender Records Office    Yellow - Inmate    Pink - Staff    SP-014 (a) Rev. 11/06

8/13/12

C: File

I tried to speak to Co. S. Watson before he can take my Food away from the block Fox, that he respond with threats when I'm tring to explaine to him the reason he can not take my Ramadan Food away, But he wouldn't listen but to him self. He dump all the Ice that I keep for the milks not to go bad that I endup throwing them away and the rest of the Food that I couldn't keep with out Ice.

On August 13, 2012, At aproxi. 8:35 Am Co. S. Watson againc. estorme to the chawhall been loud and dcspespectfull tring to restric my rights to practice a particular aspect of my religion. When he has no facts againe. In Islam, Ramadan could not be done everyday, You don't have to fast everyday if you don't want to. Maybe I'm Sick that I need to take medication that allowed Food withed every four hours or two. I'm from the Sudan and islam is my religion and the chapel or Co. S. Watson do not know anything about Islam but to despespeted. I would to put this issue on a grievance forms for the reason states because it seem the Co. S. Watson hates muslims and chsceriminate against by abosing his power in possition of authority.

I spoke to L.T. Massen and L.T. Berwick this Day about having a grievance form that they tried to distruct me from taking this issue further saying that I have no ground for Grievance form. This is a violation of my civil Rights and I wants further review even throw the Court of the Laws.

2

Received 8/20/12

# GRIEVANCE FORM
(See Reverse For Instructions)

DEPARTMENT OF CORRECTIONS
STATE OF NEW HAMPSHIRE
P.O. Box 14
CONCORD, NEW HAMPSHIRE 03302



JOHN H. LYNCH
GOVERNOR

STEPHEN J. CURRY
COMMISSIONER

1. Date: 8/15/12
2. GRIEVANT: Dominic S. Ali
3. Number: 81829
4. Address: NCF, DF Cell # 13 18
5. Brief Description of Grievance: On or about August 10, 2012, C.O. S. Watson contructed a shake down of my cell block Fox cell 13 at 10:30 Am. C.O. S. Watson was unprofessional who is untrained properly to deal with inmates who is practicing their rights of individual to practice the religion of their choice, that has been established under State and Federal Constitution.
C.O. S. Watson took all my personal food that been given by the Chapel for Ramadan Fasting. He dump all my personal food into a trash bag with dirty property and trash that he took from
Two Page
follow up statement.

Signature: _____
(You will be penalized if statement is untrue)

(Use Attachments if necessary.)

To: DIRECTOR (Warden)   Date of Director's Action: 8/22/12

Director's Action: The issue at hand is not a dietary violation. Our practice has been that any inmate participating in Ramadan who chooses to not tolerate or partakes of any meals other than those special meals prepared for Ramadan will be removed from the Ramadan meal list and will be returned to the normal food service program.

Authentication: _____

To: COMMISSIONER   Date of Commissioner's Action: _____

Commissioner's Action: _____

Authentication: _____

(FORWARD ALL THREE COPIES. WHITE WILL BE FILED IN OFFENDER RECORDS, CANARY TO RESPONDER AND PINK TO GRIEVANT.)

SP-52

the cell. While doing so, I try to speak to C.O. S. Watson befor he can take my food from the block. He responded with threats when I'm trying to explaine to him why he could not take my Ramadon food. And he did what he had to do. He called back to the Office and I find all my food in the floor mix with the rest of the trash.

On August 14, 2012, make correction on the date on the request slip yesterday. Aprox: 8:30 C.O. S. Watson with harrasment of inmate came to the chow hall been desrespectful and loud trying to retrict my right to practice a particular aspect of my religion when he has no facts. Not know what he's talking about. I was in a bad mood that I deside not to fast that day. Their 40 days of fasting, Ten days to recover. That's the fact of Ramadon. People get sick sometimes they can take Days off or not do it at all. C.O. S. Watson seems to enjoy been loud and disrespectful, that seems he like to discriminate.

L.T. Berwick and L.T. Massen took C.O. Watson word and the Chapel that I should be taking of the Ramadon list, when all he knows that I was fasting and I whent to chow. Fasting is not a force! Islam don't force anyone to fast, but it seems that these Officer wont me and force me to fast when I'm not feeling good. The Chapel is a Christain that he dosen't know all the rules of Islam. And I don't expect him to know when he let inmates who Christain to be on Ramadon list when they don't even

Follow up statement Pug #2

to pray or knows how to pray. I'm an Arabic speaker, read and write Arabic and family memeber who are muslims. That's a Fact.
This is a Civil Rights Violation and I wont further investigation and review of these Officers Supperation of State and religion, this is a State prison, these Officers works for the State. MY religion shouldn't be their problem.

The Islamic Center of American would send me some prayers book and rules that I give to the chapel for future issues.

I.C.O.A
19500 Ford Road
Dearborn, MI 48128

8/15/12

C: file

Received 8/20/12

## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM       DATE: 8/15/12

FROM: Ali / Dominic                                   ID #: 81829
      Last Name / First Name / Middle Initial

NCF / Fox / 13
Facility / Housing Unit / Cell / Work/Shift

INMATE REQUEST: Would you please allowed the Islamic Center of American to send me prayers book and other goods. I requsted the Center for all Islam materials as soon as possible. The chapel don't have any of that. Please allow pass throw property. Thank you!

(If you need more space, use plain paper.)

Inmate Signature

TO: Warden                                            DATE:
FROM: Unit Supervisor, Security Lieutenant or CC/CM
REMARKS:

Staff Signature

*********************************************************************

FROM: Edward Reilly                                   DATE: 8/21/12
      Staff Member Name/Office

REMARKS: forwarded to Programs for their consideration
C Chaplain Hajt

Staff Signature

Received By _____ Inmate Signature

White - Offender Records Office    Yellow - Inmate    Pink - Staff    SP-014 (a) Rev. 11/06

Received 7/8/13

## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM       DATE: 7/3/13

FROM: Ali / Dominic / S       ID #: 81829
  Last Name / First Name / Middle Initial

Facility: NCF    Housing Unit: B    Cell: 30    Work/Shift: Student

INMATE REQUEST: Dear Mr. Reilly,
I and other inmates are having a problem the food been served to us by the kitchen. I have friends work for the kitchen and I was advised that the problem is the person whos in charge of cooking diet for muslim inmates. Again, as the prison is cutting back, every meal count for me and others. I'm not in mood of throwing my food away because of someone in the kitchen under supervis of you. Staff can't cook or other wise don't give a shit what we eat or how we eat it. Ramadan is under way, and the Court have spoken. See: Ali v. Reilly, U.S. District court. 364. please remove this guy. Thank you!

Inmate Signature

TO: The Warden, Edward Reilly       DATE: _____

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: _____

Staff Signature

*************************************************************************

FROM: Edward Reilly       DATE: 7/8/13
  Staff Member Name/Office

REMARKS: Although your complaint does not explain your specific concerns, I have spoken with NCF kitchen supervisor who has indicated that he will speak with those inmates who work on/handle special diet meals.

Staff Signature

Received By _____
  Inmate Signature

White - Offender Records Office    Yellow - Inmate    Pink - Staff    SP-014 (a) Rev. 11/06