(Exhibit A2)



# NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS

HEARING

## DISCIPLINARY REPORT

1. INFRACTION DATE: 8-10-12   TIME: 1020   LOCATION: NCF, DF, Cell #13, 17
2. REPORTING STAFF (print): Co. E. L'Heureux
3. DETAILS OF EVENT (who, what, where, when, how and why):

While conducting a shake in cell #13 on Foxtrot, I Co. E. L'Heureux found Inmate Ali, Dominic #81839, to be in possession of two (2) items not belonging to him. The first item is a small calculator (44B), the second item is a watch belonging to inmate Ramos, Jose #87914 (50B). The back of the watch is engraved with inmate Ramos' identification number. Both items were located on Inmate Ali's T.V. shelf.

4. INMATES INVOLVED:

| Last | First | M.I. | ID# | # | Subj. | Other* |
|---|---|---|---|---|---|---|
| NAME: Ali | Dominic | | 81839 | DF CELL 13T | ✓ | |
| NAME: Ramos | Jose | | 87914 | BR CELL 4,B | | ✓ |
| NAME: | | | | CELL | | |
| NAME: | | | | CELL | | |

* V - Victim   W - Witness

5. STAFF INVOLVED:

NAME: Cpl. J. Nadeau         HOW INVOLVED* W
NAME: Co. S. Watson          HOW INVOLVED* W
NAME: _____        HOW INVOLVED* ___
NAME: _____        HOW INVOLVED* ___

* V - Victim   W - Witness

6. SUBJECT OFFENSE VIOLATION:
   Inmate Manual Rule Number(s):   1. 44B   2. 50B   3. ___   4. ___   5. ___

7. EVIDENCE STATUS:
   SECURED:   Yes ✓   No ☐   WHERE:   Control ☐   Other: _____

_Co. E. L'Heureux_          8-10-12
SIGNATURE OF REPORTING STAFF          DATE WRITTEN

HEARINGS CASE NO. 12-08-4134

REVIEWED BY: Sgt. M. Nash          DATE: 8-10-12   TIME: 1300

SP-048
DOC 030/Rev. 10-01

-1-

8. INVESTIGATION BY UNIT SGT./LT.        Per P.P.D. 5.25

A. SUBJECT'S STATEMENT: — Not Guilty — per I/M
The Calculator was given to me from Education in Concord.

The watch was left in the cell when
B. STATEMENTS FROM OTHER: Ramos was lugged

N/A

C. SUMMARY OF INVESTIGATION: Mr. Letourneau from Education was contacted & he is sure that the calculator was not given to I/M Ali. Mr Letourneau is waiting for a return call from Concord to confirm this. As far as the watch is concerned the watch did not belong to I/M Ali but to I/M Ramos, Jose. When I questioned I/M Ali he said it wasn't his job to return the watch to the inmate who owns it, his ex-cellmate.

9. RECOMMENDATION OR ACTION:

☐ Report to be filed without prejudice to inmate.
☐ Report handled as an Incident Report.
☐ Report as a Bad Spot Report. Signature of Inmate: _____
☒ Recommend this report be processed as a Minor Disciplinary.
☐ Recommend this report be processed as a Major Disciplinary.

DATE: 8-10-12        SIGNATURE OF INVESTIGATOR: Sgt. M. Nashua

- PPD 5.25 -

Received 8/20/12

## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM            DATE: 8/15/12

FROM: __Ali__ __Dominic__ _____   ID #: 8R29
         Last Name    First Name    Middle Initial

__NCF__ __Fox__ __13__ _____
Facility   Housing Unit   Cell   Work/Shift

INMATE REQUEST: Would you please allowed the Islamic Center of American to send out Prayers Book and other goods. I requsted the Center for all Islam materials as soon as Possible. Tho Chapol dont have any of that. Please allow Pass throw Property. Thank you!

(If you need more space, use plain paper.)                Inmate Signature

TO: __Warden_____  DATE: _____

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: _____

                                                Staff Signature

FROM: __Edward Reilly_____  DATE: 8/21/12
      Staff Member Name/Office

REMARKS: forwarded to Programs for their consideration
& Chaplains Hoyt

                                                Staff Signature
                              Received By _____
                                                Inmate Signature

White - Offender Records Office    Yellow - Inmate    Pink - Staff    SP-014 (a) Rev. 11/06

Follow up statement Pg#2

5 of 5

to pray or knows how to pray. I'm an Arabic speaker, read and write Arabic and family member who are muslims. That's a Fact. This is a Civil Rights Violation and I want further investigation and review of these Officers Supperation of State and religion, this is a State Prison, these Officers works for the State. MY religion shouldn't be their problem.

The Islamic Center of American would send me some prayers book and rules that I give to the chapel for future issues.

I.C.O.A.
19500 Ford Road
Dearborn, MI 48128

8/15/12

C: file