# INMATE REQUEST SLIP

(EX A3)

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM         DATE: 8/1/13

FROM: __Ali__        __Dominic__        _____        ID #: 81829
    Last Name         First Name      Middle Initial

__NCF__        __B__        __30__        _____
Facility      Housing Unit    Cell        Work/Shift

INMATE REQUEST: Stop playing game with my mails, stop holding my mail. Stop sending my mail back for no reason because you don't know your facts. If the state file a complaint with the court for violation of Court Rules, I'm calling you out. Be advise.

_[signed]_
Inmate Signature

(If you need more space, use plain paper.)

TO: Mail Room            DATE: _____

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: _____

_____

_____
Staff Signature

************************************************************

FROM: _____  DATE: 8/2/13
    Staff Member Name/Office

REMARKS: I will not forward a slip that is threatening staff! Be careful on your words and chose them wisely or you will be written up for a 403 (threatening stmt). If you have an issue with the Mail Room you can write them without threats.

_[signed]_
Staff Signature

Received By _____
Inmate Signature

White - Offender Records Office    Yellow - Inmate    Pink - Staff    SP-014 (a) Rev 11/06