## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM  DATE: 10/19/12

FROM: Ali (Last Name)  Dominic (First Name)  S (Middle Initial)  ID #: 81829

Facility: NCF  Housing Unit: Fox  Cell: 13  Work/Shift: Do nothing

INMATE REQUEST: Do NOT OPEN MY LEGAL MAIL WITHOUT ME PRESENT. THE MAIL STATES WAS FORWARDED TO THE N.H. LEGAL ASSISTANCE. THIS IS A WARNING. B4 Legal Action!!! (Per-RSA) BoP Position, Statement - 5265.09

Inmate Signature: Ali Dominic

TO: Mail Room / Keep Play Games  DATE: 10/22/12

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: _____

Staff Signature: Renea

***

FROM: Mrs. Duchesne (Staff Member Name/Office)  DATE: 10/24/12

REMARKS: Mrs. Ali I apologize for the error. We have been training a new person & we have all been sick in here & out of work, so things happen. It was not done intentionally. I will let everyone know your concern. Again please accept our apology. Thanks

Staff Signature: Mrs. Duchesne

Received By: Ali Dominic (Inmate Signature)

White - Offender Records Office    Yellow - Inmate    Pink - Staff    SP-014 (a) Rev. 11/06