(EX A5) Received 10/23/12

# INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM     DATE: 10/19/12

FROM: __Ali__ __Dominic__ __S__     ID #: __81829__
  Last Name    First Name    Middle Initial

__NCF__ __Fox__ __13__ _____
Facility    Housing Unit    Cell    Work/Shift

INMATE REQUEST: Would you please advise the Mail Room not to open my legal mails without my present. They keep doing this. Please be advised, this is a warning B4 legal action. (BOP Position, S 5265.09) Thank you!

(If you need more space, use plain paper.)     Inmate Signature

TO: __Warden__     DATE: _____

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: _____

Staff Signature

***

FROM: __Edward Reilly, Warden__     DATE: 10/23/12
  Staff Member Name/Office

REMARKS: I am informed that NCCY is not legal mail; Regarding your second enclosed document/envelope it was returned as not deliverable. Mail Room has been advised to Re-Read PPD 5.26. I would recommend you do likewise.

Staff Signature

Received By _____
  Inmate Signature

White - Offender Records Office    Yellow - Inmate    Pink - Staff    SP-014 (a) Rev. 11/06