Received 8/15/12

**DEFENDANT'S EXHIBIT NO. G-1**

## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Su[pervisor, Security] Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the ap[propriate party.] Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM                             DATE: 8/13/12

FROM: __Ali__          __Dominic__       __S__                ID #: __81829__
      Last Name        First Name    Middle Initial

__NCF__          __Fox__         __13__
Facility         Housing Unit    Cell              Work/Shift

INMATE REQUEST: On or about August 10, 2012, Co. S. Watson conduct a a shakedown of my cell at block Fox Room 13 at about 10:20AM. Co. S. Watson is unprofessional who is not trained properly to deal with inmates who are practicing their rights of individuals to practice the religion of their choice that been established under State and Federal Constitutions. CO S. Watson jump into conclusion without having any facts to my religion. When he enter my cell 13 block Fox and dump all Ramadan Food that been given to me by the Kitchen in good condition in the trash bag with dirty property that he took from the cell and other garbage that I could no longer eat my Ramadan food that day. Follow up statement next pg with signature →

(If you need more space, use plain paper.)                        __Inmate Signature__

TO: __Warden of State Prison__                DATE: _____

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: _____

                                                              Staff Signature

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

FROM: __Edmund Reilly__                               DATE: __8/14/12__
      Staff Member Name/Office

REMARKS: After investigation + observation, NCF Chaplain you have been removed from those collecting food for breaking fast. A grievance form will be forwarded to you through security.

                                                              Staff Signature

                                       Received By _____
                                                   Inmate Signature

White - Offender Records Office    Yellow - Inmate    Pink - Staff    SP-014 (a) Rev. 11/06

I tried to speak to Co. S. Watson before he can take my Food away from the block Fox, that he respond with threats when I'm trying to explaine to him the reason he can not take my Ramadon Food away, But he wouldn't listen but to him self. He dump all the Ice that I keep for the milks not to go bad that I endup throwing them away and the rest of the Food that I cardent keep without Ice.

On August 13, 2012, At aproxi 8:35 pm Co. S. Watson against estorme to the chauchall loud and disrespectful tring to retric my rights to practice in particular aspect of my religion. When he has no facts againe- In Islam, Ramadon could not be done everyday, you don't have to fast everyday if you don't want to. Maybe I'm sick that I need to take medication that allowed Food withed every four hours or two. I'm from the Sudan and Islam is my religion and the Chapel or Co. S. Watson do not know anything about Islam but to desrespeted. I would to put this issue on a Grievance forms for the reson states because it seem the Co. S. Watson hates muslims and discriminate against by abosing his power in position of authority. I spoke to L.T. Massen and L.T. Berwick this Day about having a Grievance form that they tried to distract me from taking this issue further saying that I have no ground for Grievance form. This is a violation of my civil Rights and I wants further review even throw the Court of the lawls.

C: File
8/13/12
Fox block, Cell 13
[signature]

Received 8/20/12



**GRIEVANCE FORM**
(See Reverse For Instructions)

DEPARTMENT OF CORRECTIONS
STATE OF NEW HAMPSHIRE
P.O. Box 14
CONCORD, NEW HAMPSHIRE 03302

JOHN H. LYNCH
GOVERNOR

STEPHEN J. CURRY
COMMISSIONER

1. Date: 8/15/12
2. GRIEVANT: Dominic S. Ali
3. Number: 81829
4. Address: NCF, DF Cell #___
5. Brief Description of Grievance: On or about August 10, 2012, C.O. S. Watson conducted a "shake down" of unit C1 block Hay cell #___ at 10:30 4pm. C.O. Shaffer was unprofessional who is obtained illegally to deal with inmates who is practicing their rights of individual _____ _____ _____ _____ ____ food choice. _____ _____ _____ _____ _____ _____ _____ personal food that was given by Chapel for Ramadan fasting. He dumped all my personal food into a trash bag with _____ property and trash that he took from ___

Two Pages
follow up statement.

Signature: _____
(You will be penalized if statement is untrue)

(Use Attachments if necessary.)

To: DIRECTOR (Warden)
Date of Director's Action: 8/22/12

Director's Action: The issue at hand is not a _____ _____. Our practice has been that any inmate _____ caught in tampering with _____ or _____ _____ meals of Ramadan _____ _____ _____ himself for Ramadan will be _____ from the Ramadan _____ and back to the normal food service program.

Authentication: _____

To: COMMISSIONER
Date of Commissioner's Action: _____

Commissioner's Action: _____

Authentication: _____

(FORWARD ALL THREE COPIES. WHITE WILL BE FILED IN OFFENDER RECORDS, CANARY TO RESPONDER AND PINK TO GRIEVANT.)

SP-52

Case 1:12-cv-00364-SM Document 24-6 Filed 10/24/13 Page 4 of 7
Case 1:12-cv-00364-SM Document 22-1 Filed 08/22/13 Page 4 of 7

Followup Statement pg #1

4 of 5

the cell. While doing so, I try to speak to C.O. S. Watson befor he can take my food from the block. He responded with threats. when I'm trying to explaine to him why he could not take my Ramadon food. And he did what he had to do. He called back to the Office and I find all my food in the floor mix with the rest of the trash.

On August 14, 2012, make correction on the date on the request slip yesterday. At 9:15 830 C.O. S. Watson with harasment of inmate came to the chowhall been desrespectful and loud trying to restrict my right to practice a particular aspect of my religion when he has no facts. Not know what his talking about. I was in a bad mood that I deside not to fast that day. Their 40 days of fasting, Ten days to recover. Thats the fact of Ramadon. People get sick sometimes they can take Days off or not do it at all. C.O. S. Watson seems to enjoy been loud and disrespectful, that seems he like to discriminate.

L.T. Berwick and L.T. Massen took C.O. Watson ward and the Chapel that I should be taking of the Ramadon list, when all he knows that I was fasting and I whent to chow. Fasting is not a force! Islam don't force any one to fast, but it seems that these Officer want me and force me to fast when I'm not feeling good. The Chapel is a Christain that he dosen't know all the rules of Islam. And I don't expect him to know when he let inmates who Christain to be on Ramadon list when they don't even

For example: If the Facility is feeding inmates Flapjacks, any inmate whos fasting would eat that meal for that day. Every day we eat small portion of meals, Frozen and uncooked. For that reason, I lost almost Ten pound due to been hungery every nights.

On August 13, 2012, I was attacked by C.C.S. Watson at chow hall him been disrespetful and loud trying to restrict me my rights to practice a particular aspect of my religion, when he has no rights. I was rushed from the chow hall to L.T Berwick and L.T Massy for questions about my religion I was ask what my name meant in Islam, how many time we should pray, that seem more like an interrogation and I ask them to stop. Then I asked for a Grievance form for further review by the Warden. I was told that I have no ground for Grievance by both L.T.S. After I spok to the warden throw request slips, I was given a Grievance form. direct order from Mr. Reill

The warden Edward Reilly responded to my issues with no solution, like every time, due to his lack of understanding of Inmates issues and his Incompetent Staff. It seems like its inmates v. Staff, whatnever inmates have an issue, it seem like a joke to these Staffs. They took me off the Ramadan list even befor they spoke twith the chaplan.

I was not allowed to fast anymore.

This Facility has a long history of bad tendency against muslims and their rights. A United State preliminary injunction was filed in the Eastern District Federal Court On or about August 15th, 2007, reckless and callous indifference to the Federally protected rights or the Constitution the First Amendment. A muslim inmate house at the Northern Correction Facility about muslims Serivecess, due to the pressure, the administration appointed a new paid volunteer staff, Religious Cordenator. Mrs. Dana Hoylt. And she allowed Muslims warship to continue. After two years, Mrs. Dana Hoylt left for some reason unknown, then Chaplan Hoylt who seems like brother of Dana Hoylt, He was appointed, despite his incompetency till this Day. He did not provide inmate with a healthy habillitative environment. During Ramadon Chaplan Hoylt did not provide nutritionally adequate food that is prepared and served under condition that is should be. Ramadon Food in this facility present an immediate danger to the health and well being of the all inmates who consume it, For example, something called bird seeds, that is dry mixed with rocks. and it given to inmates who's fasting Ramadon everyday. Any muslim inmate can not participate in any other religion such as Christmas party and Christmas package were inmates gets useful, healthy food and other things that this

Facility dont sell in Canteen. The warden and the Chaplan deliberatelly indifference permitted the Constitutional abouses to continue unchecked till this Day of Muslims.

The Northern Correction Facility terminated groups meeting and disallowed the continue of Muslim worship as well for unknown reason.

The Muslims worships should continue to be protected by State and Federal Constitution and assured by all under Color of the Law of the land and those in direct violation of said Right to Freedom of Worship in case in Chief.

Dominic Ali 81829
138 East Malin Rd
Berlin, NH 03570

C= file