Dominic Ali 81329
138 East [Milan Road]
Berlin, NH 03570

U.S. Dist Court
The clerk office                    10/21/2013
Concord, NH 03570

Drs. clerk;

Here is Mr. Ali's Objection to the Court report and recommendation on 10/10/13 by the Court Magistrate Judge Lunda B. McCafferty. Her is my object filed with copie of exhibit, I have more exhibit to file but I do not have enogh fund in my inmate acount. The NCF would not allow copies to be mad without enogh funds, the law library I think I allrendy informed this Court about these issues. This Just another wall build by the NCF to stop the flow of legal paper work. The other thing is that I could not madke enogh copies for the state responded. Would you please sent a copy of this Objection to the State. If there is any issues, please let me know if I could file extension of time. The dead-line is at the end of this week and is soway I could have fund in my acount in order to make these two copies that is require by court rules.

Thank You

*Will Rune* (signature)

NCF # 8182
10/21/2013

3/.70 Balance

# NCF   3-60
## Photocopy Request -10

Please fill out this form completely and legibly. The charge is ten cents per copy.

[redacted]

Please **print** the following information:

Name: _Dominic Ali_                Inmate ID #: _87829_

Cell Block and Room #: _B, 13_       ▮▮▮▮▮▮▮▮▮▮   Date: _10/21/13_

Please be as specific as possible about what and how you need to have your materials photocopied. Please note: no drawings, pictures, photographs, lettering, maps, sport schedules, or other inappropriate or prohibited materials as referred to in PPD 7.42 and/or restricted by security will be photocopied. The Inmate Manual, or any part of it, will not be copied. Photocopies may not be made on demand (reserving the right to enforce 24 hours needed to photocopy any materials). Patron will be charged for all enlargements or reductions made to achieve desired size changes. Media Generalist reserves the right to limit the number of copies made if request is excessive. Thank you for your cooperation.

| Description | # | | |
|---|---|---|---|
| Ali's Objection to the Court | 3~~6~~ | X | ● |
| See - double page | | X | |
| | | X | |
| | | X | |
| | | X | |
| | | X | |
| | | X | |

Total Copies Requested: ~~36~~ 1

Total Copies Completed: Staff Entry Only

Inmate's Signature: _[signature]_

Completed by: _____   Authorized Staff Signature: _____

08/14/12