UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*******************************************
| Dominic Ali, | * |
| Plaintiff | * |
| | * |
| v. | * 12-cv-00364-SM |
| | * |
| | * |
| Warden Edward Reilly, Chaplain Dana Hoyt, | * |
| Scott Watson, John Masse, Shanon Berwick | * |
| Defendants | * |
| | * |
*******************************************

## DEFENDANTS' NOTICE OF INTENT TO FILE A REPLY MEMORANDUM TO PLAINTIFF'S OBJECTION TO THE COURT'S OCTOBER 10, 2013 REPORT AND RECOMMENDATION

NOW COME the defendants Warden Edward Reilly, Chaplain Dana Hoyt, Lts. John Masse and Shanon Berwick, and Corrections Officer Scott Watson (together the "State Defendants"), by and through their counsel, the Office of the Attorney General, and submit as follows:

1. The State Defendants, having received the Plaintiff's Objection to this Court's October 10, 2013 Report and Recommendation (ECF Doc. 24), intend to file a Reply Memorandum and submit this notice of such intent pursuant to United States District Court for the District of New Hampshire Local Rule 7.1(e)(1).

                                        Respectfully submitted,

                                        EDWARD REILLY, Warden
                                        DANA HOYT, Chaplain
                                        SCOTT WATSON,
                                        JOHN MASSE,
                                        SHANON BERWICK

                                        By their attorney,

JOSEPH A. FOSTER
Attorney General

Date: October 28, 2013    /s/ Francis C. Fredericks
Francis C. Fredericks, Bar No. 21161
Attorney
Nancy J. Smith, Bar No. 9085
Senior Assistant Attorney General
New Hampshire Department of Justice
33 Capitol Street
Concord, New Hampshire 03301-6397
(603) 271-1242; (603) 271-3650
francis.fredericksJr@doj.nh.gov
nancy.smith@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed this 28th day of October 2013, postage prepaid, to:

Dominic S. Ali, # 81829
Northern NH Correctional Facility
138 E Milan Rd.
Berlin, NH 03570

/s/ Francis C. Fredericks
Francis C. Fredericks