Dominic Ali 81824
138 East Milan Road
Berlin, NH 03570

U.S. Dist Court
The clerk office
Concord, NH 03570

10/21/2013

Drs. clerk;

Here is Mr. Ali's objection to the Court report and recommendation on 10/10/13 by the Court Magistrate Judge Landa B. McCafferty. Her is my object filed with copie of exhibit. I have more exhibit to file but I do not have enogh fund in my inmate acount. The NCF would not allow copies to be made without enogh funds, the law library I think I already informed this Court about these issues. This just another wall build by the NCF to stop the flow of legal paper work. The other thing is that I could not make enogh copies for the state responded. Would you please sent a copy of this objection to the State. If there is any issues, please let me know if I could file extension of time. The dead-line is at the end of this week and is soway I could have fund in my acount in order to make these two copies that is require by court rules.

Thank You

*[signature]*

NCF # 8182
10/21/2013

3/.70 Balance

# NCF
3-60
## Photocopy Request -16
Please fill out this form completely and legibly. The charge is ten cents per copy.

[redacted block]

Please **print** the following information:

Name: Dominic Ali    Inmate ID #: 87824

Cell Block and Room #: B, 13    Date: 10/21/13

Please be as specific as possible about what and how you need to have your materials photocopied. Please note: no drawings, pictures, photographs, lettering, maps, sport schedules, or other inappropriate or prohibited materials as referred to in PPD 7.42 and/or restricted by security will be photocopied. The Inmate Manual, or any part of it, will not be copied. Photocopies may not be made on demand (reserving the right to enforce 24 hours needed to photocopy any materials). Patron will be charged for all enlargements or reductions made to achieve desired size changes. Media Generalist reserves the right to limit the number of copies made if request is excessive. Thank you for your cooperation.

| Description | Copies | | |
|---|---|---|---|
| Ali's Objection to the Court | 36 | X | |
| See double page. | | X | |
| | | X | |
| | | X | |
| | | X | |
| | | X | |
| | | X | |

Total Copies Requested: 1

Inmate's Signature: _____

Completed by: _____    Authorized Staff Signature: _____

08/14/12