United States District Court
for the District of N.H.

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2013 NOV -7 P 12:16

11/4/2013

Dominic Ali

v.

Warden, Edward Reilly

12.-cv-00364-SM

## Plaintiff's notice of intent to file a reply memorandum to State defendants' response to Mr. Ali's Objection

Now comes, Mr. Ali, sui juris, and states as follows;

1. The Plaintiff is, having received the States defendant reply memorandum to this Court's Mr. Ali intend to file a reply and submit this notice of such intent pursuant to U.S. District Court for the District of N.H. Local Rule 7-1 (b)(1).

Respectfully Submitted,

[signature]

Certificate of Service:

I, Ali, hereby certify that NO copy of this for going was mailed to the District Attorney's Office, 11/4/2013. Lack of fund in Mr. Ali's account.