Mr. Ali's EX B1

# INMATE REQUEST SLIP

OCT 21 2013

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM   DATE: 10/17/13

FROM: Ali  Dominic  S     ID #: 81829
Last Name  First Name  Middle Initial

Facility: NCF   Housing Unit: B   Cell: 30   Work/Shift:

INMATE REQUEST: Dear Mr. Wrenn; I'm an inmate at the DOC Northern Correction Facility have issue with the Facility and Chaplain Hoyt not providing Muslim Services since my arrival in May 21, 2012. The NCF does not provide Jumah services at this time at their Facility. Jumah is performed in congregation and its obligatory it cannot be made up is missed. Having Jumah Services performed on tape its an insult to the Islamic religion, and violation of my ALL First Amend right state and Federal as well as provision of (RLUIPA). Please allowed Jumah Services performed by an Imam in person.

(If you need more space, use plain paper)

Inmate Signature

TO: William Wrenn, Commissioner of Cor   DATE:

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: _____

Staff Signature

*********************************************************************

FROM: Chris Kench, Office of the Commissioner   DATE: 10/23/13
Staff Member Name/Office

REMARKS: We have been unable to secure the services of an Iman for the NCF. What we provide is within our policy and has stood up to legal scrutiny.

Staff Signature: Chris Kench

Received By: Inmate Signature

White - Offender Records Office   Yellow - Inmate   Pink - Staff   SP-014 (a) Rev 11/06