Mr. Ali's EXB 2

Received 10/22/13

# INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM   DATE: 10/21/2013

FROM: Ali / Dominic   ID #: 81829
Last Name / First Name / Middle Initial

NCF / B / 30
Facility / Housing Unit / Cell / Work/Shift

INMATE REQUEST: Dear Mr. Warden; during Ramadan which us Muslims refrain from eating between sunrise and sunset for a period of (30) days. Under certain circumstance Ramadan maybe extended to (40) days. Every year the NCF provide fasting muslims with food that unfit for us. The NCF takes away meals that good for us during Ramadan and no reason was given. We are entitle to 3 whole some nutritious meals per day. Serve with proper eating and drinking units. All inmate regarding of status will be served the same quality of food in a quantity sufficient to meet the nutritional need. See; Commissioner, Warden, NH. During Ramadan the NCF have no right to take away or give us anything different than population inmates —

see; page 2

Inmate Signature: Ali Dominic

(If you need more space, use plain paper)

TO: NCF; Edward Reilly, Warden   DATE: _____

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: _____

Staff Signature

***********************************************************

FROM: Edward Reilly   DATE: 10/25/13
Staff Member Name/Office

REMARKS: I have forwarded your concerns to the Department's Dietician for his input —

Staff Signature

Received By _____ Inmate Signature

White  Offender Records Office    Yellow - Inmate    Pink - Staff    SP-014 (a) Rev 11/06

Follow up statement: Ali 81829 NCF

During Ramadan these highly nitritious meals are good for Mr. Ali's need for energy, ~~Such~~ Such as, Flapjaks, Banana, Orange Juice, Oatmeals, p-nut butter, pizza, Scrumble eggs, boiled eggs and Juice pacgte - this year and last year the NCF took all of these meals - And I'm complaining about these meal be put back because I'm in need of these nritionaly meals during Ramadan. In place, the NCF gives us more of othesame everyday. Such as turkey slicess.

Dominic Ali 81829
NCF, B-Block 30