Mr Ali's EXB 3

# INMATE REQUEST SLIP

OCT 21 2013

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM        DATE: 10/17/13

FROM: __Ali__  __Dominic__  __S__        ID #: 81829
      Last Name    First Name    Middle Initial

__NCF__   __B__   __30__
Facility   Housing Unit   Cell   Work/Shift

INMATE REQUEST: Dear Mr. Wrenn, I'm an inmate at the NCF Berlin having issues with mails been tamper with by the NCF mail Room. Ever since filing of my legal action, the mail Room been tampering with my mail. The second issue is the diet food during Ramadan and after. Every Ramadan we as Muslim keep having the same issues with our meals, not been cook properly, too few other meal served to the population, etc. and it continue as today for non pork dietary. With these two issues I requested the NCF warden to take action but so far, nothing seem to stop — would please take of these issues. Thank you

(If you need more space, use plain paper.)                        Inmate Signature

TO: William Wrenn, DOC Commissioner     DATE: ____

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: _____

_____

_____

                                                    Staff Signature
*********************************************************************

FROM: Chris Kench, Office of the Commissioner     DATE: 10/28/13
      Staff Member Name/Office

REMARKS: Mailing labels are not authorized property and therefore contraband. Your mail was handled within policy.

                                                    Staff Signature

Received By _____ Inmate Signature

White - Offender Records Office    Yellow - Inmate    Pink - Staff       SP-014 (a) Rev 11/06



*Allis EX*
*B3*

# GRIEVANCE FORM
(See Reverse For Instructions)

DEPARTMENT OF CORRECTIONS
STATE OF NEW HAMPSHIRE
P.O. Box 14
CONCORD, NEW HAMPSHIRE 03302

*Received 9/4/13*
*B-block*

**MARGARET W. HASSAN**
GOVERNOR

**WILLIAM L. WRENN**
COMMISSIONER

1. Date: _____
2. **GRIEVANT**: _____
3. Number: _____
4. Address: NCF 138 E North St Berlin NH 03570
5. Brief Description of Grievance.

Dear Mr. Warden, I am writing for I have gone over a week without being fed a day served with proper eating and drinking utensils. For the last three days Chief de Roy's getting out worth in accuracy and so have other inmates by the outdated Spoil milks for this last 3 days. We complain to the unsympathetic staff and You do care. Milks is of everyday nutritional need. Please be advise, that Chief Joe is here in violation of the N.H. Department of public Health standard set by Laws & Works.

See page (1)

Signature: _____
(You will be penalized if statement is untrue)

(Use Attachments if necessary.)

---

To: **DIRECTOR** (Warden)    Date of Director's Action _____

Director's Action: _____

Authentication _____

---

To: **COMMISSIONER**    Date of Commissioner's Action: _____

Commissioner's Action _____

Authentication. _____

(FORWARD ALL THREE COPIES   WHITE WILL BE FILED IN OFFENDER RECORDS, CANARY TO RESPONDER AND PINK TO GRIEVANT.)

SP-52