Mr. Ali's
EX B4

Received 9/3/13
B-block

# GRIEVANCE FORM
(See Reverse For Instructions)

DEPARTMENT OF CORRECTIONS
STATE OF NEW HAMPSHIRE
P.O. Box 14
CONCORD, NEW HAMPSHIRE  03302

JOHN H. LYNCH
GOVERNOR

STEPHEN J. CURRY
COMMISSIONER

2. **GRIEVANT:** Dominic Ali
1. Date: 8/27/2013
3. Number: 81829
4. Address: NCF
5. Brief Description of Grievance: On or about 8/1/2013 I and other Muslim inmates had issues with our Ramadan food. The food had a slight smell of spoilish and offensive taste. I spoke to Cpt Pike about this issue during count that day at 5:00pm. He lied to my face that he will come back or call me to his office. He never check my meal and never ask to replace it. His statement was Co Bilodeau checked one of the meals by smell not taste and determined it was ok. As well as chef Moore.

see; attach statement,
page (2)

Signature: _____
(You will be penalized if statement is untrue)

(Use Attachments if necessary.)

To: **DIRECTOR** (Warden)        Date of Director's Action: 9/__/__

Director's Action: Food service ordering has been centralized through headquarters central office.

Authentication: _____

To: **COMMISSIONER**        Date of Commissioner's Action: _____

Commissioner's Action: _____

Authentication: _____

(FORWARD ALL THREE COPIES.  WHITE WILL BE FILED IN OFFENDER RECORDS, CANARY TO RESPONDER AND PINK TO GRIEVANT.)

SP-52