Mr. Ali EX B5 ● ● Received 7/8/13

## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security
Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person.
Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM          DATE: 7/3/13

FROM: _____Ali_____Dominic_____S_____       ID #: 81829
        Last Name        First Name      Middle Initial

_____NCF_____B_____30_____      Student
        Facility         Housing Unit      Cell          Work/Shift

INMATE REQUEST: Dear Mr. Reilly;
I and other inmates are having a
problem the food been served to us by the kitchen. I have friends
work for the kitchen and I was advised that this problem is
the person whos in charge of cooking diet for muslim inmates. Againe,
as the prison is cuting back, they throw count for me and others. I'm
not in mood of throwing my food away because of someone in the kitchen
under supervis of you. staff can't cook or other wise don't give a shit
what we eat or how we edit. Ramadan is under way, and the court have
spoken. See: Ali v Reilly, U.S. District court 364. please remove this guy.
(If you need more space, use plain paper.)  Thank you!    [signature]
                                                          Inmate Signature

TO: The Warden, Edward O'Reilly          DATE:

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: _____
_____
_____

                                                          Staff Signature

*******************************************************************************

FROM: Edward Reilly                      DATE: 7/8/13
      Staff Member Name/Office

REMARKS: Although your complaint does not explain your
specific concerns, I have spoken with NCF kitchen
Supervisor who has indicated that he will speak with
those inmates who work on/handle special diet meals.
_____

                                                          [signature]
                                                          Staff Signature

                              Received By [signature]
                                                          Inmate Signature

White - Offender Records Office    Yellow - Inmate    Pink - Staff    SP-014 (a) Rev. 11/06