Mo-Ali's EX
B6

Received 1/17/13

# INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM          DATE: 1/16/13

FROM: __Ali__ __Dominic__ __S__          ID #: 81829
       Last Name      First Name    Middle Initial

__NCF__ __F__ __17__
Facility   Housing Unit   Cell   Work/Shift

INMATE REQUEST: Mr. Warden, Prison inmates have a recognized First Amendment interest in receiving mail. See: Griffin v. Lombardi, 946 F.2d 604 (8th Cir 1991). Therefore, I would like to know why would the mail room reject my mail without me been notify of any problem with my mails. I spoke with my family, they states that an officer at the booking status "to my family they should not send any pictures of any kind to this prison" and the mail room staff never informed me about this issues. This is a Bad Faith pattern by your staff. by law we can have the court take care of this issues or You. See; Procunier v. Martinez, 416 U.S. 396 (1974).

(If you need more space, use plain paper.)

Inmate Signature

TO: The Warden          DATE: _____

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: _____

Staff Signature

******

FROM: __Edward Reilly, Warden__          DATE: 1/18/13
       Staff Member Name/Office

REMARKS: A review of the last 12 mos of mail rejection notifications reveals that no mail has been rejected for you. Pictures (photographs) are allowed w/ exceptions indicated in PPD 5.26 Inmate Mail Service.

Staff Signature

Received By _____ Inmate Signature

White - Offender Records Office        Yellow - Inmate        Pink - Staff        SP-014 (a) Rev 11/06