Mr-Ali's BX B7

Received 8/5/13

# INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM

DATE: 8/1/13

FROM: __Ali__ __Dominic__ ____
     Last Name     First Name     Middle Initial

ID #: 81824

__NCF__ __B__ __30__ ____
Facility     Housing Unit     Cell     Work/Shift

INMATE REQUEST: Dear Mr. ___ I have a problem with your staff at the Mail Room keep playing games with my mail. Outgoing and incoming mails. I have mail going to the Department of Justice which need no stamps but the mail Room sended back to me. This is not the first time they play games with my mail. Just two days ago, the mail Room open a legal mail without my present. Mail coming from Gov office in Concord, and private. I have two mails (2) going to the Court in action against you, (2)(2) to the AG office. By court Rule, both mail must be deliver at the sametime. Any complaine by the State to the court. I'm calling your Stuff out. Be advise.

__Dominic__    Inmate Signature

TO: Edward Reilly, Warden NCF     DATE: ____

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: Forward to Cpl. Beaton, Mail Room Supervisor to respond directly.

Staff Signature

*********************************************************************

FROM: Cpl Beaton ____ DATE: 8/7/13
Staff Member Name/Office

REMARKS: We are not playing games with your mail, I was not aware that the Dept. of Justice was part of the Attorney Generals office. Now that I know I will try my best to make sure this does not happen again. I'm not sure why or who opened your legal mail but again I will try my best to see that it does not happen again. I've attached a few stamps to replace the one's you had to use from our error.

Cpl M. Beaton
Staff Signature

Received By ____
Inmate Signature

White - Offender Records Office     Yellow Inmate     Pink - Staff     SP 014 (a) Rev 11/06