Ali's Exhibit
B9

## PLEASE SEND CLAIMS UNDER $500 TO THE SECURITY OFFICE AT YOUR FACILITY FOR INITIAL PROCESSING

This is a form to be filled out by all persons wishing to make a claim against the NH Department of Corrections pursuant to New Hampshire RSA 541:B for property loss or damages **under $500**. The form should be completed with supporting documentation (bill, receipts, etc.) attached, and filed with the Security Office at your facility. Complete all portions of this form; if any portion is not complete the form will be returned, which will delay the processing of your claim.

NAME AND ADDRESS OF CLAIMANT: _____

ATTORNEY FOR CLAIMANT: (if applicable): _____

PHONE NO: _____

NAME OF STATE AGENCY: _____

DATE OF INCIDENT: _____

AMOUNT OF CLAIM: _____

PLEASE STATE THE CIRCUMSTANCES SURROUNDING YOUR CLAIM. ATTACH COPIES OF ALL RELEVANT BILLS, RECEIPTS OR OTHER DOCUMENTS:

*Ali's Claim is $350,000*

NH.DOC.Claims.Form.10.06