Ali's
Exhibit
B 10



# GRIEVANCE FORM
(See Reverse For Instructions)

DEPARTMENT OF CORRECTIONS
STATE OF NEW HAMPSHIRE
P.O. Box 14
CONCORD, NEW HAMPSHIRE  03302

1 of 6
B10

MARGARET W. HASSAN
GOVERNOR

WILLIAM L. WRENN
COMMISSIONER

1. Date: **10/14/13**
2. GRIEVANT: Dominic Ali
3. Number: **81824**
4. Address: 138 E Milan Rod Berlin, NH 03570, NCF
5. Brief Description of Grievance: On or about August 10, 2012, CO.S Watson and Cpl. J. Nadeau, conducted a shake down of my cell, block Fox, 13 at approx 10:30 Am. Co-Watson was unprofessional, who is untrained properly to deal with inmates who is practicing their rights of individual to practice their religion of their choice, that has been established under state and Federal constitution. During the shake down, Co Watson took all of my personal food that been given by the chapel for Ramadan fasting inmates, he dumped all my personal food into a trash bagged with dirty property and trash

See more statement, 4 pag

Signature: *Ali Dominic*
(You will be penalized if statement is untrue)

(Use Attachments if necessary.)

---

To: **DIRECTOR** (Warden)    Date of Director's Action: _____

Director's Action: _Done_

Authentication: _____

---

To: **COMMISSIONER**    Date of Commissioner's Action: _____

Commissioner's Action: Awaiting the NCF commissioners action or response to the Removal of Mr. Ali from the Ramadan list. For the record, be advised.

Authentication: _____

(FORWARD ALL THREE COPIES. WHITE WILL BE FILED IN OFFENDER RECORDS, CANARY TO RESPONDER AND PINK TO GRIEVANT.)

SP-52

Received 8/15/12

## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Su[pervisor, Security] Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the ap[propriate staff.] Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM                    DATE: 8/13/12

FROM: __Ali__  __Dominic__  __S__                                  ID #: 81829
        Last Name      First Name       Middle Initial

__NCF__   __Fox__   __13__   _____
Facility   Housing Unit   Cell   Work/Shift

INMATE REQUEST: On or about August 10, 2012, Co. S. Watson conduct a shakedown of my cell at block Fox Room 13 at aprox 10:20 AM. Co. S. Watson is unprofessional who is not trained properly to deal with inmates who are practicing their rights of individuals to practice the religion of their choice that been established under State and Federal Constitutions. CO S. Watson jump into conclusion without having any facts to my religion, when he enter my cell 13 block Fox, and dump all Ramadan food that been given to me by the Kitchen in good condition, in the trash bag with dirty property that he took from the cell and other garbage that I could no longer eat any Ramadan food that day. Follow up statement next pg with signature →

(If you need more space, use plain paper.)                          Inmate Signature

TO: __Warden of State Prison__                    DATE: _____

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: _____

Staff Signature

*****************************************************************************

FROM: __Edward Reilly__                          DATE: 8/21/12
      Staff Member Name/Office

REMARKS: After investigation + observation, NCF Chaplain you have been removed from those collecting food for breaking fast. A grievance form will be forwarded to you through Security.

Staff Signature

Received By _____
               Inmate Signature

(left margin: * Removing Mr. Ali from Ramadan list)

(bottom left: of 8)

White - Offender Records Office    Yellow - Inmate    Pink - Staff    SP-014 (a) Rev 11/06

Received 8/20/12



# GRIEVANCE FORM
(See Reverse For Instructions)

DEPARTMENT OF CORRECTIONS
STATE OF NEW HAMPSHIRE
P.O. Box 14
CONCORD, NEW HAMPSHIRE 03302

JOHN H. LYNCH
GOVERNOR

STEPHEN J. CURRY
COMMISSIONER

*"Removing Mr. Ali from Ramadan list"*

2. GRIEVANT: Dominic S. Ali
1. Date: 8/15/12
3. Number: 81829
4. Address: NCF, DP cell A-3-18
5. Brief Description of Grievance: On or about August 10, 2012, C.O. S. Watson declined to submit a request form for blue R-Fax copies at 10:30 am. C.O. Watson was informed since it's unlawful for him to deal with inmates who is practicing their rights of individual religious beliefs allowing both their bodies, United States and federal under State and Federal Constitution. [illegible] charged for Ramadan fasting. He declared an alarm and put [illegible] a trash bag with dirty property and trash then he took from two [illegible]

*follow up statement*

Signature: [signature]
(You will be notified if statement is untrue)

(Use Attachments if necessary.)

To: [illegible] (Warden)    Date of Director's Action: 8/20/12

Director's Action: [illegible handwritten paragraph, heavily crossed out]

Authentication: [signature]

To: COMMISSIONER    Date of Commissioner's Action: 

Commissioner's Action: 

Authentication: 

(FORWARD ALL THREE COPIES. WHITE WILL BE FILED IN OFFENDER RECORDS, CANARY TO RESPONDER AND PINK TO GRIEVANT.)

SP-52

RSC

For example: If the Facility is feeding inmates Flapjacks, any inmate whos fasting would eat that meal for that day. Every day we eat small portion of meals, Frozen and unCooked. For that reason, I lost almost Ten pound due to been hungry every nights.

On August 13, 2012, I was attacked by C.C.S. Watsons at chow hall him been disrespectful and loud trying to restrict me my rights to practice a particular aspect of my religion, when he has no rights. I was rushed from the chow hall to L.T Berwick and L.T. Massy for questions about my religion. I was ask what my name meant in Islam, how many time we should pray, that seem more like an interrogation and I ask them to stop. Then I asked for a Grievance form for further review by the Warden. I was told that I have no ground for Grievance by both L.T.s. After I spok to the Warden throw request slips, I was given a Grievance form. direct order from Mr. Reill.

The Warden Edward Reilly responded to my issues with no solution, like everytime, due to his lack of understanding of Inmates issues and his incompetent Staff. It seems like its inmates v. Staff, whatnever inmates have an issue, it seem like a joke to these Staffs. They took me off the Ramaden list even before they spoke with the Chaplan.

*Removing Abdulli from Ramadan list*

I was not allowed to fast anymore.

This Facility has a long history of bad tendency against muslims and their rights. A United State preliminary injunction was filed in the Eastern District Federal Court On or about August 15th, 2007, reckless and callous indifference to the Federally protected rights or the Constitution the First Amendment. A muslim inmate house at the Northern Correction Facility about muslims Serivecess, due to the pressure, the administration appointed a new paid volunteer staff, Religious Cordenaator. Mrs. Dana Hoylt. And she allowed Muslims worship to continue. After two Years, Mrs. Dana Hoylt left for some reason unknown, then Chaplan Hoylt who seems like brother of Dana Hoylt, He was appointed despite his incompetency till this Day. He did not provide inmate with a healthy habillitative environment. During Ramadon Chaplan Hoylt did not provide nutritionally adequate food that is prepared and served under condition that is should be. Ramadon Food in this facility present an immediate danger to the health and well being of the all inmates who consume it, For example; something called birdseeds, that is dry mixed with rocks. and it given to inmates who's fasting Ramadon everyday. Any Muslim inmate cannot participate in any other religion such as Christmas party and Christmas package were inmates gets useful, healthy food and other things. that this

Removing MCMj from Ramadan list.

Facility dont sell in Canteen. The warden and the Chaplain deliberately indifference permitted the Constitutional abouses to continue unchecked till this Day of Muslims.

The Northern Correction Facility terminated groups meeting and disallowed the continues of Muslim worship as well for unknown reason.

The Muslims worships should continue to be protected by State and Federal Constitution and assured by all under Color of the law of the land and those in direct violation of said Right to Freedom of Worship in case in chief.

*Removing mr.Ali from Ramadan list.

Dominic Ali 81829
138 East Mallin Rd
Berlin, NH 03570

C: file