Dominic Ali 87824
138 East Milan Rd
Berlin, NH 03570

U.S.D.C.

2013 DEC -4 P 12: 22

The Office of Clerk
55 Pleasant St R 110
Concord, NH 03301

As advised, Mr Ali object to
the states defendant's Reply memorandum with
that motion, Mr Ali advised this Court that
he is awaiting the NCF Commissioner response
to the removal from demander list, therefore,
please attach the Commissioner's response as
exibit ( B10 ) for the Court Record and its
final Judgement. Please serve the defendant
with a copy.
        if you have any question, please
write back.



                    Respectfully Submitted
                    Ali Dominic

                    11/29/2013