# GRIEVANCE FORM
(See Reverse For Instructions)

DEPARTMENT OF CORRECTIONS
STATE OF NEW HAMPSHIRE
P.O. Box 14
CONCORD, NEW HAMPSHIRE 03302

RECEIVED
NOV 18 2013
NH DOC
COMMISSIONER'S OFFICE

**MARGARET W. HASSAN**
GOVERNOR

**WILLIAM L. WRENN**
COMMISSIONER

1. Date: 10/14/13
2. **GRIEVANT:** Dominic Ali
3. Number: 81874
4. Address: 138 E Milan Rd Berlin, NH 03570, NCF
5. Brief Description of Grievance: On or about August 8, 2013, Co. S. Watson and Cpl. J. Nadeau conducted a shake down of unit cell block Foy 13 at about 10:30 am. Co. Watson was unprofessional, who is untrained poorly to deal with inmates who is practicing their rights of entitlement to practice their religion of their choice, that has been established under State and Federal Constitution. During the Shake down Co. Watson took all of my personal food that been given by our chapel for Ramadan to fast for inmates, to dump all my personal food into a trash bag with dirty property and trash.

See more statement 4 pg

Signature: [signature]
(You will be penalized if statement is untrue)

(Use Attachments if necessary.)

To:  **DIRECTOR** (Warden)    Date of Director's Action: _____

Director's Action: _____

Authentication: _____

To:  **COMMISSIONER**    Date of Commissioner's Action: 11/3/13

Commissioner's Action: Our current religious policy has to date withstood scrutiny. Your Grievance is denied.

Authentication: [signature]

(FORWARD ALL THREE COPIES.  WHITE WILL BE FILED IN OFFENDER RECORDS, CANARY TO RESPONDER AND PINK TO GRIEVANT.)

SP-52