UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Dominic S. Ali</u>

        v.        Case No. 12-cv-364-SM

Edward Reilly, Warden, Northern
New Hampshire Correctional
Facility; Dana Hoyt; Scott Watson;
John Masse; and Shanon Berwick

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated October 10, 2013, for the reasons set forth therein.

Defendants' motion for summary judgment, document no. 20, is granted and Plaintiff's motion for summary judgment, document no. 17, is denied. The court also declines jurisdiction over plaintiff's state-law claims, and dismisses them along with the federal claims. I hereby direct the clerk of the court to enter judgment in accordance with this order and close this case.

SO ORDERED.

                                        Steven J. McAuliffe
                                        United States District Judge

Date: January 8, 2014

cc: Dominic S. Ali, pro se
    Francis Charles Fredericks, Esq.
    Nancy J. Smith, Esq.
    Elizabeth C. Woodcock, Esq.