U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2014 JAN 15 A 11:35

United States District Court
for the District of N.H.

1/12/2014

Dominic Ali
v-
Edward Reilly, NH State Prison Warden.

Case No: 12-cv-364-SM

Plaintiff's motion for Certificate of Appealability

Due consideration of the plaintiff objection filed with this Court to the Report and Recommendation by Magistrate Judge Landyra McCafferty date 10/10/2013, for the reason set forth therein. On Jan 8, 2014, The Honorable Court Steven J. McAuliffe approved the report and recommendation of date 10/10/2013, Granting the defendant motion for summary judgment and the plaintiff's motion for Summary Judgment.

1 of 2

The plaintiff request this Honorable Court issue certificate of Appealability to the United States Court of Appeals for the first circuit. Notice of Appeal has been filed with that Court.

WHEREFORE, The plaintiff's respectfully requests that;

1) Issue the Certificate of Appealability;
2) Grand this motion her further relief as Just.

Certificate of Service

I, Dominic Ali, hereby certify that a copy of motion has not been forwarded to the Assistance County Attorney and requests this Court to sent copy for the defendant record.

Dominic Ali 81829
138 E Milan Rd
Berlin, NH 03570

2 of 2