United States Court of Appeals
For the First Circuit

1/12/14

Plaintiff   Dominic Ali
            v.
Defendant   Edward Reilly, N.H. State
            Prison, Warden

Case No: 1:12-cv-00364-SM

## Notice of Appeal

Notice is hereby given that Dominic Ali at the Northern Correction Facility, 138 E Milan Rd, Berlin, N.H. 03570. Appeal from the order entered on October 10, 2013, by the Honorable Court, Ms. Landya McCafferty, United States Magistrate Judge, Report and Recommendation granting the defendant's motion for Summary Judgment and deny the plaintiff motion for Summary Judgment.

1 of 2

The plaintiff objects to that report and recommendation on 10,10,2013.

On Jan 8th, 2014, the Honorable Court Steven J. McAuliffe approved the report and recommendation of Magistrate Judge Landya McCafferty granting the defendants motion for summary judgment.

This appeal filed with request of jury trial contested 1) First Amendment, RLUIPA and Part I, Art 5 claim for injunctive relief relating to the defendant failure to provide access to Muslim services, damages, denial of reasonable healthy food during Holy Ramadan, damages pursuant to 42 USC. 1983 against defend's.

Ali Diminelli

Date: 1/12/2014
Dominic Ali 81829
138 E Milan Rd
Berlin, NH 03570

2 of 2