UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Dominic S. Ali

v.

Case No. 12-cv-364-SM

Northern NH Correctional Facility, Warden, et al.

## JUDGMENT

In accordance with the following Orders, judgment is hereby entered:

1.  Order by Judge Steven J. McAuliffe entered on July 3, 2013, approving the Report and Recommendation of Magistrate Judge Landya B McCafferty dated June 3, 2013; and

2.  Order by Judge Steven J. McAuliffe entered on January 8, 2014, approving the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated October 10, 2013, granting Defendants' Motion for Summary Judgment.

By the Court,

s  Daniel J. Lynch
_____
Daniel J. Lynch
Chief Deputy Clerk

Date: January 9, 2014

cc:  Dominic S. Ali, pro se
     Elizabeth C. Woodcock, Esq.
     Francis C. Fredericks, Esq.
     Nancy J. Smith, Esq.