OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
FOR THE FIRST CIRCUIT

MARGARET CARTER
CLERK

1 COURTHOUSE WAY
SUITE 2500
BOSTON, MA 02110
(617) 748-9057

January 17, 2014

James R. Starr, Clerk
United States District Court
Warren B. Rudman Courthouse
55 Pleasant St., Rm. 110
Concord, NH 03301

Re: <u>Case No. 12-cv-00364-SM   Dominic Ali v. Edward Reilly, NH DOC</u>

Dear Mr. Starr:

    Enclosed is a Notice of Appeal in the above referenced case that was mistakenly filed in the United States Court of Appeals on January 16, 2014. <u>See</u> Fed.R.App.Proc. 4(d).

    Pursuant to Fed.R.App.Proc. Rule 4(d), I have noted the date that the pleading was received and I am herewith transmitting it to you for docketing. If this pleading was received in your court, do not duplicate.

                                    Sincerely,

                                    /s/Margaret Carter, Clerk

cc:   Dominic Ali
      #81829
      138 East Milan Rd.
      Berlin, NH 03570

file/enclosures

ED:db