UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. D.C.# Case No. 12-cv-364-SM                                    C.C.A.#

2. TITLE OF CASE:   Dominic S. Ali v. Northern NH Correctional Facility, Warden, et al.

3. NAME OF COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

4. NAME OF COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF JUDGE: Steven J. McAuliffe, United States District Judge

6. COURT REPORTER(S) & DATES:            N/A

   TRANSCRIPTS ORDERED / ON FILE         NO

7. HEARING / TRIAL EXHIBITS              N/A

8. COURT-APPOINTED COUNSEL               NO

9. FEE PAID                              NO

10. IN FORMA PAUPERIS                    YES

11. MOTIONS PENDING                      YES

12. GUIDELINES CASE                      NO

13. RELATED CASES ON APPEAL              NO

   C.C.A. # (IF AVAILABLE):

   DATE OF LAST N OF A:

14. SPECIAL COMMENTS:     Plaintiff's Motion for Certificate of Appealability (document no. 33) is pending the U.S. District Court's ruling and will be supplemented down.