USP ALLENWOOD
U.S. PENITENTIARY UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Dominic S. Ali

v.

Case No. 12-cv-364-SM

Northern NH Correctional Facility, Warden, et al.

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

I, Judith A. Barrett, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following are herewith transmitted to the First Circuit Court of Appeals to constitute the record on appeal

DOCUMENTS NUMBERED: 31, 32, 34, and 35

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, January 21, 2014.

**DANIEL J. LYNCH, Clerk**

cc: Dominic S. Ali, pro se
Nancy J. Smith, Esq.
Francis Fredericks, Esq.
Elizabeth Woodcock, Esq.

**By: /s/ Judith A. Barrett, Deputy Clerk**
**Jan 21, 2014**