UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Dominic S. Ali</u>

v.

Case No. 12-cv-364-SM

<u>Northern NH Correctional Facility, Warden, et al.</u>

CLERK'S SUPPLEMENTAL CERTIFICATE TO
<u>CIRCUIT COURT OF APPEALS</u>

    I, Judith A. Barrett, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following are herewith transmitted to the First Circuit Court of Appeals to constitute the record on appeal

    DOCUMENTS UNNUMBERED:   1/23/2014 Endorsed Order denying [33] Motion for Certificate of Appealability.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, January 28, 2014.

**DANIEL J. LYNCH**, Clerk

By: /s/ **Judith A. Barrett**, Deputy Clerk

**Jan 28, 2014**

cc:    Dominic S. Ali, pro se
       Nancy Smith, Esq.
       Elizabeth Woodcock, Esq.
       Francis Fredericks, Esq.