**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

OFFICIAL BUSINESS

**NOT AT NCF**




$ 00.48⁰
MAILED FROM ZIP CODE



REJECTED

Dominic S. Ali #81829
Northern NH Correctional Facilit
138 E Milan Rd
Berlin, NH 03570

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 03301394135    *1184-02353-30-40