# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
(617) 748-9057
www.ca1.uscourts.gov



2014 APR 14 P 1: 30

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

## PRISONER LITIGATION REFORM ACT CONSENT FORM
### (CONSENT TO COLLECTION OF FEES FROM INMATE TRUST ACCOUNT)

To be filed by: April 8, 2014

Re: Ali v. Reilly, et al

Appeal No.: 14-1109
D.C. No.: 1:12-cv-00364-SM

I, Dominic S. Ali, ID No. 81829, hereby give my consent that upon entry of a court order approving my application to proceed without prepayment of the appellate filing fee, the appropriate prison officials shall collect from my prison account, and pay to the appropriate district court, an initial payment of twenty percent of the **greater** of:

a. the average monthly deposits to my account for the six month period immediately preceding the filing of my notice of appeal; or

b. the average monthly balance in my account for the six month period immediately preceding the filing of my notice of appeal.

In satisfaction of the balance of the filing fee, I consent for the appropriate prison officials to collect from my account, on a monthly basis, an amount equal to twenty percent of the income credited to my account for the preceding month if the balance in the account for that month exceeds $10. The appropriate officer shall forward the interim payments to the U.S. District Court for the District of New Hampshire , Warren B. Rudman U.S. Courthouse, 55 Pleasant St., Room 110, Concord, NH -33-1-3941')} U.S. District Court for the District of New Hampshire , Warren B. Rudman U.S. Courthouse, 55 Pleasant St., Room 110, Concord, NH -33-1-3941')} , until such time as the filing fee is paid in full.

Executed on the ___31___ day of ___March___, ___2014___.

_____
SIGNATURE OF APPELLANT

_____
PRINT NAME