**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
(617) 748-9057
www.ca1.uscourts.gov

2014 APR 14 P 1:30

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

**PRISONER TRUST ACCOUNT REPORT**

To be filed by: April 8, 2014

Re: Ali v. Reilly, et al                       Appeal No.: 14-1109
                                               D.C. No.:    1:12-cv-00364-SM

Name: Dominic S. Ali                           ID No.: 81829

---

TO:   Trust Officer
FROM: Clerk, U.S. Court of Appeals for the First Circuit

   Under the Prisoner Litigation Reform Act, a prisoner appealing a civil judgment must obtain from the trust officer of each institution in which the prisoner was confined during the preceding six months a **certified copy** of the prisoner's trust account statement for the six month period prior to the filing of the appeal.

   Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the court in advance of the due date shown at the top of the form.

DATE OF FILING notice of appeal:                              01/16/201401/16/2014

BALANCE at time of filing notice of appeal:                   _____

AVERAGE MONTHLY DEPOSITS during the six months prior
to the filing of the notice of appeal:                        _____

AVERAGE MONTHLY BALANCE during the six months prior
to the filing of the notice of appeal:                        _____

   I certify that the above information accurately states the deposits and balances in applicant's trust account for the period shown. The attached ledger sheets for the six month period prior to January 16, 2014January 16, 2014 are true copies of applicant's account records

maintained in the ordinary course of business.

_____
NAME AND TITLE


_____
ADDRESS


_____
AUTHORIZED SIGNATURE                                    DATE


Form 1



# Plymouth County Correctional Facility

Account #:  64554
Account Name:  ALI, DOMINIC SILVANO
Account Type:  I   INMATE CANTEEN ACCOUNTS
SSN:  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   Indigent:  No

## Account History Report

| Post. Date | Post. Time | Type | Trans. # | Ref. # | From/To | Amount | Balance | Booking # | Batch ID |
|---|---|---|---|---|---|---|---|---|---|
| 2014/04/08 | 10:17 | DPCA | 3078507 | 420688 | ONORA JOHN | $100.00 | $100.39 | 21400607 | 4/8/14AC |
| 2014/03/11 | 16:56 | WDCA | 3068589 | | POSTAGE REIMBURSE | -$1.44 | $0.39 | 21400607 | POST3/11/14 |
| 2014/03/07 | 13:35 | CNTN | 3067139 | 82741 | OID:100582563-ComisaryPurch-Re | -$4.92 | $1.83 | 21400607 | Purch20140307132340 |
| 2014/02/28 | 14:07 | CNTN | 3064371 | 82514 | OID:100581614-ComisaryPurch-Re | -$15.85 | $6.75 | 21400607 | Purch20140228135659 |
| 2014/02/21 | 11:14 | CNTN | 3061879 | 82268 | OID:100580942-ComisaryPurch-Re | -$18.50 | $22.60 | 21400607 | Purch20140221110328 |
| 2014/02/18 | 09:32 | CNTN | 3059687 | 82091 | OID:100580268-ComisaryPurch-Re | -$58.90 | $41.10 | 21400607 | Purch20140218092530 |
| 2014/02/12 | 13:25 | DPCA | 3058099 | 404449 | ONORA JOHN | $100.00 | $100.00 | 21400607 | 2/12/14AC |

Dennis Hill # 64554
P.C.C.F.
26 Long Pond Rd
Plymouth, MA 02360

2014 APR 14 P 1:30

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR FIRST CIRCUIT

U.S. Court of Appeals                                    4/10/14
1 Courthouse Way, S 2500
Boston, MA 02210

Dear Mr. Clerk -

　　　The Plymouth County Official Prisoner Suing Form 1 as requested by this Court.

　　　　　　　　　　Cordially Yours

　　　　　　　　　　[signature]

Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

Your Full Name / Su Nombre Lleno
Domin Ali 6

ID#: 64554

Unit & Room #: C3 3c8
La unidad y Número del Cuarto

THIS CORRESPONDENCE IS FORWARDED FROM THE PLYMOUTH COUNTY CORRECTIONAL FACILITY. THE CONTENTS MAY NOT HAVE BEEN EVALUATED AND THE PLYMOUTH COUNTY SHERIFF'S DEPARTMENT IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED MATERIAL.

USMS SCREENED

BROCKTON MA 023
11 APR 2014 PM 2 T

United States Court of Appeals
1 cir
Courthouse way suite 2500
Boston, MA 02210

legal/mail

0221053024