# United States Court of Appeals
## For the First Circuit

No. 14-1109

DOMINIC S. ALI

Plaintiff - Appellant

v.

EDWARD REILLY, Warden, Northern NH Correctional Facility; DANA HOYT, Chaplain, Northern NH Correctional Facility, a/k/a, FNU Dana Hoyt; SCOTT WATSON, Lieutenant, Northern NH Correctional Facility, a/k/a FNU Watson; JOHN MASSE, Lieutenant, Northern NH Correctional Facility, a/k/a FNU Massy; SHANNON BERWICK, Lieutenant, Northern NH Correctional Facility, a/k/a FNU Berwick

Defendants - Appellees

FNU NADEAU, Corporal, Northern NH Correctional Facility

Defendant

**MANDATE**

Entered: October 31, 2014

In accordance with the judgment of October 9, 2014, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Dominic S. Ali
Nancy J. Smith
Elizabeth Christian Woodcock